MATTHEW RIGHETTI, ESQ. {SBN 121012}
matt@righettilaw.com
JOHN GLUGOSKI, ESQ. {SBN 191551}
jglugoski@righettilaw.com
MICHAEL C. RIGHETTI, ESQ. {SBN 258541]
mike@righettilaw.com
**RIGHETTI GLUGOSKI, P.C.**
456 Montgomery St., Suite 1400
San Francisco, California 94101
Telephone:  (415)983-0900/Facsimile:   (415) 397-9005

REUBEN D. NATHAN, ESQ. {SBN208436}
rnathan@nathanlawpractice.com
**NATHAN & ASSOCIATES, APC**
2901 West Pacific Coast Highway, Suite 350
Newport Beach, California 92663
Telephone:  (949)263-5992/Facsimile:  (949)209-1948

ROSS CORNELL, ESQ., APC {SBN210413}
ross.law@me.com
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Telephone: (562)-612-1702/Facsimile: (562) 394-9556

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD as individuals and on behalf of all similarly situated and the general public,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WIZARDS OF THE COAST, LLC<br><br>                    Defendant | Case No.: 4:16-cv-01924-PJH<br><br><u>CLASS ACTION</u><br><br>NOTICE OF CONSENT TO JOIN COLLECTIVE ACTION |

TO ALL PARTIES AND THE HONORABLE COURT:

Please take notice that pursuant to Section 16(b) of the Fair Labor Standards Act [29 U.S.C. § 216(b)], the following individuals hereby consent to be party plaintiffs in the collective action brought against Wizards of the Coast, LLC., to recover unpaid wages and other sums owed to them and a class of similarly situated employees:

46. Ben Ku

47. Ben McDole

48. Bryan Hare

49. Bryan Prillaman

50. CJ Stambaugh

51. Dan Stephens

52. Eric LeBlanc

53. Ilan Seid

54. Jeremy Fain

55. Jess Dunks

56. Lyall Alfred

57. Michael Puccio

58. Scott Neiwert

///

///

1 | The individual consent forms are marked and attached hereto as Exhibits 1 through 13.

3 | Date: May 12, 2016                    Respectfully submitted,

  /s/ Matthew Righetti_____
Matthew Righetti
RIGHETTI GLUGOSKI, P.C.