ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**TAMARA LANGE**
ADR PROGRAM ATTORNEY & MEDIATOR

Writer's Direct Contact:
(415) 522-3148
sheila_devereaux@cand.uscourts.gov

Date:   October 31, 2016

To:     Counsel of Record

From:   Alice M. Fiel
        ADR Program Case Administrator

Re:     ADR Phone Conference Scheduling Notice

**Case No. C 15-6337**
**Yale v. Wizards of the Coast LLC**

**And Related Case**

**Case No. C 16-1924 EJD**
**Shaw v. Wizards of the Coast LLC**

A further ADR Phone Conference call has been scheduled for **Tuesday, December 6, 2016, at 9:30 AM Pacific time.** Please note that the date and time have changed from the date set during the October 31st, ADR Phone Conference so that it will occur in advance of the December 8th case management conference.

Please take note that at the appointed time, all parties shall call the following number and use the access code to join the call:

**Dial-in Number:**   712-775-7400

**Access Code:**      1043914

Please contact me with any scheduling concerns at (415) 522-2032, or email sheila_devereaux@cand.uscourts.gov. Thank you for your attention to this matter.