MATT RIGHETTI, ESQ., SBN 121012
JOHN GLUGOSKI, ESQ., SBN 191551
RIGHETTI GLUGOSKI, PC
456 Montgomery St., Suite 1400
San Francisco, CA 94101
Telephone:  (415) 983-0900
Facsimile:   (415) 397-9005

REUBEN D. NATHAN, ESQ., SNB 208436
NATHAN & ASSOCIATES, APC
2901 West Pacific Coast Hwy., Suite 350
Newport Beach, CA 92663
Telephone: (949) 263-5992
Facsimile: (949) 209-1948

ROSS CORNELL, ESQ., SBN 210413
LAW OFFICES OF ROSS CORNELL, APC
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Telephone: (562) 612-1708
Facsimile: (562) 394-9556

Attorneys for Plaintiffs,

KARL R. LINDEGREN, SBN 125914
SHAUN J. VOIGT, SBN 265721
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile  (949) 851-0152

Attorneys for Defendant,
WIZARDS OF THE COAST LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD, as individuals and on behalf of others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>WIZARDS OF THE COAST, LLC,<br><br>Defendant. | Case No. 5:16-cv-01924-EJD<br><br>**JOINT STIPULATION TO CONTINUE THE DECEMBER 8, 2016 SCHEDULING CONFERENCE**<br><br>Complaint Filed:   April 12, 2016<br>Trial Date:             None |

1

1   Plaintiffs ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and
2   JOSHUA STANSFIELD ("Plaintiffs") and Defendant WIZARDS OF THE
3   COAST LLC ("Defendant" or "Wizards"), the parties to this action, through their
4   respective undersigned counsel of record, hereby stipulate and agree as follows:
5   WHEREAS, on October 29, 2015, Paul Yale filed a putative class action
6   against Wizards, Case No. 15-CV-06337-EJD (the "Yale Action").
7   WHEREAS, the operative complaint in the Yale Action asserts claims
8   against Wizards under to the FLSA, California *Labor Code*, and California
9   *Business & Professions Code*, and seeks to represent "Judges."
10  WHEREAS, on February 2, 2016, Wizards filed a Motion to Dismiss the
11  First Amended Complaint in the Yale Matter pursuant to FRCP Rule 12(b)(6),
12  which was taken under submission by this Court on June 6, 2016.
13  WHEREAS, on April 12, 2016, Plaintiffs filed the instant putative class
14  action against Wizards (the "Shaw Action"), which asserts claims against Wizards
15  under to the FLSA, California *Labor Code*, and California *Business & Professions*
16  *Code*, and also seeks to represent "Judges."
17  WHEREAS, on June 1, 2016, Wizards filed an administrative motion to
18  consider whether the Yale Action and Shaw Action should be deemed related under
19  Civil Local Rule 3-12 (the "Administrative Motion");
20  WHEREAS, on July 15, 2016, the Court ruled on the Administrative Motion,
21  and this action was deemed related to the Yale Matter [Docket No. 18].
22  WHEREAS, on July 15, 2016, the Court issued an order setting the case
23  management conference in this case for September 29, 2016 [Docket No. 21].
24  WHEREAS, on September 2, 2016, the Parties met and conferred
25  telephonically for purposes of conducting the FRCP Rule 26(f) early conference of
26  counsel in advance of the September 29, 2016 case management conference. At
27  the outset of that meeting, the parties discussed the pending Motion to Dismiss in
28

2
JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE
FPDOCS 32417482.1

the Yale Action, and mutually agreed that it was premature to conduct the FRCP Rule 26(f) conference in substance while that Motion to Dismiss remains pending. Accordingly, on September 9, 2016, the parties submitted a Joint Stipulation to Continue the September 29, 2016 Scheduling Conference [Docket No. 24], which was granted by Order dated September 13, 2016 [Docket No. 25].

WHEREAS, pursuant to the Court's September 13, 2016 Order [Docket No. 25], the Scheduling Conference is currently set for December 8, 2016.

WHEREAS, on December 1, 2016, the parties filed a Joint Stipulation to File a First Amended Complaint, wherein Plaintiffs seek to, *inter alia*, add an additional cause of action under California's Private Attorneys General Act. [Docket No. 29.]

WHEREAS, in light of the fact that the Yale Action and Shaw Action are now related, the parties agree that a brief continuance of the scheduling conference will enable the parties and the Court to determine how to proceed going forward in the two cases in the event that the Motion to Dismiss is denied or Mr. Yale is permitted leave to amend his complaint. Additionally, because the parties have stipulated to the filing of a First Amended Complaint, the pleadings will not yet be at issue if the stipulation is granted prior to December 8, 2016. A brief continuance of the December 8, 2016 scheduling conference will provide the Court with sufficient time to issue a ruling on the Motion to Dismiss in the Yale Action, rule on the Joint Stipulation to File a First Amended Complaint, and if granted, provide Defendant to sufficient time to respond to the First Amended Complaint so that the pleadings can be settled prior to appearing for a scheduling conference.

THEREFORE, the Parties request the Court continue the December 8, 2016 scheduling conference, including all related deadlines, to January 12, 2017, or a date thereafter that is convenient to the Court and to the Parties.

1  DATE: December 1, 2016                    FISHER & PHILLIPS LLP

2

3                                            By:   /s/ Shaun J. Voigt
                                                   KARL R. LINDEGREN
4                                                  SHAUN J. VOIGT
                                                   Attorneys for Defendant
5

6  DATE:  December 1, 2016             LAW OFFICES OF ROSS CORNELL, APC

7

8                                            By:   /s/ Ross Cornell
                                                   ROSS CORNELL, ESQ.
9                                                  Attorneys for Plaintiffs

10                         **ATTESTATION**

11       I, Shaun J. Voigt, am the ECF user whose User ID and Password are being

12  used to file this Joint Stipulation to Continue the Scheduling Conference

13  ("Stipulation").  In compliance with Local Rules, I attest that concurrence in the

14  filing of this Stipulation has been obtained from signatory Reuben D. Nathan, Esq.

15

16  DATE: December 1, 2016                    FISHER & PHILLIPS LLP

17

18                                           By:   /s/ Shaun J. Voigt
                                                   KARL R. LINDEGREN
19                                                 SHAUN J. VOIGT
                                                   Attorneys for Defendant

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE
(CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of FISHER & PHILLIPS LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California, 92614.

On **December 1, 2016**, I served the foregoing document entitled **JOINT STIPULATION TO CONTINUE THE DECEMBER 8, 2016 SCHEDULING CONFERENCE**, on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

## SEE ATTACHED MAILING LIST

☐ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 1, 2016** at Irvine, California.

Everlyn Camanag
Print Name

By: /s/ Everlyn Camanag
Signature

## MAILING LIST

| | |
|---|---|
| Matt Righetti, Esq.<br>John Glugoski, Esq.<br>RIGHETTI GLUGOSKI, PC<br>456 Montgomery St., Suite 1400<br>San Francisco, CA 94101<br>Telephone: (415) 983-0900<br>Facsimile: (415) 397-9005<br>Email: matt@righettilaw.com<br>Email: jglugoski@righettilaw.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD |
| Reuben D. Nathan, Esq.<br>NATHAN & ASSOCIATES, APC<br>2901 West Pacific Coast Hwy., Suite 350<br>Newport Beach, CA 92663<br>Telephone: (949) 263-5992<br>Facsimile: (949) 209-1948<br>Email: rnathan@nathanlawpractice.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD |
| Ross Cornell, Esq.<br>ROSS CORNELL, ESQ., APC<br>111 W. Ocean Blvd., Suite 400<br>Long Beach, CA 90802<br>Telephone: (562) 612-1708<br>Facsimile: (562) 394-9556<br>Email: ross.law@me.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD |

PROOF OF SERVICE

FPDOCS 32417482.1