MATT RIGHETTI, ESQ., SBN 121012
JOHN GLUGOSKI, ESQ., SBN 191551
RIGHETTI GLUGOSKI, PC
456 Montgomery St., Suite 1400
San Francisco, CA 94101
Telephone:  (415) 983-0900
Facsimile:   (415) 397-9005

REUBEN D. NATHAN, ESQ., SNB 208436
NATHAN & ASSOCIATES, APC
2901 West Pacific Coast Hwy., Suite 350
Newport Beach, CA 92663
Telephone: (949) 263-5992
Facsimile: (949) 209-1948

ROSS CORNELL, ESQ., SBN 210413
LAW OFFICES OF ROSS CORNELL, APC
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Telephone: (562) 612-1708
Facsimile: (562) 394-9556

Attorneys for Plaintiffs,

KARL R. LINDEGREN, SBN 125914
SHAUN J. VOIGT, SBN 265721
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile  (949) 851-0152

Attorneys for Defendant,
WIZARDS OF THE COAST LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD, as individuals and on behalf of others similarly situated and the general public,<br><br>            Plaintiffs,<br><br>    vs.<br><br>WIZARDS OF THE COAST, LLC,<br><br>            Defendant. | Case No. 5:16-cv-01924-EJD<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE THE DECEMBER 8, 2016 SCHEDULING CONFERENCE**<br><br>Complaint Filed:   April 12, 2016<br>Trial Date:            None |

1

1 A stipulation executed by counsel for Plaintiffs ADAM SHAW, PETER
2 GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD ("Plaintiffs")
3 and Defendant WIZARDS OF THE COAST LLC ("Wizards") has been presented
4 to the Court. For good cause shown, IT IS HEREBY ORDERED:

5 The scheduling conference scheduled for December 8, 2016, and all related
6 deadlines, are hereby vacated;

7 The scheduling conference is continued to January 12, 2017 at 10:00 a.m. in
8 Courtroom 4, and the parties shall file a Joint Case Management Conference
9 Statement on or before January 5, 2017.

The Co
_____
_____
_____.

**IT IS SO ORDERED.**

DATED: __December 2__, 2016           _____
                                       UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE
FPDOCS 32420730.1

# PROOF OF SERVICE
(CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of FISHER & PHILLIPS LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California, 92614.

On **December 1, 2016**, I served the foregoing document entitled **[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE THE DECEMBER 8, 2016 SCHEDULING CONFERENCE**, on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

## SEE ATTACHED MAILING LIST

☐ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 1, 20162016** at Irvine, California.

| Everlyn Camanag | By: /s/ Everlyn Camanag |
|---|---|
| Print Name | Signature |

1

## MAILING LIST

| | |
|---|---|
| Matt Righetti, Esq.<br>John Glugoski, Esq.<br>RIGHETTI GLUGOSKI, PC<br>456 Montgomery St., Suite 1400<br>San Francisco, CA 94101<br>Telephone:  (415) 983-0900<br>Facsimile:   (415) 397-9005<br>Email: matt@righettilaw.com<br>Email: jglugoski@righettilaw.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER<br>GOLIGHTLY, JUSTIN TURNER,<br>and JOSHUA STANSFIELD |
| Reuben D. Nathan, Esq.<br>NATHAN & ASSOCIATES, APC<br>2901 West Pacific Coast Hwy., Suite 350<br>Newport Beach, CA 92663<br>Telephone: (949) 263-5992<br>Facsimile: (949) 209-1948<br>Email: rnathan@nathanlawpractice.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER<br>GOLIGHTLY, JUSTIN TURNER,<br>and JOSHUA STANSFIELD |
| Ross Cornell, Esq.<br>ROSS CORNELL, ESQ., APC<br>111 W. Ocean Blvd., Suite 400<br>Long Beach, CA 90802<br>Telephone: (562) 612-1708<br>Facsimile: (562) 394-9556<br>Email: ross.law@me.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER<br>GOLIGHTLY, JUSTIN TURNER,<br>and JOSHUA STANSFIELD |