MATTHEW RIGHETTI, ESQ. {SBN 121012}
matt@righettilaw.com
JOHN GLUGOSKI, ESQ. {SBN 191551}
jglugoski@righettilaw.com
MICHAEL C. RIGHETTI, ESQ. {SBN 258541]
mike@righettilaw.com
**RIGHETTI GLUGOSKI, P.C.**
456 Montgomery St., Suite 1400
San Francisco, California 94101
Telephone: (415)983-0900/Facsimile: (415) 397-9005

REUBEN D. NATHAN, ESQ. {SBN208436}
rnathan@nathanlawpractice.com
**NATHAN & ASSOCIATES, APC**
2901 West Pacific Coast Highway, Suite 350
Newport Beach, California 92663
Telephone: (949)263-5992/Facsimile: (949)209-1948

ROSS CORNELL, ESQ., APC {SBN210413}
ross.law@me.com
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Telephone: (562)-612-1702/Facsimile: (562) 394-9556

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD as individuals and on behalf of all similarly situated and the general public,<br><br>  Plaintiff,<br><br>    vs.<br><br>WIZARDS OF THE COAST, LLC<br><br>    Defendant | Case No.: 4:16-cv-01924<br><br>CLASS ACTION<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

**To the Clerk of Court:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

**Named Plaintiffs:**

1. Plaintiff: Adam Shaw
2. Plaintiff: Peter Golightly
3. Plaintiff: Justin Turner
4. Plaintiff: Joshua Stansfield
5. Defendant: Wizards of the Coast, LLC

**Opt-In Plaintiffs**

1. Amanda Swager
2. Andrew Polk
3. Brandon Dejean
4. Brian Guess
5. Bryan Scholl
6. Casey Sutliff
7. Chris Cahill
8. Christopher Langston
9. CJ Shrader

10. Daniel Salmeron

11. David Greene

12. David Homan

13. Erik Mock

14. Greg Rome

15. Jason Simon

16. Jeffrey S. Higgins

17. Jeremy Monts

18. Jeremy Smith

19. Jeremyah D. Stoermer

20. Joe Hughto

21. Joshua E. Gang

22. Justin Van Hall

23. Katie Temple

24. Kyle Gorbski

25. Leonard Fisher

26. Lon Starkey

27. Matt Sauers

28. Max Schroeder

29. Micah Lee

30. Michael Grimsley

31. Michael Lopez

32. Nathan Rich aka Riva Arecol

33. Nik Zitomer

34. Noah Schatzline

35. Robert Romine

36. Stefan Mackiewicz

37. Thaddeus Moriarty

38. Thomas Fritz

39. Travis Coffman

40. Trevor Nunez

41. Warner Sevin

42. Will Bumgardner

43. William Kirkwood

44. Yonatan Kamensky

45. Zak Whyte

46. Ben Ku

47. Ben McDole

48. Bryan Hare

49. Bryan Prillaman

50. CJ Stambaugh

51. Dan Stephens

52. Eric LeBlanc

53. Ilan Seid

54. Jeremy Fain

55. Jess Dunks

56. Lyall Alfred

57. Michael Puccio

58. Scott Neiwert

59. Aaron Cutler

60. Adam Jaekel

61. Alexi Gousev

62. Andrej Selivra

63. Andrew J. Kerrigan

64. Barry Stuart Swan

65. Ben Ottenson

66. Benjamin Harris

67. Brandon Lane

68. Brant Abeln

69. Brian Coval

70. Bruce Mills

71. Colleen Nelson

72. Daniel Collins

73. Dawna Havnar

74. Emily Blasdell

75. Erik Halverson

76. Francisco Javier Iramain-Acevedo

77. Gene-Paul Alexander Russell

78. Geoff W. Dearing

79. James Risner

80. Jason Clark

81. Jason Kennedy

82. Jeffrey S. Venturino

83. Jarret Schultz

84. Jonah Kellman

85. Jonathan Aiken

86. Jonathan David Holland

87.  Joseph E. Achille

88. Joshua McCurley

89. Kevin Arthur Wellens

90. Lee Fisher

91. Linda Detwiler

92. Mark Katerberg

93. Nicholas Buras

1  94. Patrick Cool

2  95. Paul B. Litz

3
4  96. Samuel Walter Hanna

5  97. Sean Copeland

6  98. Tyler J. Morrison

7
8  99. Tyson Chad Havas

9  100.   April King

10  101.   Bernd Buldt

11
12  102.   Brad Rutherford

13  103.   David Zimet

14  104.   James Risner

15
16  105.   Jason A. Long

17  106.    Jordan Johnston

18  107.   Niko Skartvedt

19
20  108.    Stephen P. Hagen

21  109.   Steve Guillerm

22  Dated: January 5, 2017           Respectfully submitted,
23                                   **RIGHETTI • GLUGOSKI, P.C.**

24                                   /s/ Matthew Righetti_____
25                                   Matthew Righetti (CA State Bar No. 121012)
                                     Attorneys for Plaintiff
26                                   456 Montgomery Street, Suite 1400
                                     San Francisco, CA 94104
27                                   Tel. 415-983-0900
28                                   matt@righettilaw.com

7
PLAINTIFF'S NOTICE OF INTERESTED PARTIES