MATT RIGHETTI, ESQ., SBN 121012
JOHN GLUGOSKI, ESQ., SBN 191551
RIGHETTI GLUGOSKI, PC
456 Montgomery St., Suite 1400
San Francisco, CA 94101
Telephone:  (415) 983-0900
Facsimile:   (415) 397-9005

REUBEN D. NATHAN, ESQ., SNB 208436
NATHAN & ASSOCIATES, APC
2901 West Pacific Coast Hwy., Suite 350
Newport Beach, CA 92663
Telephone: (949) 263-5992
Facsimile: (949) 209-1948

ROSS CORNELL, ESQ., SBN 210413
LAW OFFICES OF ROSS CORNELL, APC
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Telephone: (562) 612-1708
Facsimile: (562) 394-9556

Attorneys for Plaintiffs,

KARL R. LINDEGREN, SBN 125914
SHAUN J. VOIGT, SBN 265721
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile  (949) 851-0152

Attorneys for Defendant,
WIZARDS OF THE COAST LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD, as individuals and on behalf of others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>WIZARDS OF THE COAST, LLC,<br><br>Defendant. | Case No. 5:16-cv-01924-EJD<br><br>**SUPPLEMENTAL JOINT SCHEDULING CONFERENCE STATEMENT**<br><br>Complaint Filed:   April 12, 2016<br>Trial Date:            None |

Plaintiffs ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD ("Plaintiffs") and Defendant WIZARDS OF THE COAST LLC ("Defendant" or "Wizards"), the parties to this action, through their respective undersigned counsel of record, hereby submit the following Supplemental Joint Scheduling Conference Statement:

Pursuant to the Court's Order [Dk. No. 39], the Parties have met and conferred regarding the timing for completion of pre-certification discovery and the filing of Plaintiffs' motion for class certification. Plaintiffs, while reserving the right to move for class certification earlier, anticipate filing their motion for class certification no later than September 15, 2017. Wizards does not oppose a September 15, 2017 deadline for the filing of Plaintiffs' class certification motion.

The Parties have also met and conferred on a briefing schedule for Plaintiffs' class certification motion, and propose the following schedule: (i) Plaintiffs' motion for class certification shall be filed on or before September 15, 2017; (ii) Wizard's opposition shall be filed on or before October 30, 2017; and (iii) Plaintiffs' reply brief shall be filed on or before November 30, 2017.

DATE: January 13, 2017                    FISHER & PHILLIPS LLP

                                                    By:   /s/ Shaun J. Voigt
                                                         KARL R. LINDEGREN
                                                         SHAUN J. VOIGT
                                                         Attorneys for Defendant

DATE:  January 13, 2017                    LAW OFFICES OF ROSS CORNELL, APC

                                                    By:   /s/ Reuben D. Nathan
                                                         ROSS CORNELL, ESQ.
                                                         Attorneys for Plaintiffs

**ATTESTATION**

I, Shaun J. Voigt, am the ECF user whose User ID and Password are being used to file this Joint Stipulation to Continue the Scheduling Conference ("Stipulation"). In compliance with Local Rules, I attest that concurrence in the filing of this Stipulation has been obtained from signatory Reuben D. Nathan, Esq.

DATE: January 13, 2017           FISHER & PHILLIPS LLP

                                 By:   /s/ Shaun J. Voigt
                                       KARL R. LINDEGREN
                                       SHAUN J. VOIGT
                                       Attorneys for Defendant

# PROOF OF SERVICE
(CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; am employed with the law offices of FISHER & PHILLIPS LLP and my business address is 444 S. Flower Street, Suite 1500, Los Angeles, California, 90071.

On **January 13, 2017**, I served the foregoing document entitled **SUPPLEMENTAL JOINT SCHEDULING CONFERENCE STATEMENT**, on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

## SEE ATTACHED MAILING LIST

☐ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express.  Under  that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☒ **FEDERAL**  - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 13, 2017** at Los Angeles, California.

MARVIN JOHNSON
Print Name

By:  /s/ Marvin Johnson
Signature

PROOF OF SERVICE

FPDOCS 32417482.1

FPDOCS 32523768.1

## MAILING LIST

| | |
|---|---|
| Matt Righetti, Esq.<br>John Glugoski, Esq.<br>RIGHETTI GLUGOSKI, PC<br>456 Montgomery St., Suite 1400<br>San Francisco, CA 94101<br>Telephone: (415) 983-0900<br>Facsimile: (415) 397-9005<br>Email: matt@righettilaw.com<br>Email: jglugoski@righettilaw.com | Attorneys for Plaintiffs, ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD |
| Reuben D. Nathan, Esq.<br>NATHAN & ASSOCIATES, APC<br>2901 West Pacific Coast Hwy., Suite 350<br>Newport Beach, CA 92663<br>Telephone: (949) 263-5992<br>Facsimile: (949) 209-1948<br>Email: rnathan@nathanlawpractice.com | Attorneys for Plaintiffs, ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD |
| Ross Cornell, Esq.<br>ROSS CORNELL, ESQ., APC<br>111 W. Ocean Blvd., Suite 400<br>Long Beach, CA 90802<br>Telephone: (562) 612-1708<br>Facsimile: (562) 394-9556<br>Email: ross.law@me.com | Attorneys for Plaintiffs, ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD |