MATTHEW RIGHETTI, ESQ., SBN 121012
JOHN GLUGOSKI, ESQ., SBN191551
RIGHETTI GLUGOSKI, PC
456 Montgomery St., Suite 1400
San Francisco, CA  94101
Telephone: (415) 983-0900
Facsimile:  (415) 397-9005

REUBEN D. NATHAN, ESQ. SBN 208436
NATHAN & ASSOCIATES, APC
600 W Broadway Ste 700
San Diego, CA 92101-3370
Telephone: (619) 272-7014
Facsimile: (619) 330-1819

ROSS CORNELL, ESQ., SBN 210413
111 W. Ocean Blvd., Suite 400
Long Beach, CA  90802
Telephone:  (562) 612-1708
Facsimile: (562) 394-9556

DAVID BORGEN, ESQ., SBN 99354
JAMES KAN, ESQ., SBN 240749
GOLDSTEIN BORGEN DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612-3536
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

MICHAEL MALK, ESQ., SBN 222366
MALK LAW FIRM
1180 S. Beverly Dr., Suite 302
Los Angeles, CA  90035
Telephone: (310) 203-0016
Facsimile:  (310) 499-5210

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER and JOSHUA STANSFIELD as individuals and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WIZARDS OF THE COAST, LLC,<br><br>Defendant. | Case No.:  5:16-cv-01924<br><br>**DECLARATION OF ROSS CORNELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND TO FACILITATE NOTICE UNDER 29 U.S.C. § 216(b)** |

# DECLARATION OF ROSS CORNELL

I, ROSS CORNELL, hereby declare as follows

1.     I am over the age of 18 and I attest to the matters set forth herein of my own personal knowledge.  If called upon to do so, I could and would competently testify consistent with the matters set forth herein.

2.     I am attorney of record and co-counsel for Plaintiffs Adam Shaw, Justin Turner, Peter Golightly and Joshua Stansfield (the "Plaintiffs") and the Proposed Collective in the instant wage and hour collective action litigation to recover unpaid minimum wages and overtime compensation pursuant to the Fair Labor Standards Act for work they performed as Judges on behalf of Wizards of the Coast, LLC.

3.     I submit this Declaration and the Exhibits herein in support of Plaintiffs' Motion for Conditional Certification and to Facilitate Notice under 29 U.S.C. § 216(b).

4.     Wizards' publication describing Planeswalker points is available online at *https://www.wizards.com/magic/planeswalkerpoints*.  A true and correct copy is attached hereto as **Exhibit A.**

5.     Wizards' Magic Judge Code, Version June 23, 2016, is available online at *https://blogs.magicjudges.org/conduct/files/2014/12/MagicJudgeCode.pdf.* A true and correct copy is attached hereto as **Exhibit B**.

6.     Wizards' publication entitled "What does it mean to be a certified judge" bears the disclosure: "© 1995 – 2016 Wizards of the Coast LLC."  A true and correct copy is attached hereto as **Exhibit C.**

7.     A copy of Wizards' website regarding its "Find a Judge" portal can be found online at *http://wpn.wizards.com/en/article/find-judges-free-tool*.  A true and correct copy is attached hereto as **Exhibit D.**

8.     Wizards' publication entitled "What is a Judge" bears the disclosure: ""© 1995 – 2016 Wizards of the Coast LLC" and is available online at *http://magic.wizards.com/en/events/resources/judges*.  A true and correct copy is attached hereto as **Exhibit E**.

9.     Wizards' publication entitled "Rise to Your Responsibility 2011" bears the disclosure: ""© 1995 – 2016 Wizards of the Coast LLC" and is available online at

*http://magic.wizards.com/en/articles/archive/rise-your-responsibility-2011-2010-11-29.* A true and correct copy is attached hereto **Exhibit F**.

10.     Wizards' publication entitled "Magic: the Gathering Tournament Rules" [v. 4/28/17] bears the disclosure: "©2017 Wizards" and is available online at *http://wpn.wizards.com/sites/wpn/files/attachements/mtg_mtr_28apr17_en.pdf.* A true and correct copy is attached hereto as **Exhibit G**.

11.     Wizards' publication entitled "Friday Night Magic" is available online at: *http://wpn.wizards.com/en/fridaynightmagic.* A true and correct copy is attached hereto as **Exhibit H**.

12.     Wizards' publication entitled "Why New Tournament Organizers Should Get Help From a DCI Certified Judge" is available online at: *http://www.wizards.com/default.asp?x=dci/sanction/helpfromJudges.* A true and correct copy is attached hereto as **Exhibit I**.

13.     A true and correct copy of Wizards' publication entitled "Judge Levels – Official Resources" is attached hereto as **Exhibit J**.

14.     Wizards' web page entitled "DCI Homepage" located at *http://www.wizards.com/default.asp?x=dci/welcome* bears the disclosure: "© 1995-2011 Wizards of the Coast LLC." A true and correct copy is attached hereto as **Exhibit K**.

15.     The Wikipedia Page entitled "DCI (Wizards of the Coast)" is available online at *https://en.wikipedia.org/wiki/DCI_(Wizards_of_the_Coast).* A true and correct copy is attached hereto as **Exhibit L**.

16.     Wizards' publication entitled "Judge Uniform Policy" bears the disclosure: ""© 1995-2011 Wizards of the Coast LLC." A true and correct copy is attached hereto as **Exhibit M**.

17.     A true and correct copy of Wizards' publication entitled "Team Leading" is attached hereto as **Exhibit N**.

18.     Wizards' webpage entitled "Prize Support Kits" is available online at *http://www.wizards.com/default.asp?x=dci/sanction/toprizesupport.* A true and correct copy is attached hereto as **Exhibit O**.

19.     A true and correct copy of the "Magic: the Gathering Release Tournament Handbook, 10th Ed., Core Set" is attached hereto as **Exhibit P**.

20.     Wizards' webpage entitled "Customer Support - Organized Play: Wizards Accounts, DCI, and Planeswalker Points Support" bears the disclosure: "© 1995-2017 Wizards of the Coast

LLC" and is available online at *https://wizards.custhelp.com/app/answers/detail/a_id/2301/.* A true and correct copy is attached hereto as **Exhibit Q**.

22.     Wizards' webpage entitled "Grand Prix" bears the disclosure: "© 1995-2017 Wizards of the Coast LLC" and is available online at *http://magic.wizards.com/en/content/grand-prix-event-types-events.* A true and correct copy is attached hereto as **Exhibit R**.

23.     Attached hereto as **Exhibit S** is Plaintiff's Proposed Notice of Collective Action Lawsuit.

24.     Attached hereto as **Exhibit T** is Plaintiffs' Proposed Opt-in Consent Form.

I HEREBY DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.  Executed this 1st day of June, 2017 in Long Beach, California.

ROSS CORNELL

**DECLARATION OF ROSS CORNELL IN SUPPORT OF CONDITIONAL CERTIFICATION**
*ADAM SHAW, et al. v. WIZARDS OF THE COAST, LLC*

# PLANESWALKER POINTS

Join Sign In
Profile
🔒 Achievements
🔒 History
🔒 Leaderboard
🔒 Scorecard
Notifications

Find Events

Redeem a Code

**Learn More**

---

**What is Planeswalker Points?**
» What is a sanctioned event?
» How do I get points? How are they tracked?

**How Do I Get Started?**
» Joining Planeswalker Points

**Earning Points**
» Casual Events
» Competitive Events
» Match Points
» Bonus Points
» Participation Points
» Multipliers & Additional Event Points

**Tracking Your Progress**
» Lifetime Points
» Yearly Award Points
» Professional Points

**Earning Invitations and Byes**

**Planeswalker Points Achievements**

**Achievement Management**

**Magic Scorecard**

**History**

**Leaderboards**

**Profile Tab**

**Social Media Sharing Features**

**Event Corrections**
» What if I have more than one DCI Number?

**Terms and Conditions**

**Signing In to Planeswalker Points**
» How do I change / reset my password?

**Contact Game Support for Help**

**Player Nationality**
» How do I change my nationality?

---

## What is Planeswalker Points?

Planeswalker Points is a worldwide system designed to reward you for playing in sanctioned **Magic** events. Unlike previous systems that rewarded only winning, Planeswalker Points is based on a simple premise: playing **Magic** is awesome and should be rewarded and winning is even better.

### What is a sanctioned event?

Any event that is scheduled by an authorized tournament organizer and whose results are properly reported to Wizards of the Coast is a sanctioned event.

There are two types of sanctioned events: (1) *casual*, which includes any events where match results aren't reported, multiplayer events, and events with fewer than eight players (you only get 1 participation point for casual events), and (2) *competitive*, where the results of each round are recorded and officially reported.

### How do I get points? How are they tracked?

You get points by playing in sanctioned **Magic** events. You'll get even more points by winning matches, by playing in larger events, and by playing in special events with higher multipliers that can increase the number of points you receive.

Click here for the complete Planeswalker Points terms and conditions

Planeswalker Points tracks your points in various ways, including Lifetime Points that allow you to level up and gain ranks. There are also different categories, like the Yearly Award Points, which are used to determine player invitations to exclusive events, award byes to Grand Prix events, and/or offer other rewards.

⬆ Back to Top

---

## How Do I Get Started?

### Joining Planeswalker Points

If you have a DCI number, you are already a member of the Planeswalker Points Program. To view your points, just enter your DCI number on the Planeswalker Points page and click "View Points." If you do not have a DCI number, just follow the steps below to get started.

❷ **Go to the event.**

When you first arrive, let the Tournament Organizer know that you are a new player. You will be asked to fill out a short registration form that includes your DCI number. You will need your DCI number to log onto your Planeswalker Points profile.

❹ **Activate your account to view your points.**

Use the Activation code on your registration form to create a password for your account. Note that you can still view your profile and points without a password, but to protect your privacy many features are disabled unless you have a password.

PLP1001

**❶ Find a Magic game near you.**

Just use our Event Locator.



**❸ Play**

Immediately after the event ends, your Tournament Organizer will activate your account and enter your play results into the Wizards database.

**❺ Keep playing to get more points!**

Get Started

PLF1002

↥ Back to Top

## Earning Points

Planeswalker Points rewards you for every sanctioned **Magic** event you play in. Here's how:

### Casual Events

Play in a casual event and you get at least 1 point. Only your participation counts in casual events and you receive a fixed number of points when you participate. Points from casual events are listed as bonus points in your match history, as match results are not reported. For even greater numbers of points, competitive events are where it's at!

### Competitive Events

Competitive Events count both your participation and all of your match wins and draws. Competitive events have multipliers which can increase your points even more!

### Match Points

Every time you win a sanctioned match, you get 3 points! Every time you draw a sanctioned match, you get 1 point!

You can see your personal match history here.

### Bonus Points

We'll periodically be offering special bonus point opportunities to help you level up faster! For example, some achievements that you earn will also earn you Lifetime Planeswalker Points. Make sure to check out the "Notifications" tab after logging in to stay on top of the current bonus point opportunities.

## Participation Points

The more people who play in a sanctioned event, the more participation points you get! Bring your friends to an event and you'll get more points!

| Number of Participants | Participation Points |
| --- | --- |
| 8-15: | 1 |
| 16-31: | 2 |
| 32-63: | 3 |
| 64-127: | 4 |
| 128-255: | 5 |
| 256-511: | 6 |
| 512-1023: | 7 |
| 1024-2047: | 8 |
| 2048+: | 9 |

## Multipliers & Additional Event Points

Different types of events will qualify for different event multipliers, sending the points you get for playing them through the roof! It starts with sanctioned events at a local gaming store and progresses up through the Pro Tour. The event multiplier applies to all points you get during an event except bonus points.

Here are examples of the different event multipliers available at events:

| | |
| --- | --- |
| 1x: | Sanctioned **Magic** tournaments, Prerelease events, Friday Night **Magic** |
| 2x: | WPN Premium Qualifiers, Game Day events |
| 3x: | Grand Prix Trials, Public Events at Grand Prix |
| 4x: | Preliminary Pro Tour Qualifiers, WPN Premium Tournaments |
| 5x: | World **Magic** Cup Qualifiers |
| 8x: | Regional Pro Tour Qualifiers, Grand Prix |
| 12x: | (Lifetime Points Only): Pro Tour, World **Magic** Cup, **Magic** World Championship |

Certain special events and public tournaments at certain larger events may qualify for higher event multipliers. See the tournament fact sheets for the specific multipliers for those tournaments.

Remember: Casual events don't use event multipliers but are instead worth 1 Lifetime Point.

All Planeswalker Points allocations are subject to the Planeswalker Points terms and conditions here.

↥ Back to Top

## Tracking Your Progress

The Planeswalker Points program rewards by using different points categories based on the types of events you play in. The more points you receive, the higher your achievement level, and the likelier you are to get some great rewards. You can also earn achievements based on your involvement in various points or promotions.

Here's an overview of the different points categories used in Planeswalker Points and what those points are used for.

| LIFETIME POINTS | 48000 | |
| --- | --- | --- |
| Yearly | 1467 | (Jun 02 2014-May 31 2015) |
| Professional | 18 | (Aug 04 2014-Aug 02 2015) |

## Lifetime Points

All reported **Magic** play counts toward your Lifetime Points. These points never reset! Your Lifetime Points are used to determine your achievement level and rank. If the events you're playing in aren't being reported, then you're not getting points! Make sure your favorite locations are running sanctioned **Magic** events.

Here's how it works:

- Casual events are always worth at least 1 point, and don't include participation points or event multipliers. A casual event can have as few as two players.
- To calculate the number of points earned at a competitive event, start with participation

For example, let's say you play in a Game Day tournament with 30 players. You compete in five rounds, finishing with three wins, one draw, and one loss for a final record of 3-1-1. A tournament with 30 players is worth 2 Participation Points and the Event Multiplier for a Game Day is 2x. Also, let's say we were offering 5 bonus points to play in a Game Day that week. At this event, you'll earn:

You can view your Lifetime Points, current level, and match history by logging into your Planeswalker Points account.

## Lifetime Points Formula

We calculate your Lifetime Points by adding together every point you've received in sanctioned **Magic** events—past, present, and future—plus any bonus points you've received.

- Start with participation points based on the number of players in the event.
- Then, add match points: 3 points for every match you win and 1 point for every match you draw.
- Take this total and multiply it by the event multiplier.
- If the event has any bonus points, add those in too (after the multiplier). You now have the total number of points earned at this event.
- We add up the points from all your events, casual and competitive, to determine your Lifetime Points.

| | |
|---|---|
| **9** points for match win (3 per win) | |
| **+ 1** points for match draw (1 per draw) | (per draw) |
| **+ 2** participation points | |
| **= 12** | |
| **12** x **2** (event multiplier) | |
| **= 24** | |
| **24** + **5** (bonus points) | |
| **= 29** points that contribute to your Lifetime Points | |

## Yearly Award Points

Planeswalker Points also includes a category for points gained in competitive **Magic** events called Yearly Award Points. Your Yearly Award Points combines all the points you got in a designated twelve-month period. For specific details click [here](#).

After a Yearly season ends, your Yearly Award Points is used to determine whether you receive byes at Grand Prix events. Those benefits last until the end of the next yearly season. Additionally, your Yearly Award Points is used to determine your eligibility for participating in your country's World **Magic** Cup Qualifiers.

## Yearly Award Points Formula

We calculate your Yearly Award Points by adding together every point you've received in a competitive **Magic** event (sanctioned events that aren't casual events, Pro Tours, the World **Magic** Cup, or the **Magic** World Championship) or a designated twelve-month period. Bonus points are not included in your Yearly Award Points. Here's how it works:

- Start with participation points based on the number of players in this event.
- Then, add 3 points for every match you win and 1 point for every match you draw.
- Take this total and multiply it by the event multiplier.
- You now have the total number of points earned at this event that contribute to your Yearly Award Points.
- We add up the points from all your events within the date range of the current season to determine your Yearly Award Points.

For example, let's say you play in a sanctioned booster draft tournament at your local store with 24 players. You compete in three rounds, finishing with two wins and one loss for a final record of 2-1. A tournament with 24 players is worth 2 [Participation Points](#) and the [Event Multiplier](#) for a sanctioned tournament is 1x.

| | |
|---|---|
| **6** points for match win (3 per win) | |
| **+ 0** points for match draw (1 per draw) | |
| **+ 2** participation points | |
| **= 8** | |
| **8** x **1** (event multiplier) | |
| **= 8** points that contribute to your Yearly Award Points | |

## Professional Total

Planeswalker Points rewards achievement at the highest levels of competition. Professional Points determine invitations to the **Magic: The Gathering** World Championship, membership in the Pro Tour Players Club, and qualifies a portion of the team members for the World **Magic** Cup team in each country.

## Professional Points Formula

Professional Points are awarded based on your performance at Pro Tour, Grand Prix, World **Magic** Cup, and **Magic** World Championship events. As a result there is no specific formula used to calculate your points directly; instead, points are awarded based on your overall finish in these tournaments and all of those points are added up over the course of a designated twelve-month period, though only your best six finishes at Grand Prix are included.

You'll find the full breakdown of Professional Points based on the event in which you participated in Appendix B [here](#).

[↑ Back to Top](#)

## Earning Invitations and Byes

Planeswalker Points gives players like you an opportunity to qualify for exclusive invitation-only events like the **World Magic Cup Qualifiers**. You can also get byes at a Grand Prix, the largest, most exciting open tournament we have to offer. Click [here](#) for all the ways that Planeswalker Points may qualify you for invitations and byes. Every match of **Magic** you play gets you closer to some sweet rewards. Here's how it works:

### Grand Prix Byes

Succeeding at a [Grand Prix](#) takes skill, determination, and strategy . . . but starting the tournament with some wins certainly helps! For each bye you have for a Grand Prix, you'll start the tournament with that many wins. For example, if you have two byes, you'll automatically win the first two rounds of the tournament.

Grand Prix byes* are awarded in a number of ways, most common being based on your Yearly Award Points total. Here is how they break down:

| Individual-Format Grand Prix | |
|---|---|
| Byes | Minimum Yearly Award Season Points |
| One-round bye | 1300 |
| Two-round bye | 2250 |

\* Players receive only the highest bye level for which they are eligible.

Until the next Yearly Points season's end date, those players will start each Grand Prix they play in with the corresponding number of wins. That's right, you'll be able to use your byes in each Grand Prix you play in until the next season's end date. And with more Grand Prix events than ever before, there are more opportunities to get points than ever before.

Click [here](#) to see the latest Grand Prix schedule

### World Magic Cup Qualifiers

World Magic Cup Qualifiers are invitation-only tournaments that determine which players will represent their countries at the World Magic Cup. Qualification for the World Magic Cup Qualifiers is based on your Yearly Award Points and the points required vary by country. Find detailed information [here](#).

### Pro Tour Invitations

Getting to the Pro Tour is an enormous accomplishment. Click [here](#) to read the complete Pro Tour invitation policy.

Players can qualify for the Pro Tour via a two-tier series of events. Players will compete in local-level Preliminary Pro Tour Qualifiers. Winners of these events will move on to Regional Pro Tour Qualifiers, which qualify top players in each event to the next Pro Tour, in addition to being awarded a plane ticket to the big tournament, subject to eligibility.

Click [here](#) to see the latest Pro Tour schedule and

↑ Back to Top

## Planeswalker Points Achievements

Along with earning points at every sanctioned Magic event, you can now unlock achievements along the way. Achievements are badges you can display on your Magic Scorecard and on your Planeswalker Points profile for others to see.

You can earn achievements for all sorts of things, including recognition for participating in events, playing in a certain number of a specific event type, as a reward for winning events and more!

Your achievements will not show up immediately after you play in an event. They may also not show up immediately even if the event appears in your event history. Achievements are dependent on when the event is reported and when our system processes the results, please allow up to 48 hours for your achievement to appear.

For a full list of achievements that you can earn, click here!



↑ Back to Top

## Achievement Management

You can view all of your achievements using the "Achievements" tab. To manage the achievements displayed on your Magic Scorecard, you must be logged into your Planeswalker Points account. Once logged in you are able to drag and drop achievement badges to your scorecard.

Also on this page you can enter redemption codes which, if valid, will earn you achievements. You can get these codes in a variety of ways such as from playing in events, opening them in booster packs, or online!

↑ Back to Top

## Magic Scorecard

Your Magic Scorecard is the easiest way to share your Planeswalker Points and achievements with your friends. The Magic Scorecard allows you to post on your favorite forums or website for others to see how you're doing.

When you share your Magic Scorecard you're giving others a quick and easy way to see how many Planeswalker Points you've earned, how far you've progressed towards achieving your next level, and also to see your latest Planeswalker Points achievements.

↑ Back to Top

## History

Using your History tab you'll be able to see a chronological view of the events you've played in, as well as a quick view that allows you to see the achievements you've earned and when you attain a new level.

In this view you're able to view your entire history of sanctioned play for **Magic**. From the very first event you played in using your DCI Number to the events you've played in the most recent weeks. As events are reported to our system they will appear here.

When you are logged into the Planeswalker Points site you're able to easily share these different line items with your friends and followers via Facebook®.

↑ Back to Top

## Leaderboards

Using the Leaderboards you can see how you rank against the World using a number of different filters based on types of Planeswalker Points as well as geographical filtering.

↑ Back to Top

## Profile Tab

The Profile Tab is your default view for the Planeswalker Points interface, it includes your main info as well as your Activity List and it is where you have the capability to manage your achievements.

This tab is visible to the public only if they know your DCI number or if you share the link. The control functionality is only available if you log into your account on the Planeswalker Points website.

↑ Back to Top

## Social Media Sharing Features

Want to show your friends your top finish? Or want to share the new achievement you earned? You can easily share these things through Facebook® using the social media buttons embedded on the Planeswalker Points site.

When you're logged into Planeswalker Points you'll be able to share your events, achievements and levels via Facebook® by clicking their icons on the row of the event. When clicked a Facebook® window will open showing a preview. To add your own comments click the "Like" button. After you have added your comments, click the "Post to Facebook®" button to post your accomplishment!

 

## Event Corrections

If you notice an error in your match history, you may request an event correction. Before requesting an event correction, please review the Match History Appeals Policy, available **here**. Once you have read this policy, click **here** to request an event correction.

### What if I have more than one DCI Number?

Each event in which you play only adds to your Planeswalker Points, so you want to make sure your points are all being credited to one account. If you think you might have more than one DCI number, log into your account and use the **DCI Number Combine form** so we can merge all your accrued Planeswalker Points under a single number.

## Terms and Conditions

Click **here** for all the Planeswalker Points terms and conditions.

## Signing In to Planeswalker Points

When you sign in to Planeswalker Points your session is active for as long as you keep your web browser open and are using the website. If you close your web browser, sign out, or are idle for 60 minutes, you will be automatically logged out.

When you sign into Planeswalker Points and select the "Remember Me" option, your session will be active for 1 week. While you may sign out and end your session at any time, your session will persist if you close and reopen your browser. If you do not return to Planeswalker Points within a week, you will be automatically logged out.

### How do I change / reset my password?

You can change your password by clicking **here**.

If you are unable to reset your password (possibly because we do not have your e-mail address on file), please **contact Game Support** for help. Please provide us your name, DCI number, current email address, any previous email addresses we may have on file, your date of birth on file and home address. If the information provided is sufficient and accurate, we'll send a new password to your current email address.

## Contact Game Support for Help

Does something in your account appear incorrect? Missing an achievement that you earned? Not seeing an event that you know has been submitted? Game Support is more than happy to help you investigate these issues.

Game Support's hours are 7am to 7pm PT.

**Click here to contact Game Support.**

## Player Nationality

Your nationality country is listed on your profile page after you have signed into the PWP site. Your nationality is used to determine whether you are eligible to participate in and/or receive invitations for the following:

- Geo-region-based Planeswalker Points invitations to the Magic: The Gathering World Championship.
- Eligibility to participate in or receive an invitation to a specific country's World Magic Cup Qualifier Trial and World Magic Cup Qualifier tournaments.
- Eligibility to be a member of a specific country's national team for the World Magic Cup.

### How do I change my nationality?

You can request to change your nationality by filing a "Residential Eligibility Appeal" using the **Wizards Help System**. All requests must be submitted through the Wizards Help System with the "Residential Eligibility Appeal" in the subject line. For more information about nationality, please see the Magic: The Gathering Premier Event Invitation Policy **here**.



© 1995-2017 Wizards of the Coast LLC, a subsidiary of Hasbro, Inc. All Rights Reserved.



**Select Language** **Have multiple DCI numbers?** **Event Corrections Form** **Store and Event Feedback Form** **FAQ** **Terms of Use** **Code of Conduct** **Privacy Statement**

# Magic Judge Code

*Current as of June 23, 2016*

## Contents

Introduction
Principles of Judge Conduct
Connection to Magic
Identifying Misconduct
Resolving Misconduct
Appendix A - Revision History

# Introduction

The values which form the foundation of the Magic Judge Code ("the Code") are service, integrity, community, respect, and trustworthiness. Examples of these include treating others helpfully and with respect, following the rules of tournaments, and creating an inclusive environment where we can all share and enjoy the game of Magic together.

These values can overlap or even compete with each other for priority. More than one value can justify a given element of the Code. These values may at times need to be balanced against each other, yet they remain guideposts for the Judge Program.

A judge is someone who upholds these values and sacrifices some of their time to help run tournaments, deliver rulings, and address community concerns and issues. From the judge who answers their local store's rules questions to the Head Judge on the Pro Tour, we all share the goals of making Magic fun and Magic tournaments fair.

Judges hold special positions of trust and authority within the community – we enforce the rules, award penalties, and even disqualify players. Appropriately, the community expects judges to act in ways which demonstrate worthiness of that position and authority.

This document helps judges understand their responsibilities. It's here to help define what is acceptable and what isn't.The behavior of judges toward the Magic community affects our ability to act as trusted experts at events, but there are limits to the Judge Program's interest. It is outside the Judge Program's interest to manage or limit the personal private lives of judges, especially those interactions which do not involve the Magic community.

Membership of the Judge Program is voluntary or "at will" from both sides - a judge can withdraw from the Judge Program at any time, and the Judge Program can choose to suspend a judge, change a judge's certification level, or even decertify a judge altogether based on their conduct.

The Judge Program will investigate and address alleged misconduct on the part of any member. The ways in which the Judge Program addresses misconduct are intended to uphold its values, ensure safe and welcoming Magic experiences, and to preserve the standing of the Judge Program in the eyes of the community.

PLF1008

# Principles of Judge Conduct

Judges are granted additional powers to help them carry out their responsibilities to the Magic community. The community empowers judges with the expectation that judges use their status and authority fairly and with accountability.

### *A judge should use their judge status or authority fairly.*

Judges should use their status and authority impartially and within the guidelines of the appropriate tournament documents. A judge should treat all members of the Magic community with fairness and respect regardless of their actual or perceived race, sex, gender, gender expression/identity, color, religion, national origin, or sexual orientation. A community member's reputation, fame, skill, or any other similar factor should not affect how a judge treats that person. A judge may examine the actions of a person with a history of suspicious behavior more closely, but should not make a biased decision about whether someone is cheating or not based on that reputation alone.

### *A judge should not use their judge status or authority for undue personal gain.*

Judges should serve the Magic community. At a Regular REL event, a judge should not unreasonably rule in their own favor if a disagreement comes up in their match. A judge should not penalize a player because of a personal disagreement, nor avoid penalizing a player due to a personal relationship. Judges should not use their status to gain trust in order to commit fraud, nor use their access to players' decks or tournament organizers' product to commit theft or other dishonest acts.

### *A judge should create a welcoming environment.*

Judges have the same responsibilities as all members of the Magic community to avoid actions which could reasonably be expected to cause someone else to feel harassed, threatened, bullied, or stalked. They have additional responsibility to act positively to create environments where these behaviors are not accepted and all members of the Magic community can feel welcome. Judges should not allow others to create a bad environment by inaction. Judges should not express views that would make other members of the Magic community feel unsafe or unwilling to attend an event where that judge was on staff.

PLF1008

PLF1009

***A judge should take responsibility for their conduct and for the use of their judge status and authority.***

Judges should not attempt to prevent other members of the Magic community from reporting their behavior. Retaliation of any kind for reporting suspected misconduct is not tolerated. Judges should never attempt to disguise or hide the reporting process from any person who wishes to use it. Judges should admit and accept their mistakes, and be honest and direct in their communication.

***Anything which would be considered player misconduct is always considered judge misconduct.***

Misconduct which is Unsporting Conduct - Major or Cheating under the Magic Infraction Procedure Guide, or is considered a Serious Problem in a Regular REL context is also considered judge misconduct. Issues which lead to a suspension from Wizards of the Coast or the Player Investigations Committee will at least carry a suspension of equal length by the Judge Program.

PLF1009

# Connection to Magic

Judges have a responsibility to reflect the best of the Magic community and the values of the Judge Program. However, when considering misconduct, the nature of a connection between alleged misconduct and Magic is an important consideration.

A higher judge certification level corresponds to increased trust and status within the community. Therefore, a judge's certification level or program role is relevant to misconduct investigations.

For instance, the public behavior of Regional Coordinators, Program Coordinators, and Grand Prix Head Judges is perceived by the community to be connected to Magic and the Judge Program to a degree that is characteristically different from other judges in the program. Accordingly, judges in advanced roles should consider their public conduct to be at least partially connected at all times.

For the purpose of considering misconduct, behavior is divided into three categories of connection to Magic:

- Behavior which is directly connected to Magic and judging;
- Behavior which is partially connected to Magic and judging; and
- Behavior which is not connected.

Each category is defined and explained below.

## Directly Connected

This includes conduct by a judge who is acting or clearly representing themself as a certified judge.

Examples of this include:
- Working at an event as a judge, including on breaks.
- Doing anything while wearing judge attire.
- Doing anything while representing themself as a judge. This includes using a photo of themself in a judge shirt as their icon on social media or bringing up their judge status in order to gain trust.
- Contributing to an official judge discussion website, such as JudgeApps or the official Magic Judges Facebook page.

PLF1011

Misconduct while in uniform and/or working at an event as a judge is always in the scope of the Code because a uniformed judge directly represents the Judge Program and the Magic community. Posts on official judge-related sites are also held to this standard. Likewise, if a judge uses their judge status to engender trust, those activities are held to this standard. The judge uniform and logo make an impression which connects the behavior of a judge using them to the Judge Program. Misconduct when acting in this role may carry more severe sanctions than if it occurs in partially connected or unconnected circumstances.

**Partially Connected**

This includes conduct by a judge who is at a Magic event in a non-judge role, a judge who is addressing an audience which is primarily focused on Magic, a judge who is or speaking as a person who is strongly associated with Magic and/or judging.

Examples of this include:
- Playing or otherwise attending a Magic event in a non-judge capacity
- Playing, trading, or interacting with others on Magic Online
- Posting on an unofficial Magic site or Magic-related social media
- Attending a social event organized alongside a Magic event

When there is a connection to Magic, misconduct has the potential to reflect poorly on the Judge Program and its members. A judge's behavior may affect the standing and level of trust the Judge Program has in that judge. Misconduct in this area does not always reflect on the rest of the Judge Program and Magic, but it can harm the community's view of a judge and the level of trust the community puts in that judge.

**Not Connected**

If the only connection to Magic and/or judging in a case of alleged misconduct is the fact that the person involved is a certified Magic judge, then that alleged misconduct is not for the Judge Program to consider. However, cases of very serious alleged misconduct may represent significant and exceptional circumstances which warrant the Judge Program's consideration. Wizards of the Coast may take the lead in addressing such cases.

PLF1011

# Identifying Misconduct

The Judge Conduct Committee ("the Committee") exists to decide when a judge's conduct is a problem and how that misconduct should be resolved from the Judge Program's perspective. It is comprised of Level 3 judges, selected by the Program Coordinators and Regional Coordinators in a periodic application and selection process.

Committee members gather information about the case, including a statement from the judge in question. The judge in question may also identify another judge who may agree to act as their advocate with the Committee. If the advocate judge selected is a member of the Committee, the advocate judge will not participate in resolving the case. The advocate judge's purpose is to help ease communication and potential feelings of intimidation with the Committee and ensure the judge in question does not feel alone or isolated as their case proceeds. Communication with a judge accused of misconduct and with judges who may have information sought by the Committee will use the e-mail address provided by the judge via JudgeApps unless they specify otherwise.

After the needed information is gathered and considered, the Committee members then make a recommendation on how they believe the case should be resolved. In these recommendations, the Committee members consider whether the judge accused is responsible for the alleged misconduct, the specific circumstances of the case, including the degree of connection to Magic, and other factors in its deliberations. The Regional Coordinator Advisory Committee (RCAC), Program Coordinators, and the Judge CommunityManager are advised of these decisions before they take effect.

The Committee is responsible for ensuring anyone reporting a concern and any judge who is the subject of a concern are kept informed of what the next step in the investigation is and when it is expected to be completed.

The Committee uses a document which details its process and recommended resolutions for a range of possible misconduct circumstances. However, in order to prevent any person from attempting to game the system, this document is kept private.

A list of suspended and decertified judges is available only to the Committee, Regional Coordinators, Program Coordinators, and the RCAC. Any of these judges may communicate with affected individuals regarding the status of suspended judges on an as-needed basis.

PLF1013

PLF1013

## Reporting Suspected Misconduct

Suspected misconduct should be reported to the Regional Coordinator of the judge in question or reported through the Magic Judge feedback form, which can accommodate completely anonymous reports.

Contact a Regional Coordinator here:
http://blogs.magicjudges.org/contact/contact-a-regional-coordinator/

Access the feedback form here: http://goo.gl/wj7Zp0

Suspected misconduct can also be reported to any judge in an advanced role or member of the Committee, who will then bring the issue to the Committee.

Suspected misconduct which occurs at an event should be reported to the tournament organizer in addition to any available channel of reporting to the Committee.

Anonymous reports of suspected misconduct may also be reported to the member of the RCAC who is picked from the Pro Tour Hall of Fame. That person will forward the concern anonymously and will not reveal the reporting person's identity to any judge without the reporting person's consent. The current representative is Jon Finkel.

To be clear, the Judge Program and the processes described here are not substitutes for law enforcement. Serious misconduct involving alleged or potentially criminal acts should be reported to the appropriate authorities.

## Types of Misconduct

Misconduct is sorted into the types listed here to help judges understand the expectations of the Judge Program and what sorts of behavior are addressed by the Committee. These descriptions also help the Committee ensure similar incidents have consistent and fair resolutions. Mistaken rulings or other honestly intended errors on the part of any judge are not considered misconduct.

### Violating Event Integrity

A judge commits an act of malice or dishonesty which impairs the integrity of an event. This occurs when a judge takes advantage of a conflict of interest related to the position and authority of their judge status. This also happens when a judge is registered as the official for a tournament without being present.

The penalties associated with this misconduct protect the integrity of sanctioned events.

*Examples:*
- A judge intentionally changes the pairings in a round of an event to ensure their friends do not play against one another until the final round.
- A judge gives a player improper access to the decklist of their opponent because the player is a friend.
- A judge, knowing they will not be physically present at a tournament site, asks the organizer to register them as a judge in order to meet activity requirements to maintain certification.

## Impersonating a judge

This may occur when someone represents themself as a certified Magic judge in order to gain a benefit or to avoid a possible penalty. Someone who lies about being a certified judge may lack the appropriate qualities of honesty and trustworthiness to be a judge.

*Examples:*
- A player erroneously believes they are a judge, either through misunderstanding the result of an administered exam or a Rules Advisor exam.
- A judge claims to be a judge of a higher certification level than they actually are in an attempt to impress or gain the favor of a tournament organizer.
- A player claims to be a judge in order to satisfy the sanctioning or reporting requirements of an event, or to gain employment or trust in the community.

## Significant Diplomacy Failure

Judges are expected to demonstrate appropriate diplomacy with players, spectators, other judges, and organizers.

A significant diplomacy failure happens when a judge fails to demonstrate appropriate diplomacy with another player, spectator, judge, or organizer in a specific and significant way. The outcome of the failure will often be a visible, disruptive escalation of a conflict or an end of a working relationship, with some impact to the image of the Judge Program.

A significant diplomacy failure can also occur when a judge acts in a way which they should reasonably expect will cause emotional distress, mental anguish, or other non-physical harm to another person. This also includes violations of privacy. Repetitive or persistent behavior of this nature is instead harassment. Threats of physical violence are instead assault.

This includes any form of retaliation against anyone who has reported or is believed to have reported misconduct. Members of the community should be able to report misconduct without fear of retaliation.

This does not include general abrasiveness, unfriendliness, or other generally antisocial behavior, especially within social media.

PLF1016

*Examples:*
- A judge is involved in a shouting match with a colleague on the floor of an event.
- In a conversation with a tournament organizer, a judge uses a racial slur in an attempt to be funny.
- A judge seeks out a specific player at an event and insults that player's gender expression.

**Harassment**

Harassment is the act of systematic and/or continued unwanted and annoying actions of one person or a group, including but not limited to threats, demands, intimidation, and coercion.

Harassment, sexual or otherwise, is not acceptable behavior by any judge. Any claim of harassment will be handled with care and respect toward the victim.

*Examples:*
- A judge asks another judge out on a date when having drinks after the event, is denied, and does not immediately drop the issue.
- A judge becomes romantically interested in a judge candidate they are mentoring, is denied, and uses mentoring the candidate as a pretext for continuing to stalk the candidate.

**Assault**

A judge causes or threatens to cause bodily harm to another person. This is completely unacceptable and shall be severely punished. If the behavior in question was only intended to prevent bodily harm to the judge or another person, that will be a factor in the Committee's considerations.

*Examples:*
- A judge attempts to end a fistfight by becoming involved as a combatant.
- A judge punches a player after being provoked by an insult.
- A judge arranges a meeting with the intention of sexually assaulting the person he or she has arranged to meet.

**Wagering and Bribery**

A judge bets on anything related to a tournament, solicits a bribe, accepts a bribe, or ignores a bribe rather than enforcing the appropriate rules.

Wagering on Magic is unacceptable. Accepting, soliciting, or ignoring a bribe impairs the integrity of the Judge Program and is unacceptable.

*Examples:*
- A judge solicits a bribe from a player in order to ignore an offense which would otherwise result in the player being disqualified.
- A judge places a bet on their friend to make 'top 8' of a tournament.

PLF1016

PLF1017

**Theft**

A judge steals materials which are owned by a player, another judge, a store, or an organizer. Thieves can't be tolerated in any way within the Judge Program.

*Examples:*
- A judge pockets one of the spare boosters from a draft.
- A judge takes product from the store he or she judges at without receiving permission from the store manager.

PLF1017

## Resolving Misconduct

Possible resolutions are listed below in order of severity from low to high. There may be additional communication, remedies, or conditions associated with a resolution, depending on each case's specific circumstances.

### No Action

If a case has been brought to the attention of the Committee, and the Committee has found it unnecessary to penalize, then a letter will be sent to the judge to inform them that a resolution has been made and no action will follow.

### Warning Letter

The purpose of a warning letter is to identify problematic behavior to the warned judge. It also encourages a change in the judge's behavior as a condition of continued inclusion in the Judge Program.

### Suspension

Suspensions are the most complex resolution. A suspension enforces a period of separation from the Judge Program as an opportunity to reflect and change behavior. It identifies problematic behavior to the suspended judge and encourages a change in that behavior as a condition of re-joining the Judge Program. A suspension is also an affirmation of the seriousness with which the Judge Program approaches problematic behavior.

Suspended judges are expected to avoid acting as judges or representing themselves as judges. They may not participate in any DCI or WPN sanctioned event as judges. They may not participate in judge conferences.

Suspended judges' JudgeApps accounts remain active. However, a suspended judge should not participate in discussions on forums limited to certified judges beyond reading them. Suspended judges are not expected to remove themselves from non-JudgeApps groups or forums limited to certified judges. However, the individuals controlling those groups may decide to remove a suspended judge at their discretion.

A suspended judge should not actively participate in ongoing judge projects, especially not in a leadership role. However, a specific project's leader may decide to retain a suspended judge as a participant in their project to ensure the project's continuity when the suspension ends. The decision to allow a suspended judge to resume participating in or leading a project is up to the specific project leader. In the rare event that a project leader is suspended, leadership should be immediately handed off to that project's backup leader.

A suspended judge may not participate in the Exemplar Program by submitting recognitions. Recognitions submitted by a suspended judge while suspended will not be published and will not have mailings associated with them. Recognitions of a suspended judge or submitted while that judge is suspended and recognitions submitted prior to the suspension may proceed with mailings at the discretion of Wizards of the Coast.

Access to the Judge Center is not affected by a suspension. A suspended judge can still submit reviews, take practice exams, and otherwise use the Judge Center. A suspended judge is encouraged to complete any reviews in progress when the suspension began. A suspended judge should hand off any candidates for certification or advancement to another judge to ensure continuity of mentoring and avoid unnecessary delays.

Organizers for events who have selected a suspended judge through JudgeApps will be notified of the suspension. Those organizers make their own decisions regarding the people they include in their events' staff. However, a suspended judge who acts as a judge at an event will be assumed to be ignoring their suspension.

**Demotion**

Demotion can apply when the actions of the judge were unbecoming of their level, or where the prestige, authority, or responsibilities associated with a judge's level were an important factor in the misconduct. This penalty is primarily used to deny a judge certain privileges which were associated with their level of certification.

A demotion can be enforced in conjunction with a suspension. For Level 1 judges, there is no difference between demotion and decertification.

**Decertification**

Decertification is used in cases where the Committee believes the judge should no longer be part of the Judge Program. This is the most severe penalty available to the Committee, and is not taken lightly.

As an additional remedy, the Committee may exclude the judge from successfully completing the certification process in the future.

# Appendix A - Revision History

December 1, 2014 - First published version
January 1, 2015 - Second published version
December 24, 2015 - Third published version
June 23, 2016 - Fourth published version

Changes April-May 2016

- References to Level 4 and 5 removed, other edits related to NNWO.

Changes December 24, 2015
- Added reference to WotC potentially taking lead on serious and exceptional cases.
- Added specific reference to WotC in addition to PIC potentially suspending a player who is also a judge.
- Specified preferred method of communication with judge and advocate is JudgeApps e-mail addresses.
- Added language to Significant Diplomacy Failure to stress that we're really not monitoring Facebook, and the issue should be specific rather than generally being unfriendly and antisocial.
- Added clarification on suspension, with specific references to conferences and Exemplar.
- Added RCs to list of folks who have input in the Committee composition.
- Added detail to advocate role, in addition to removing L3 requirement. L3s remain "recommended" but in practice, L2s have been fine as advocates where the judge in question feels more comfortable with them.
- Minor typo fixes.Structure and page numbering fix, split former "Appendix A" into relevant sections, no longer an appendix.

Changes January 1, 2015:
- Typo and clarity fixes
- Document structure, table of contents, font, page numbers, division into sections and appendices
- Added reporting section to administrative guidelines
- Explicit inclusion of statement from judge in question, option of requesting an advocate, and communication expectations
- Reordered types of misconduct for better continuity in severity
- Renamed, broadened, and clarified "DCI Number Fraud or Improper Registration" to "Violating Event Integrity"
- Clarified the second example under "Wagering and Bribery"

PLF1021

# What does it mean to be a certified judge?

If you're reading this, most likely you already know **Magic: The Gathering** or another Wizards of the Coast trading-card game (**Magic** being the primary game all judges are required to know), and are interested in becoming a DCI Certified Judge. It may be that you want to help your local tournament organizer by judging at his tournaments (or you are the organizer and looking for some extra knowledge), or you may want to progress further in the judge program; seeking advancement in the DCI Judge Certification Program, participating in the **Magic** community, and staying active locally and beyond when possible. Both these goals are valuable to the **Magic** community and may give you a lot of good moments with this game. Anyway, whichever kind of judge you want to become, ask yourself a simple question: why do I want to become a judge? You don't have to have an answer right now, but it's important that you can answer this before you take your first step onto this path.

Although the life of a judge may seem easy, there's a lot more to being a judge than knowing the game's rules. Following is a series of basic questions about judging at Tournaments and the DCI Judge Certification Program. The goal of these questions is to help you understand a little about what it means to be a judge and what you have to do to become one.

## So, what is a judge?

Basically, the judge at a tournament is the person responsible for keeping the game fair (much like the referee in any other sport), applying the rules, correcting and penalizing any infractions, answering questions and assisting players in tournament matters. Overall, the basic goal of a judge is to promote an environment that's fair, balanced and pleasant to the players.

There are certain skills that a judge needs to have. A judge must possess a great knowledge of the rules of the game, of its procedures, of the infractions and of the penalties appropriate to the tournament. All these rules are important tools for a judge, and knowing them is fundamental for the judge to perform her duties quickly and efficiently. Furthermore, a judge must possess certain abilities that go beyond the game aspects. A good judge must have team spirit; even in small local tournaments she may be working with other people, such as the Tournament Organizer and the Scorekeeper. A judge must also be patient and open to communication; most of her activities will involve communicating with other people, such as players, fellow judges and other members of the tournament organization.

## What is the DCI Judge Certification Program?

Through the Judge Certification Program, the DCI certifies judges in numerous countries, attesting to their ability to act in sanctioned events and, in higher levels of the judging program, perform activities such as the certification of judges. The Certification Program manages the judge testing system, develops the written tests used to evaluate judges at all levels, and provides the necessary tools for judges to improve their skills: such as discussion mailing lists, the sponsorship program and judge rewards (like those cool foil cards we judges receive at Grand Prix and Pro Tours).

## What is a Certified Judge?

Certified judges are nice people who have entered the DCI Judge Certification Program and have passed the first steps of the certification process. In order to become a certified judge, a candidate must fulfill certain requisites: such as participation in events, an interview, and passing a written test. By joining

PLF1021

the Judge Certification Program you will have the opportunity to improve your judging skills and learn a lot more about the game, tournaments, and judging.

Being a certified judge is volunteer work, very gratifying, but it demands dedication, commitment, and constantly keeping up with the new things that come with the evolution of the game. Even if it is a voluntary activity, being a judge demands a professional attitude, and it is a matter of responsibility. Responsibility to your fellow judges, to the tournament organizers and, above all, to the players. Keep in mind that all of these people dedicated a fair share of their money, time, and effort to the event. A good judge must be capable of this level of dedication, and must strive to keep up to date and able to fulfill her tasks.

## What about judge levels?

Certified judges are ranked in levels, from 1 to 5, according to their experience and position in the Certification Program. Each level has its requirements, rewards and duties. See: Judge Level Requirements at www.wizards.com/judge.

Level 1 and 2 judges work mainly in local tournaments (but you can see them in GPs, PTQs, and other large events). Level 2 judges may head judge PTQs and GP Trials and, after some time, may begin to walk the path to expert judge level. In addition, level 2 judges can mentor new judge candidates and test them for level 1.

Expert level judges (those of level 3) perform additional duties. They work on higher-level tournaments and mentor and test candidates for level 1 and 2. Expert judges receive extra rewards for their effort, and have an exclusive mailing list.

Lastly, there are the professional level judges (those of levels 4 and 5) who help set policy, philosophy, and the direction of high-level play and the judge program.

## TO, scorekeeper, head judge. Who are those guys?

No man is an island, and judges are no different. In tournaments of all sizes, a judge will work alongside tournament organizers, scorekeepers, and other members of the event staff. It may happen that, in small tournaments, the judge is also the TO, the Scorekeeper or all three. Anyway, it is always good to know who has what responsibilities:

*Tournament Organizer*: The tournament organizer, or TO, is the person in charge of the tournament. At a local tournament he will probably be the storeowner. The TO is the person who selects the tournament site and staff, provides all the necessary materials for the tournament (such as deck lists, prizes, and so on), pays for the venue, and advertises the event. The tournament organizer is ultimately responsible for the success and reporting of the event.

The TO is an important person in a judge's life; he is in charge of the tournaments the judge works and is the person that will compensate the judge for his hard work. Even if the TO has no influence in rules decisions (this is the realm of the judges), he is the "boss" in all other aspects of the event. Cooperation is the key to a good relationship between judges and the TO. Also, the TO may be a valuable source of advice for a beginning judge.

*Scorekeeper*: The scorekeeper, as the name implies, is in charge of keeping the scores and results of the matches in the event. The scorekeeper manages the DCI Reporter software (or, in case the

PLF1022

PLF1022

tournament is run on paper, manages the paperwork), pairing players, recording the results and penalties, tracking the round time and performing the procedures relevant to the tournament format (assigning draft pods and performing cuts to playoff pairings). The scorekeeper may be a certified judge, but this is not mandatory.

*Head Judge*: Officially sanctioned events require the physical presence of a head judge during play to adjudicate disputes, interpret rules, assign penalties, and make other official decisions. The head judge is responsible for reporting all warnings issued at the tournament to the DCI, either directly or through the tournament organizer's event report. In most local tournaments there is only one judge, and this is the head judge. In bigger events, where more judges are present, one judge, chosen by the TO, is the head judge of the event, and he will be the final judicial authority in the tournament.

*Team Leader*: In some events, like Pro Tours, Nationals and GPs, there are a great number of judges. In these cases, judges are gathered in teams, in order to better organize them and assign their tasks. Each team has a leader, usually a more experienced judge who coordinates the team activities and reports to the head judge.

## What will my duties be as a judge?

The duties of a judge depend on his level and the kind of tournament at which he is working. At all levels, judges will keep the game fair, answer rules questions from players at the tournament, correct infractions and apply penalties when necessary. Basically, this will represent most of the judging job, especially at small, local tournaments, where, usually, there is only one judge.

Aside from rules matters and players disputes, judges perform some activities related to the tournament organization. Judges post pairings generated by the scorekeeper, check decks and deck lists, keep the tables organized and clearly numbered. They also lend a hand to the TO when necessary: making announcements, looking for missing players and finding unreported match results. After all, besides keeping it fair, we need to keep it organized.

Those are the basic duties of a judge, and in most part are all the tasks a judge will perform in local tournaments. But, if you want to go further in the glorious career of a judge, there will be more things to do. Expert level judges may mentor those who want to certify, and also level 1 and 2 judges. They may perform judge testing up to level 2, and may help to evaluate candidates for level 3. Also, judges of all levels are encouraged to write reports about their judging experiences, submitting those reports to the judges' mailing list, or publishing them in the judges' section on Wizards' site.

DCI judges are expected to uphold the highest standards of integrity and professionalism at all times -- especially while they are judging, but also when they aren't, even as players or spectators. If you feel you exhibit integrity and professionalism and have the motivation and skills to become a certified judge, the DCI looks forward to working with you and getting you certified as a DCI Judge.

## So, how do I become a Judge?

You don't need to be a certified judge to judge at many events. If you want to judge a tournament to get the taste for judging, the best option is to contact your local TO. He is the best person to provide you with the basic information about starting to judge in your area. Also, the TO can explain to you about basic tournament procedures and local compensation for judge work.

Another good option is to contact the Premier Tournament Organizer of your area. This is a TO who

Case 5:16-cv-01924-EJD Document 48-17 Filed 06/14/17 Page 28 of 178    PLF1024

runs the Premier events, like Prereleases, Trials and PTQs, in your area. He will be able to explain you the basics of judging in Premier events, including rewards policies for these tournaments. Also, he may know other TOs and be aware of the event schedule for your area.

Don't forget to talk with other judges. If your area has a local level 3 judge, he will be the most qualified person to guide you on the judge's path. Also, if possible, talk with other judges who operate in your area. Advice from the more experienced is always a valuable resource.

If you have any question about where to find all those people, check Wizards' website. There is a list of all judges in the world and the offices in charge of Organized Play for all areas of the world.

Although certification isn't mandatory for judges in local tournaments, it is a good idea to become a certified judge, even if you just intend to occasionally judge local tournaments.

See: How to Become a Judge at www.wizards.com/judge

## What about the rewards?

At this point, you must be asking yourself: what's in it for me? If your only concern is money, then you better start looking for another activity. Yes, judges are rewarded for their work, but the rewards aren't enough to grant you wealth beyond your dreams. The exact kind of reward varies from tournament to tournament and, in most cases, it's a good reward for doing something related to a game that is also a hobby. Judge rewards may not make you rich, but who else is paid to stay in touch with his favorite game?

The most basic kind of reward happens at local level, and will depend on each TO. In some cases, TOs pay their judges with product, based on the amount of players in the tournament. In other places, judges are paid in money, or receive special discounts at the local game shop. In any case, the best way to deal with rewards is to talk with the TO. Being a judge demands a lot of effort and preparation. Don't feel ashamed for being rewarded for this.

The next level of rewards comes from Premier events. Although the exact amount may change from region to region, at these events judges are rewarded in product, based on the number of players at the tournament. Also, judges may receive foil cards, event shirts and, in the case of Prerelease Tournaments, may receive product prior to its release. Some rewards have specific policies, like the prerelease product, which can't be sold before the official release date. The best thing to do is to contact your local TO or PTO in order to learn more about these rewards and policies.

Judges of expert level and above have a special reward, too. In order to keep in touch with the new cards, they receive product whenever a new expansion is released.

There is also the Sponsorship Program. Through this program, certified judges may receive sponsorship to events in other cities and even in other countries. This is a great experience, will give you the chance to learn a lot about **Magic** and judging, and will be a good opportunity to meet new people and see exotic places.

All the rewards a judge may receive for his work are great, but that's not the most important thing. It may seem strange, but the greatest reward is the work itself. From helping your local TO to traveling to other cities to judge, it's the opportunity to be a part of Magic events, meet different people, socialize with judges and be part of a community dedicated to this great game. If you have the opportunity to

PLF1024

participate in an international event, such as a Grand Prix or a Pro Tour, you will meet people from different countries and make friends from all around the world.

## Where can I find help (or, where to turn to when things get nasty)?

Sometimes a question arises for which we don't have the answer. When this happens in the middle of a tournament and you are the one in charge, you will have to use your judgment in order to solve the situation. But what happens when you have time to browse for the answer? Thankfully we have a lot of resources to help us. Wizards maintains discussion lists for certified judges, where rules questions and interesting things that happens in tournaments are all discussed (including those things that you had to solve by yourself). And in Wizards' website you may find archives with all previous topics from the discussion lists.

## Will I be allowed to keep playing Magic?

Sure! And you may keep playing in sanctioned tournaments without any problem. **Magic** judges are encouraged to play and, in some cases, being a judge may help you to play better. By knowing the proper rules and understanding how things work in the game you will most certainly improve your playing skills. Also, it may prevent you from making mistakes when playing in a tournament.

Of course, you should always be take care not to use your powers in for evil. The status of being a judge isn't meant for giving you an advantage over your opponents. Do not abuse your power or have any of those "I'm level 1 so I'm right" conversations. If you have at any point thought about becoming a judge for this reason, you are way, way off your path.

## Final advice

If you intend to become a judge, know that you will be getting into an interesting activity that's both fun and a lot of work. If I may give you a final piece of advice about being a judge, here it is: study well and prepare yourself for the events in which you will work. Being prepared is one of the key points to doing a good job, and will help you a lot during those difficult moments when things looks dark.

And, last but not least, know that this article contains only the basics about what it means to be a judge. For each of us judges this activity possesses a special and particular meaning. If the key to *becoming* a judge is knowing why you want to judge, the key to being a *good* judge is knowing what judging it means to you.

© 1995-2016 Wizards of the Coast LLC, a subsidiary of Hasbro, Inc. All Rights Reserved.
Terms of Use | Privacy Statement | Code of Conduct

 

PLF1026



# Find Judges with This Free Tool

*February 6, 2015* | 🕐 1 min to read

Finding judges can be difficult, especially higher level judges needed for Preliminary Pro Tour Qualifiers and Grand Prix Trials.

PLF1026

To help make it easier, try using Judge Apps (http://apps.magicjudges.org/)!

PLF1027

Judge Apps is a free website, created and managed by the *Magic* Judge Program, that makes it easy to search the *Magic* judge database (http://apps.magicjudges.org/judges/). You can search by name, judge level, location, and DCI #.



Judge Apps also have a great map tool that can be used to visually search for judges by location and level.

### Find a Judge Near You



Finding and contacting local judges of a certain level is fast and simple!

PLF1028



Gaining access to this great resource is simple. All you need to do is create a login just like any other site. It can take a few days for the approval process to complete, so be patient.

Once approved, you can start searching for judges and contacting them right away!

Try using Judge Apps (http://apps.magicjudges.org/judges/) today to find judges for your next Preliminary PTQ or Grand Prix Trial!

## Related Content

PLF1028

PLF1029

- [Grow Your Own Judges (/article/grow-your-own-judges)](/article/grow-your-own-judges)

- [How to Secure Judges (/document/how-secure-judges)](/document/how-secure-judges)

- [(/node/4226)](/node/4226)

# COMMON QUESTIONS

Find answers to your questions about the WPN.



*Have a Question?*
[Contact Us (/en/contact-us)](/en/contact-us) ›

[What is a Preliminary Pro Tour Qualifier? (/en/resources/common-questions/all/3956)](/en/resources/common-questions/all/3956)

[Where can I get help from or about judges? (/en/resources/common-questions/all/93)](/en/resources/common-questions/all/93)

[How do I contact a certified DCI judge? (/en/resources/common-questions/all/94)](/en/resources/common-questions/all/94)

PLF1029


 Select your language: English

Case 5:16-cv-01924-EJD  Document 46-7  Filed 06/14/17  Page 35 of 178



EVENTS/RESOURCES

## WHAT IS A JUDGE?



## MAGIC JUDGES

Magic judges are perhaps best known as arbiters of tournament rules, but they are also passionate members of the Magic community who endeavor to ensure that events are fair and players learn the game.

Anyone with a strong enough knowledge of Magic and a desire to give back to the community can become a judge.

## THE JUDGE PROGRAM

The Judge Certification Program develops, facilitates, and administers the judge testing system. The creation and maintenance of judge standards ensures a high level of excellence in sanctioned Magic play. The Judge Certification Program also ensures that judges have access to the tools they need to improve their judging skills and their knowledge of the game and card sets.

> **LEARN HOW TO BECOME A JUDGE**

## JUDGE LEVELS

Certified judges fall into five levels.

Level 1 and 2 judges typically adjudicate hobby store-based event. Colloquially, they are sometimes called "L1" and "L2" judges. Level 2 judges also mentor and test new candidates for Level 1. Over 95% of judges are L1 or L2 and their presence is appreciated by both organizers and players.

Level 3 judges are leaders of premier organized play and judge communities in their regions. They generally operate in large areas, across provinces and countries and are recognized as regional leaders in their communities. Premier play organizers seek L3s to adjudicate fun and fair events and to provide a great player experience. They also mentor L1s and L2s judges and assist Level 4 and 5 judges with directing portions of the Judge Certification Program.

Level 4 and 5 judges are recognized experts in rules, policy, community growth, and adjudicating large tournaments. Very few demonstrate the abilities to reach this level. Having earned the tremendous respect and admiration of both players and organizers, they are entrusted with the highest level events and lead vast areas of the Judge Certification Program.

❯ **LEARN MORE ABOUT JUDGE LEVELS**

# REGIONAL COORDINATORS

Regional Coordinators (often called "RCs") are usually Level 3 judges who act as a region's points-of-contact and coordinator for the judge program. RCs advise store owners operate premier events, facilitate judge mentorship and education in their regions, and help members of their communities by:

- Providing information about the Judge Program;

- Assisting tournament organizers find judges for events;

- Finding judging opportunities;

- Offering store owners advice on best practices for running events; and

- Building a positive community of stores, organizers, and players.

Whatever your question or need, contact your RCs for more information.

❯ **FIND YOUR REGIONAL COORDINATOR**

# REGIONAL COORDINATOR ADVISORY COMMITTEE

In an ongoing effort to be responsive to the *Magic* Judge Community, Wizards of the Coast is pleased to announce the formation of the Regional Coordinator Advisory Committee ("RCAC"), an independent group for judges to provide feedback about *Magic* and the Judge Program.

Created last September, the RCAC acts as a sounding board and outlet for judges around the world to voice their ideas, thoughts and concerns about Magic and the Judge Program.

The RCAC advises Wizards and the Level 4 and 5 judges on issues arising from the Judge Program, including education, knowledge management, judge and player sanctions, and judge complaints, and will provide other general recommendations as the need arises. The RCAC is comprised of judges, as well as player representative Jon Finkel, who was elected by the Hall of Fame selection committee, to provide feedback and the perspective of a player to the RCAC.

Any judge in the Judge Program can contact the RCAC at judgercac@gmail.com.

# USEFUL LINKS

Level Three Advancement Process

Qualities and process for becoming Level Three.

Magic Judge Membership Renewal and Contact Update

# DOCUMENTS AND FORMS

Judge Article Archive

Disqualification Reporting Procedure
Instructions for submitting a DQ report to Wizards of the Coast. Requires DCI Certification.

Suspended Player List
Current and new suspended players, updated at need.

# TOURNAMENT RULES AND POLICIES

Premier-Level Tournament Information

*Magic* Tournament Rules

Premier Event Invitation Policy

*Magic* Infraction Procedure Guide

BACK TO TOP



WHERE TO PLAY AND BUY

Find a location to buy or play
Magic: The Gathering near you.

PLF1034



Enter your city or postal code

## FIND NOW !

 **Select your language:**

English ▼

WIZARDS BRAND FAMILY

## MAGIC | D&D | WPN | DUEL MASTERS | AVALON HILL

**Terms of Use** | **Code of Conduct** | **Privacy Policy** | **Customer Service** | **Cookies**

 

© 1995-2016 Wizards of the Coast LLC, a subsidiary of Hasbro, Inc. All Rights Reserved.

# Rise to Your Responsibility 2011

*Andrew Heckt*
*Monday, November 29, 2010*

Tweet  G+1 ⟨ 0    Like ⟨ 0

The Judge Certification Program is progressing forward with supporting Organized Play. In 2005 and 2008 the Judge Program outlined how it would progress and adapt itself to provide increasing support for tournaments and training for judges of those tournaments through Certification. These efforts continue with some new goals;

1. Support WPN events with a judge in every Advanced WPN location, and increase L2+ staff to support double the number of Grand Prix from previous years.
2. Acquisition of Certified Judges in support of the first goal.
3. Reward and Recognition for judge activity, especially beyond tournaments to foster the second goal.
4. Education of Judges to not lose focus on improving quality in the face of significant acquisition.

A major first step in this effort is clarifying the role judges serve by level to globally define clear requirements for each judge level and the development path a judge takes to reach the next level. Some of this effort has already begun with Level One in June. In the coming days Level Two will also be clarified, and an announcement will be made regarding a new process for becoming a candidate for Level Three.

Level One judges oversee WPN store tournaments, run at Regular REL. They are knowledgeable of Magic rules, tournament rules, structures, and formats, and are capable of organizing store-level events. They are the main envoys to the retail community and work with (sometime for) retailers. Level Ones judge FNMs and Prereleases. Veteran L1s who have demonstrated knowledge of the IPG may assist on Qualifiers, GPs, and Nationals (as L1s do currently). The Judge Program will provide support to Veteran L1s who are running their first GPTs alone with guides and suggestions to prepare.

Level Two judges are Area Judges who want more to do more than judge inside one store. They wish to participate in Competitive level events, thus requiring IPG knowledge not required at Level One. They desire to see tournaments run to a higher standard, and are willing to travel to events sometimes four hours away or more. When a Level Two becomes a veteran in their level they begin to train and mentor other judges and they become responsible for more organization of complex events for several retail organizers. They judge at several locations and with a half-dozen or more judges each year with the goal to improve tournaments for their community.

These changes will be announced on the Judge-L mailing list and updated on the website and judge wiki.
I'd like to thank the team who worked on this project: Jeff Morrow who has led this effort and the creation of the new L3 advancement process, Damian Hiller for all of L2, and Nick Sephton for finalizing the committee's efforts with L1. Additional thank you goes to many judges who participated in significant ways; Fabian Peck for his guides on testing, Cristiana Dionisio for messaging, and Brian Schenck for the exam content. More than twenty judges participated in this major project which provides the foundation for many of our other goals.

PLF1035

Thank you all!

Andy
Andrew Heckt
Wizards of the Coast

---

© 1995-2016 Wizards of the Coast LLC, a subsidiary of Hasbro, Inc. All Rights Reserved.
<u>Terms of Use</u> | <u>Privacy Statement</u> | <u>Code of Conduct</u>

 

# MAGIC: THE GATHERING® TOURNAMENT RULES
*Effective April 28, 2017*

Introduction ........................................................................................................................4
1. Tournament Fundamentals ..............................................................................................5
    1.1     Tournament Types ...............................................................................................5
    1.2     Publishing Tournament Information ....................................................................5
    1.3     Tournament Roles ...............................................................................................5
    1.4     Participation Eligibility ......................................................................................5
    1.5     DCI Numbers .....................................................................................................7
    1.6     Tournament Organizer .........................................................................................7
    1.7     Head Judge ..........................................................................................................7
    1.8     Floor Judges ........................................................................................................7
    1.9     Scorekeeper .........................................................................................................8
    1.10   Players ..................................................................................................................8
    1.11   Spectators ............................................................................................................9
    1.12   Rules Enforcement Levels ..................................................................................9
2.  Tournament Mechanics ..................................................................................................11
    2.1     Match Structure ................................................................................................11
    2.2     Play/Draw Rule .................................................................................................11
    2.3     Pregame Procedures ..........................................................................................11
    2.4     Conceding or Intentionally Drawing Games or Matches ..................................11
    2.5     End-of-Match Procedure ..................................................................................12
    2.6     Time Extensions ...............................................................................................12
    2.7     Deck Registration .............................................................................................12
    2.8     Deck Checks ......................................................................................................13
    2.9     Appeals to the Head Judge ...............................................................................13
    2.10   Dropping from a Tournament ...........................................................................13
    2.11   Taking Notes .....................................................................................................14
    2.12   Electronic Devices ............................................................................................14
    2.13   Video Coverage .................................................................................................14
    2.14   Life Totals .........................................................................................................15
3.  Tournament Rules ..........................................................................................................16
    3.1     Tiebreakers .......................................................................................................16
    3.2     Format and Ratings Categories .........................................................................16
    3.3     Authorized Cards ..............................................................................................16
    3.4     Proxy Cards .......................................................................................................17
    3.5     Checklist Cards ..................................................................................................17
    3.6     Card Identification and Interpretation ..............................................................18
    3.7     New Releases .....................................................................................................18
    3.8     Game Markers ...................................................................................................18
    3.9     Card Shuffling ...................................................................................................18
    3.10   Sleeves ...............................................................................................................19
    3.11   Marked Cards ....................................................................................................19
    3.12   Hidden Information ............................................................................................19
    3.13   Tapped/Flipped Cards .......................................................................................20
    3.14   Graveyard Order ...............................................................................................20
    3.15   Sideboard ...........................................................................................................20
4. Communication ..............................................................................................................21
    4.1     Player Communication .......................................................................................21

PLF1037

| | | |
|---|---|---|
| 4.2 | Tournament Shortcuts | 22 |
| 4.3 | Out-of-Order Sequencing | 23 |
| 4.4 | Triggered Abilities | 23 |
| 4.5 | Team/Two-Headed Giant Communication | 23 |
| 5. Tournament Violations | | 24 |
| 5.1 | Cheating | 24 |
| 5.2 | Bribery | 24 |
| 5.3 | Wagering | 24 |
| 5.4 | Unsporting Conduct | 25 |
| 5.5 | Slow Play | 25 |
| 5.6 | Outside Assistance | 25 |
| 6. Constructed Tournament Rules | | 26 |
| 6.1 | Deck Construction Restrictions | 26 |
| 6.2 | Card Legality | 26 |
| 6.3 | Standard Format Deck Construction | 27 |
| 6.4 | Modern Format Deck Construction | 28 |
| 6.5 | Vintage Format Deck Construction | 29 |
| 6.6 | Legacy Format Deck Construction | 30 |
| 6.7 | Block Constructed Format Deck Construction | 31 |
| 7. Limited Tournament Rules | | 32 |
| 7.1 | Deck Construction Restrictions | 32 |
| 7.2 | Card Use in Limited Tournaments | 32 |
| 7.3 | Continuous Construction | 33 |
| 7.4 | Abnormal Product | 33 |
| 7.5 | Sealed Deck Pool Registration | 33 |
| 7.6 | Draft Pod Assembly | 33 |
| 7.7 | Booster Draft Procedures | 34 |
| 8. Team Tournament Rules | | 35 |
| 8.1 | Team Names | 35 |
| 8.2 | Team Composition and Identification | 35 |
| 8.3 | Team Communication Rules | 35 |
| 8.4 | Unified Deck Construction Rules | 35 |
| 8.5 | Team Rochester Draft Tournaments | 35 |
| 8.6 | Team Sealed Deck Tournaments | 36 |
| 9. Two-Headed Giant Tournament Rules | | 37 |
| 9.1 | Match Structure | 37 |
| 9.2 | Communication Rules | 37 |
| 9.3 | Play-Draw Rule | 37 |
| 9.4 | Pregame Procedure | 37 |
| 9.5 | Two-Headed Giant Constructed Rules | 37 |
| 9.6 | Two-Headed Giant Limited Rules | 37 |
| 9.7 | Two-Headed Giant Booster Draft Tournaments | 38 |
| 10. Sanctioning Rules | | 39 |
| 10.1 | Participation Minimums | 39 |
| 10.2 | Number of Rounds | 39 |
| 10.3 | Invitation-Only Tournaments | 39 |
| 10.4 | Pairing Algorithm | 39 |
| Appendix A—Changes From Previous Versions | | 42 |
| Appendix B—Time Limits | | 44 |
| Booster Draft Timing | | 45 |
| Rochester Draft Timing | | 45 |

PLF1038

Two-Headed Giant Draft Timing .................................................................................................46
Appendix C—Tiebreaker Explanation ........................................................................................47
    Match Points .........................................................................................................................47
    Game Points ..........................................................................................................................47
    Match-win percentage ...........................................................................................................47
    Game-win percentage ............................................................................................................47
    Opponents' match-win percentage .........................................................................................48
    Opponents' game-win percentages .........................................................................................49
    Byes .......................................................................................................................................49
Appendix D—Recommended Booster Mix for Limited Tournaments ...................................50
Appendix E—Recommended Number of Rounds in Swiss Tournaments ..............................51
Appendix F—Rules Enforcement Levels of Programs ...........................................................52

PLF1039

# Introduction

The DCI is a worldwide organization dedicated to organized play. It promotes, enforces, and develops rules and policies using the goals and philosophies defined in this document, the **Magic: The Gathering** Infraction Procedure Guide, and the Judging at Regular Rules Enforcement Level document. It constantly reviews these rules and policies to ensure its goals are met.

There are two types of sanctioned **Magic** tournament: rated and casual. Rated tournaments offer Planeswalker Points for each win, draw, or bye a player earns. Casual tournaments offer a single Planeswalker Point for participation.

The purpose of this document is to provide the infrastructure used to run **Magic: The Gathering** ("**Magic**") tournaments by defining appropriate rules, responsibilities, and procedures to be followed in all DCI-sanctioned **Magic** tournaments.

DCI-sanctioned tournaments are to be run consistently regardless of their location. This ensures equal treatment of players in different regions and enables their smooth transition to international tournaments. All players are treated equally and share responsibilities according to the Rules Enforcement Level (REL) of the tournament. Both players and officials should cooperate to achieve their common goal of running a proper DCI-sanctioned tournament. Players and officials must treat each other in a fair and respectful manner, following both the rules and the spirit in which those rules were created. They are responsible for following the most current version of the **Magic** Tournament Rules and **Magic: The Gathering** Comprehensive Rules. Spectators have their own set of responsibilities. Individuals violating DCI rules are subject to penalties defined by the appropriate document for the tournament's Rules Enforcement Level.

Information in this document may contradict (or have information not contained in) the Comprehensive Rules. In such cases, this document takes precedence.

Official tournament fact sheets located on the Wizards of the Coast website for specific tournaments may define alternative or additional policies or procedures. If a contradiction exists between this document and an official fact sheet located on the Wizards of the Coast website, the information in the fact sheet takes precedence.

Wizards of the Coast reserves the right to alter these rules, as well as the right to interpret, modify, clarify, or otherwise issue official changes to these rules without prior notice.

2017 updates to this document are scheduled to be announced as follows:

| Announcement Date | Effective Date | Announcement Date | Effective Date |
| --- | --- | --- | --- |
| January 16, 2017 | January 20, 2017 | July 10, 2017 | July 14, 2017 |
| March 13, 2017 | March 17,2017 | September 4, 2017 | September 8, 2017 |
| April 24, 2017 | April 28, 2017 | September 25, 2017 | September 29, 2017 |
| June 14,2017 | June 19, 2017 | December 11, 2017 | December 15, 2017 |

The latest versions are available at http://wpn.wizards.com/document/magic-gathering-tournament-rules.

PLF1041

# 1.  Tournament Fundamentals

## 1.1     Tournament Types

Sanctioned, rated tournaments are divided into two types: Premier and non-Premier. Premier tournaments are run by Wizards of the Coast or select Tournament Organizers. They have unique names and features. Non-Premier tournaments are tournaments that are not explicitly Premier.

There are two major tournament formats: Limited and Constructed. Each has rules specific to its format. In Limited tournaments, all product for play is provided during the tournament. In Constructed tournaments, players compete using decks prepared beforehand. Some Premier tournaments may consist of multiple formats within the same tournament.

## 1.2     Publishing Tournament Information

Wizards of the Coast reserves the right to publish DCI-sanctioned tournament information at any time (including during the tournament). Tournament information includes, but is not limited to, the contents of one or more players' decks, descriptions of strategies or play, transcripts, and video reproductions. Tournament Organizers are also allowed to publish this information once their tournament is complete.

Wizards of the Coast reserves the right to publish penalty and suspension information.

## 1.3     Tournament Roles

The following roles are defined for tournament purposes:

- Tournament Organizer
- Head Judge
- Floor Judge
- Scorekeeper
- Player
- Spectator

The first four roles above are considered tournament officials. The Head Judge and floor judges are collectively considered judges. A single individual may act in any combination of tournament official roles. Individuals who are not judges at a tournament are spectators in any match in which they are not playing. Members of the press are also considered spectators.

## 1.4     Participation Eligibility

Anyone is eligible to participate as a player in a DCI-sanctioned tournament except for:

PLF1041

- Individuals currently suspended by the DCI. The current DCI suspended player list is located at http://www.wizards.com/default.asp?x=dci/suspended. Individuals currently suspended from the DCI may not act as tournament officials;
- Other individuals specifically prohibited from participation by DCI or Wizards of the Coast policy (such determination is at Wizards of the Coast's sole discretion);
- Individuals thirteen (13) years of age and younger who do not have their parent/guardians' permission;
- Anyone prohibited by federal, state, or local laws, the rules of the Tournament Organizer, or by a venue's management.

Anyone is eligible to participate as a tournament official (Tournament Organizer, Head Judge, floor judge or Scorekeeper) for a tournament except for:

- Individuals currently suspended by the DCI;
- Anyone who has played in the tournament, unless it is a tournament that explicitly allows tournament officials to play while acting as a tournament official.

Tournament officials may play in a DCI-sanctioned, rated tournament for which they are a tournament official if (and only if) the tournament is of the following types:

- Friday Night **Magic**
- Prerelease
- Launch Party
- **Magic** Game Day
- Other non-Premier **Magic** Tournaments
- Tournaments in which the official Wizards of the Coast tournament fact sheet specifically permits officials of that tournament to play

If one or more tournament officials play in the tournament, it must be run at Regular Rules Enforcement Level. If tournament officials play in the tournament and the tournament is not one of the allowed types listed above, the tournament will be invalidated. Tournament officials are required to officiate tournaments fairly and without regard to their own self-interest.

The owners of organizations that run Premier Events are not permitted to play in those tournaments, even if the owner is not listed as a tournament official (organizer, judge, and/or scorekeeper) for that tournament.

Premier Events include the following tournaments: **Magic: The Gathering** World Championship, World **Magic** Cup, Nationals, Nationals Last Chance Qualifiers, Pro Tour, Regional Pro Tour Qualifiers, Regional Last Chance Qualifiers, Preliminary Pro Tour Qualifiers, Pro Tour Qualifiers, Grand Prix, Grand Prix Trials, WPN Premium Tournaments, and WPN Premium Qualifiers.

Some tournaments have additional criteria regarding player and tournament official eligibility (e.g. invitation-only tournaments, such as Pro Tour tournaments).

The Premier Event Invitation Policy defines specific eligibility rules with regards to certain types of invitation-only Premier Tournaments (e.g. Pro Tours).

Individuals with questions regarding their tournament eligibility should contact the DCI policy manager (Scott.Larabee@wizards.com).

PLF1043

## 1.5    DCI Numbers

Tournament participants must provide their DCI number to the Scorekeeper during registration. Players without a DCI number should obtain one from https://accounts.wizards.com/ before attending an event. If a player does not obtain a DCI number before the event, the Tournament Organizer of the event can provide one. Players are only allowed one DCI membership number, and players with multiple DCI numbers should contact Wizards of the Coast to have the information for two or more DCI numbers combined. Results containing temporary player numbers, temporary player names, or placeholders should not be reported to the DCI.

## 1.6    Tournament Organizer

The Tournament Organizer of a tournament is responsible for all tournament logistics including:

- Securing a sanctioning number from the DCI.
- Providing a site for the tournament that meets the tournament's expected needs.
- Advertising the tournament in advance of the tournament date.
- Staffing the tournament with appropriate tournament officials.
- Providing all materials necessary to operate the tournament (e.g. product for Limited format tournaments).
- Reporting the tournament results to the DCI.
- Saving match result slips from each tournament for a period of 6 months (to aid in match appeals).

## 1.7    Head Judge

Sanctioned tournaments require the physical presence of a Head Judge during play to adjudicate disputes, interpret rules, and make other official decisions. The Head Judge is the final judicial authority at any DCI-sanctioned tournament and all tournament participants are expected to follow his or her interpretations. Although it is beneficial, the Head Judge does not have to be certified.

The Head Judge's responsibilities include:

- Ensuring that all necessary steps are taken to deal with game or policy rule violations that he or she notices or are brought to his or her attention.
- Issuing the final ruling in all appeals, potentially overturning the ruling of a floor judge.
- Coordinating and delegating tasks to floor judges as needed.

If necessary, the Head Judge may temporarily transfer his or her duties to any judge if he or she is unable to fulfill them for a period of time. Also, in exceptional circumstances, if the tournament's integrity would be damaged otherwise, the Tournament Organizer may replace the Head Judge.

Certain Premier tournaments have multiple Head Judges and/or different Head Judges for different portions of the tournament. All Head Judges share the same responsibilities and exercise the same authority while they are serving as a Head Judge.

## 1.8    Floor Judges

Floor judges are available to players and spectators to answer questions, deal with illegal plays, or assist with reasonable requests. They do not have to be certified.

PLF1043

Judges will not generally assist players in determining the current game state but can answer questions about the rules, interactions between cards, or provide the Oracle™ wordings of relevant cards. At Regular Rules Enforcement Level, the judge may assist the player in understanding the game state in the interest of education. If a player wishes to ask his or her question away from the table, the request will usually be honored. Players may not request specific judges to answer their calls, but may request a tournament official to help translate. This request may be honored at the discretion of the original judge.

Judges do not intervene in a game to prevent illegal actions, but do intervene as soon as a rule has been broken or to prevent a situation from escalating.

## 1.9    Scorekeeper

The Scorekeeper ensures the correct generation of pairings and all other tournament records throughout the tournament. The Scorekeeper's responsibilities include:

- Generating correct pairings each round and accurately entering the results of those rounds.
- Generating standings for posting before and after the final Swiss round. Other rounds may also be posted at the Head Judge's discretion.
- Solving all scorekeeping problems that arise in consultation with the Head Judge.
- Making sure all necessary information is included in the tournament's report to be submitted to the DCI.

The Head Judge has the final authority in determining corrective action for scorekeeping errors.

## 1.10    Players

Players are responsible for:

- Behaving in a respectful manner toward tournament officials, other tournament participants, and spectators and refraining from unsporting conduct at all times.
- Maintaining a clear and legal game state.
- Complying with announced start times and time limits.
- Calling attention to any rules or policy infraction they notice in their matches.
- Bringing to a judge's attention any offers of bribery, wagering, improper game result determination, and any discrepancies in their tournament match record.
- Informing the DCI of any discrepancies in their overall match history, rankings, or Planeswalker Points as soon as they become aware of it. If players believe there is an anomaly in their match history, ranking, or Planeswalker Points they should refer to the **Magic: The Gathering Event** Appeals Policy, located at http://wpn.wizards.com/document/magic-event-appeals-policy.
- Having a single DCI membership number. Individuals holding more than one number must contact Wizards of the Coast Customer Service at http://www.wizards.com/customerservice so that their numbers can be merged.
- Refraining from enrolling in tournaments they are not allowed by policy to participate in (e.g. the winner of a **Magic: The Gathering** Preliminary Pro Tour Qualifier is barred from playing in further Preliminary Pro Tour Qualifiers that season).
- Being familiar with the rules contained within this document.
- Being physically present for the tournament. Players are not permitted to register for a tournament solely to collect participation Planeswalker Points.

A player must bring the following items to a tournament in order to participate:

8

- A physical, visible, and reliable method to maintain and record game information (tokens, score counters, pen and paper, and so on).
- A valid DCI membership number registered in the participant's name. New players may register for DCI membership when enrolling in the tournament.
- Any materials specifically required for a particular tournament format, such as assembled decks and/or decklists for constructed tournaments.

Players retain their responsibilities even if a judge provides them with extra assistance.

The individual members of a team are considered players, and are equally responsible for required tournament procedures, such as accurately filling out their match result slips. Players are only responsible for the games they play themselves and not separate games being played by their teammates, but are expected to point out rules violations they observe in their teammates' matches.

Players who do not fulfill their responsibilities may be subject to penalties and review by the DCI. Wizards of the Coast and the DCI reserve the right to suspend or revoke a player's membership without prior notice for any reason they deem necessary.

## 1.11    Spectators

Any person physically present at a tournament and not in any other category above is a spectator. Spectators are responsible for remaining silent and passive during matches and other official tournament sections in which players are also required to be silent. If spectators believe they have observed a rules or policy violation, they are encouraged to alert a judge as soon as possible. At Regular or Competitive Rules Enforcement Level, spectators are permitted to ask the players to pause the match while they alert a judge. At Professional Rules Enforcement Level, spectators must not interfere with the match directly.

Players may request that a spectator not observe their matches. Such requests must be made through a judge. Tournament officials may also instruct a spectator not observe a match or matches.

## 1.12    Rules Enforcement Levels

Rules Enforcement Levels (REL) are a means to communicate to the players and judges what expectations they can have of the tournament in terms of rigidity of rules enforcement, technically correct play, and procedures used.

The Rules Enforcement Level of a tournament generally reflects the prizes awarded and the distance a player may be expected to travel.

The appropriate Rules Enforcement Level for specific programs is listed in Appendix F.

### Regular

Regular tournaments are focused on fun and social aspects, not enforcement. Most tournaments are run at this level unless they offer sizeable prizes or invitations. Players are expected to know most of the game rules, may have heard of policy and what is "really bad," but generally play in a fashion similar to the way they do casually. Players are still responsible for following the rules, but the focus is on education and sportsmanship over technically precise play. Infractions in these tournaments are covered by the Judging at Regular Rules Enforcement Level document, located at http://wpn.wizards.com/document/magic-gathering-judging-regular-rel.

### Competitive

Competitive tournaments are usually those with significant cash prizes or invitations awarded to Professional tournaments. Players are expected to know the game's rules and be familiar with the policies and procedures, but

PLF1046

unintentional errors are not punished severely. These are tournaments that protect the interests of all players by providing tournament integrity while also recognizing that not all players are intimately familiar with Professional-level tournament structure, proper procedures, and rules. Infractions in these tournaments are covered by the Magic Infraction Procedure Guide, located at http://wpn.wizards.com/document/magic-infraction-procedure-guide.

**Professional**

Professional level tournaments offer large cash awards, prestige, and other benefits that draw players from great distances. These tournaments hold players to a higher standard of behavior and technically-correct play than Competitive tournaments. Infractions in these tournaments are covered by the Magic Infraction Procedure Guide, located at http://wpn.wizards.com/document/magic-infraction-procedure-guide.

10

PLF1046

# 2.  Tournament Mechanics

## 2.1    Match Structure

A **Magic** match consists of a series of games that are played until one side has won a set number of games, usually two. Drawn games do not count toward this goal. If the round ends before a player has won the required number of games, the winner of the match is the player who has won the most games at that point. If both players have equal game wins, the match is a draw.

The Tournament Organizer may change the required number of games to be won for any portion of the tournament as long as this choice is announced before the tournament begins. Match results, not individual game results, are reported to the DCI for inclusion in Planeswalker Points.

## 2.2    Play/Draw Rule

For the first game of a match, a designated player - the winner of a random method (such as a die roll or coin toss) during Swiss rounds, or the player ranked higher at the end of Swiss rounds during playoff matches - chooses either to play first or to play second. He or she must state this choice before looking at his or her hand. If he or she states no choice, it is assumed that he or she is playing first. The player who plays first skips the draw step of his or her first turn. This is referred to as the play/draw rule.

After each game in a match, the loser of that game decides whether to play first in the next game. He or she may wait until after sideboarding to make the decision. If the previous game was a draw, the player who decided to play or draw at the beginning of the drawn game chooses.

## 2.3    Pregame Procedures

The following steps must be performed in a timely manner before each game begins:

1. If sideboarding is allowed, players may remove cards from their decks and add cards from their sideboards.
2. Players shuffle their decks. Steps 1 and 2 may be repeated.
3. Players present their decks to their opponents for additional shuffling. The sideboard (if any) is also presented at this time.
4. The appropriate player must decide whether to play first or second at this point, if he or she hasn't done so already (see section 2.2).
5. Each player draws seven cards. Optionally, these cards may be dealt face down on the table.
6. Each player, in turn order, may take mulligans. (Rules on mulligans can be found in the **Magic** Comprehensive Rules, rule 103.4). If a player takes a mulligan, they repeat the shuffling and presentation process described above.

The game is considered to have begun once all players have completed taking mulligans. Pregame procedures may be performed before time for the match has officially begun.

## 2.4    Conceding or Intentionally Drawing Games or Matches

If a game or match is not completed, players may concede or mutually agree to a draw in that game or match. A match is considered complete once the result slip is filled out or, if match slips are not being used, a player leaves the table after game play is finished. Until that point, either player may concede to or draw with the other, though if the conceding player won a game in the match, the match must be reported as 2-1. Intentional draws where no games were played are always reported as 0-0-3 or by using the "draw" button (0-0) in Wizards Event Reporter (WER).

Players may not agree to a concession or draw in exchange for any reward or incentive. Doing so will be considered Bribery (see section 5.2).

If a player refuses to play, it is assumed that he or she has conceded the match.

## 2.5     End-of-Match Procedure

If the match time limit is reached before a winner is determined, the player whose turn it is finishes his or her turn and five additional turns are played in total. This usually means that one player takes three turns and the other two, but a player taking extra turns may affect this. Team tournaments featuring multiple players playing together (such as Two-Headed Giant) use three turns instead of five.

Once time is called, no new games should begin.

If the game is incomplete at the end of additional turns, the game is considered a draw.

If a judge assigned a time extension (because of a long ruling, deck check, or other reason) the end-of-match procedure does not begin until the end of the time extension.

In single-elimination rounds, matches may not end in a draw. If all players have equal game wins at the end of additional turns, the player with the highest life total wins the current game. In the event all players have equal life totals (or are between games and the game wins are tied), the game/match continues with an additional state-based action: if a player does not have the highest life total, he or she loses the game. Two-Headed Giant teams are treated as a single player for determining a game winner.

## 2.6     Time Extensions

If a judge pauses a match for more than one minute while the round clock is running, he or she should extend the match time appropriately. If the match was interrupted to perform a deck check, players are awarded time equal to the time the deck check took plus three minutes.

Feature matches at a tournament with online coverage receive a time extension equal to three minutes plus time elapsed in the round when players reach their table. This is not necessary if feature matches are being timed separately.

Certain slow play penalties add turns rather than a time extension. These additional turns are added to the end-of-match additional turns.

## 2.7     Deck Registration

Players are required to register their decks and sideboards (if applicable) in Competitive and Professional Rules Enforcement Level tournaments. The Head Judge may require registration in Regular Rules Enforcement Level tournaments.

Registered decklists record the original composition of each deck and sideboard (if applicable). Once your decklist has been accepted by a Tournament Official it may not be altered.

In Constructed tournaments, decklists must be submitted to a tournament official prior to the start of round 1, even if the player has an awarded bye for that round.

In Limited tournaments, decklists must be submitted prior to the start of the first round in which that player participates and does not have an awarded bye.

Players have the right to request to see their decklist between matches. Such a request will be honored if logistically possible.

Generally, decklists are not public information and are not shared with other players during a tournament. At constructed-format, Professional Rules Enforcement Level tournaments (Pro Tour, World **Magic** Cup, World Championship, and Grand Prix), copies of opponents' decklists will be provided to players in the single-elimination playoffs.

## 2.8    Deck Checks

Deck checks must be performed at all Competitive and Professional Rules Enforcement Level tournaments, and the Head Judge has the option to perform deck checks at Regular Rules Enforcement Level tournaments. At least ten percent of all decks should be checked over the course of the tournament. A full deck check should not be performed if a player has drawn an opening hand and potentially made mulligan decisions.

## 2.9    Appeals to the Head Judge

If a player disagrees with a judge's ruling, he or she may appeal the ruling to the Head Judge. In larger, Premier-level tournaments (such as Grand Prix and Pro Tours), with prior approval, the Head Judge may designate additional Appeals Judges who are also empowered to hear appeals. They will be wearing the same uniform as the Head Judge.

Players may not appeal before the full ruling is made by the responding floor judge. Rulings made by the Head Judge or designated Appeals Judges are final.

## 2.10    Dropping from a Tournament

Players may drop from a tournament at any time. If a player drops from a tournament before the first round of play has started, he or she is considered to have not participated in the tournament and will not be listed in the finish order nor receive participation Planeswalker Points. Players choosing to drop from a tournament must inform the Scorekeeper by the means provided for that tournament before the pairings for the next round are generated. Players wanting to drop after the Scorekeeper begins pairing for the next round will be paired for that round. If a player does not show up for his or her match, he or she will be automatically dropped from the tournament unless they report to the Scorekeeper. Players that repeatedly and/or intentionally drop from tournaments without informing the scorekeepers of those tournaments may be the subject of penalties up to and including suspension.

Players who drop during limited tournaments own the cards that they correctly have in their possession at that time. This includes any unopened or partially drafted boosters.

If a player drops from a tournament after a cut has been made, such as a cut to the top 8 playoff in a Grand Prix tournament, no other player is advanced as a replacement. The highest ranked remaining player receives a bye for the round instead.

Players who have dropped may reenter a tournament at the discretion of the Head Judge. Players may not reenter a portion of the tournament that requires a deck they did not draft or build. Players may not reenter a tournament after any cut has been made.

Players may not drop from a tournament in exchange for or influenced by the offer of any reward or incentive. Doing so is considered Bribery (see section 5.2).

## 2.11    Taking Notes

Players are allowed to take written notes during a match and may refer to those notes while that match is in progress. At the beginning of a match, each player's note sheet must be empty and must remain visible throughout the match. Players do not have to explain or reveal notes to other players. Judges may ask to see a player's notes and/or request that the player explain his or her notes.

Players may not refer to other notes, including notes from previous matches, during games.

Between games, players may refer to a brief set of notes made before the match. They are not required to reveal these notes to their opponents. These notes must be removed from the play area before the beginning of the next game. Excessive quantities of notes (more than a sheet or two) are not allowed and may be penalized as slow play.

The use of electronic devices to take and refer to notes is permitted at Regular Rules Enforcement Level (see section 2.12).

Players and spectators (exception: authorized press) may not make notes while drafting. Players may not reference any outside notes during drafting, card pool registration, or deckbuilding.

Players may refer to Oracle text at any time. They must do so publicly and in a format which contains no other strategic information. Consulting online sources, such as gatherer.wizards.com, is allowed at Regular Rules Enforcement Level even if they contain a small amount of strategic information. If a player wishes to view Oracle text in private, he or she must ask a judge.

Artistic modifications to cards that indirectly provide minor strategic information are acceptable. The Head Judge is the final arbiter on what cards and notes are acceptable for a tournament.

## 2.12    Electronic Devices

At Competitive and Professional Rules Enforcement Level during drafting, deck construction, and playing of matches, players may not use electronic devices capable of taking and storing notes, communicating with other people, or accessing the internet (except for taking brief personal calls with the opponent's permission).

At Regular Rules Enforcement Level, electronic devices are permitted, but players may not use them to access information that contains substantial strategic advice or information about an opponent's deck. Device use during a match other than brief personal calls must be visible to all players. Players wishing to view information privately on electronic devices during matches must request permission from a judge.

The Head Judge or Tournament Organizer of a tournament may further restrict or forbid the use of electronic devices during matches.

## 2.13    Video Coverage

Some Competitive and Professional Rules Enforcement Level tournaments use video for live streaming or replay broadcast of matches. Players may decline to appear on camera; however, players in the playoff matches of Professional Rules Enforcement Level tournaments may not decline to appear on camera. Video commentators are considered spectators for the purpose of the tournament, but may talk during the match as long as they can't be heard by players being covered. They are responsible for behaving respectfully to all tournament participants during coverage.

Spectators are also permitted to record matches provided that they do so unobtrusively.

PLF1051

The Head Judge of a World Championship, World **Magic** Cup, or Pro Tour tournament may, in his or her sole discretion, use video replay to assist in making rulings during a match. Video replays may not be used to assist in making rulings in tournaments other than a World Championship, World **Magic** Cup, or Pro Tour tournament. Players may not request that a judge consult a video replay. Video replays may also be used for investigative purposes at a later time.

At Professional Rules Enforcement Level tournaments which use video for live-streaming or replay broadcast of matches, players playing matches in the video filming area must arrange their cards, tokens, and other accessories on the battlefield using the following layout:

- From the player's perspective, nonlands must be kept closer to the player's opponent than lands, and no cards should be between the land area and the edge of the table closest to the player.
- Non-creature permanents whose use may reasonably be associated with either the land or nonland area (e.g. an artifact whose only ability is a mana ability) may be located in either area, provided the overall layout is, in the judgment of tournament officials, clear. However, permanents that are also creatures (e.g. artifacts with March of the Machines on the battlefield, Dryad Arbor, or a Treetop Village that is currently a creature) must be placed in the nonland area. Players may not use other cards to intentionally obscure the presence of a permanent in any area of the battlefield.
- Each card should remain clearly associated with any permanents attached to it. For example, an Aura enchanting a land should be in the land area in contact with that land.
- The player's library, graveyard, and exiled cards should be kept all to the left of the battlefield or all to the right of the battlefield at the player's discretion.
- The player's graveyard and exiled cards should be adjacent to the player's library. All three should be distinct at all times.
- If a card is exiled by a permanent and that permanent includes a way to perform additional actions with the exiled card, that card should remain in contact with that permanent such that the association is clear.
- Each untapped permanent should face its controller. Players are permitted to briefly turn a card upside-down as a memory aid.

Tournament officials may make exceptions or additions to these guidelines at their sole discretion in order to keep each player's game layout clear. Players in exceptional situations (e.g. a player playing a deck with no lands or a deck that makes significant use of the graveyard) should consult with tournament officials to determine what allowances, if any, will be made.

## 2.14   Life Totals

At the start of a match, each player must indicate how he or she will keep track of his or her life total. This method must be visible to both players during the match. A shared method is acceptable as long as all players in the match have access to it.

A change in a player's life total should be accompanied by a verbal announcement by that player of the new life total.

If a player notices a discrepancy in a recorded or announced life total, he or she is expected to point it out as soon as the discrepancy is noticed.

PLF1051

# 3.  Tournament Rules

**3.1     Tiebreakers**

The following tiebreakers are used to determine how a player ranks in a tournament:

1. Match points
2. Opponents' match-win percentage
3. Game-win percentage
4. Opponents' game-win percentage

Definitions of these tiebreakers can be found in Appendix C. Not all of these tiebreakers may be used in formats with single-game matches.

**3.2     Format and Ratings Categories**

Wizards of the Coast sanctions the following rated formats as individual, three-person team, or Two-Headed Giant tournaments:

*Constructed Formats*

- Standard
- Block Constructed
- Modern

*Eternal Constructed Formats*

- Vintage
- Legacy

*Limited Formats*

- Sealed Deck
- Booster Draft (individual and Two-Headed Giant only)
- Rochester Draft (three-person team only)

Wizards of the Coast maintains the following Planeswalker Points rating categories:

- Lifetime
- Yearly
- Professional

A player that is disqualified from a tournament does not receive Planeswalker Points for that tournament.

For complete information about Planeswalker Points, visit the Planeswalker Points website at
http://www.wizards.com/Magic/PlaneswalkerPoints

**3.3     Authorized Cards**

Players may use any Authorized Game Cards from **Magic: The Gathering** expansions, core sets, special sets, supplements, and promotional printings. Authorized Game Cards are cards that, unaltered, meet the following conditions:

- The card is genuine and published by Wizards of the Coast
- The card has a standard **Magic** back, is a double-faced card, or is a card that is part of a meld pair.
- The card does not have squared corners.
- The card has non-silver borders.
- The card is not a token card.
- The card is not damaged or modified in a way that might make it marked.
- The card is otherwise legal for the tournament as defined by the format.

The Head Judge of a tournament may issue a proxy (see section 3.4) for a card that has become worn or damaged during the tournament. Any other cards that are not Authorized Game Cards are prohibited in all sanctioned tournaments.

Players may use cards from the Alpha printing only if the deck is in opaque sleeves.

Players may use otherwise-legal non-English and/or misprinted cards provided they are not using them to create an advantage by using misleading text or pictures. Official promotional textless spells are allowed in sanctioned **Magic** tournaments in which they would otherwise be legal.

Artistic modifications are acceptable in sanctioned tournaments, provided that the modifications do not make the card art unrecognizable, contain substantial strategic advice, or contain offensive images. Artistic modifications also may not obstruct or change the mana cost or name of the card.

The Head Judge is the final authority on acceptable cards for a tournament. If a player is required to replace a card in his or her deck and is unable to find a replacement, the player may replace the card with a card named Plains, Island, Swamp, Mountain, or Forest of his or her choice. This also applies to cards that are lost and must be replaced to have a legal deck.

## 3.4    Proxy Cards

A proxy card is used during competition to represent an Authorized Game Card that has been accidentally damaged or excessively worn in the current tournament (including damaged or misprinted Limited product) as determined solely by the Head Judge. Proxies are not allowed as substitutes for cards that their owner has damaged intentionally or through negligence.

Players may not create their own proxies; they may only be created by the Head Judge. When a judge creates a proxy, it is included in the player's deck and must be denoted as a proxy in a clear and conspicuous manner. The original card is kept nearby during the match and replaces the proxy while in a public zone as long as it is recognizable. A proxy is valid only for the duration of the tournament in which it was originally issued.

Official checklist cards are Authorized Game Cards and may have a proxy issued by a judge.

## 3.5    Checklist Cards

Official checklist cards are used to represent double-faced cards in the sets that contain them. Only official checklist cards may be used to represent double-faced cards in a deck.

The use of checklist cards is required if a player has double-faced cards in his or her deck and is *not* using completely opaque sleeves.

If a player uses a checklist card to represent a double-faced card in his or her deck, then all copies of that double-faced card in the deck must be represented by checklist cards, and any copies of that double-faced card in a hidden zone are considered to not exist for purposes of determining deck legality.

PLF1053

Each individual checklist card used must have one (and only one) of the items checked.

A checklist card is only used while the card it represents is in a hidden zone. The card represented by a checklist card is not a playable Magic card until the checklist card has been placed in a public zone. Multiple checklists cannot be used to represent a single copy of the actual card. For each checklist card used, the player must have a copy of the actual card available, though they are not considered sideboard cards and are not presented to their opponent.

## 3.6     Card Identification and Interpretation

A card is considered named in game when a player has provided a description (which may include the name or partial name) that could only apply to one card. Any player or judge realizing a description is still ambiguous must seek further clarification.

Players have the right to request access to the official wording of a card they can describe. That request will be honored if logistically possible. The official text of any card is the Oracle text corresponding to the name of the card. Players may not use errors or omissions in Oracle to abuse the rules. The Head Judge is the final authority for card interpretations, and he or she may overrule Oracle if an error is discovered.

## 3.7     New Releases

Newly released card sets become tournament legal for sanctioned, rated tournaments on the following dates:

- *Amonkhet*™              April 28, 2017
- *Hour of Devastation*™   July 14, 2017
- *Ixalan*™                September 29, 2017

For official Prerelease tournaments only, new sets are legal for use before the official format legal date. In these cases, any announced rules updates shall be in effect at these tournaments, including informal explanations of new rules and mechanics. Judges may apply additional rules that they believe will be updated.

These dates may be subject to change. Any changes will be announced at http://www.magicthegathering.com.

## 3.8     Game Markers

Small items (e.g. glass beads) may be used as markers and placed on top of a player's own library or graveyard as a reminder for in-game effects. These markers may not disguise the number of cards remaining in that zone nor completely obscure any card.

Players using markers to represent in-game components (e.g. permanents) must have a way of clearly representing any in-game status, such as whether a permanent is tapped. Sleeves or card backs that appear similar to any player's sleeves or card backs may not be used as markers. A tournament official may disallow the use of game markers that can cause confusion or that are deemed inappropriate or offensive.

## 3.9     Card Shuffling

Decks must be randomized at the start of every game and whenever an instruction requires it. Randomization is defined as bringing the deck to a state where no player can have any information regarding the order or position of cards in any portion of the deck. Pile shuffling may not be performed other than once at the beginning of a game to count the cards in the deck.

PLF1055

Once the deck is randomized, it must be presented to an opponent. By this action, players state that their decks are legal and randomized. The opponent may then shuffle it additionally. Cards and sleeves must not be in danger of being damaged during this process. If the opponent does not believe the player made a reasonable effort to randomize his or her deck, the opponent must notify a judge. Players may request to have a judge shuffle their cards rather than the opponent; this request will be honored only at a judge's discretion.

If a player has had the opportunity to see any of the card faces of the deck being shuffled, the deck is no longer considered randomized and must be randomized again.

At Competitive and Professional Rules Enforcement Level tournaments, players are required to shuffle their opponents' decks after their owners have shuffled them. The Head Judge can require this at Regular Rules Enforcement Level tournaments as well.

## 3.10    Sleeves

Players may use plastic card sleeves or other protective devices on cards. If a player chooses to use card sleeves, all sleeves must be identical and all cards in his or her deck must be placed in the sleeves in an identical manner. If the sleeves feature holograms or other similar markings, cards must be inserted into the sleeves so these markings appear only on the faces of the cards.

During a match, a player may request that a judge inspect an opponent's card sleeves. The judge may disallow the card sleeves if he or she believes they are marked, worn, or otherwise in a condition or of a design that interferes with shuffling or game play. In the interest of efficiency, the judge may choose to delay any change of sleeves until the end of the match.

Competitive and Professional Rules Enforcement Level tournaments impose additional restrictions on sleeves. Highly reflective backs are not allowed. Sleeves with hologram patterns across some or all of the sleeve front or back are not allowed. Sleeves with artwork on their backs may be subjected to additional scrutiny, especially if there is no solid border around the edges.

When using sleeves on double-faced cards, sleeves must be completely opaque.

The Head Judge is the final authority on what sleeves are allowed.

## 3.11    Marked Cards

Players are responsible for ensuring that their cards and/or card sleeves are not marked during the tournament. A card or sleeve is considered marked if it bears something that makes it possible to identify the card without seeing its face, including (but not limited to) scratches, discoloration, and bends.

If a player's cards are sleeved, the cards must be examined while in the sleeves to determine if they are marked. Players should use care when sleeving their decks and should randomize their decks prior to sleeving them to reduce the possibility of cards becoming marked with a pattern. Players should also keep in mind that cards or sleeves may become worn and potentially marked through play during a tournament.

The Head Judge has the authority to determine if a card in a player's deck is marked. Judges may request that a player remove his or her current sleeves or replace any of the deck's current sleeves immediately, or before the next round.

## 3.12    Hidden Information

Hidden information refers to the faces of cards and other objects at which the rules of the game and format do not allow you to look.

19

Throughout the match, a draft, and pregame procedures, players are responsible for keeping their cards above the level of the playing surface and for making reasonable efforts to prevent hidden information from being revealed. However, players may choose to reveal their hands or any other hidden information available to them, unless specifically prohibited by the rules. Players must not actively attempt to gain information hidden from them, but are not required to inform opponents who are accidentally revealing hidden information.

## 3.13    Tapped/Flipped Cards

If a card must be tapped or flipped, it must be turned approximately 90 degrees (tapped) or 180 degrees (flipped), whichever is appropriate.

## 3.14    Graveyard Order

In formats involving only cards from *Urza's Saga*™ and later, players may change the order of their graveyard at any time. A player may not change the order of an opponent's graveyard.

## 3.15    Sideboard

A sideboard is a group of additional cards the player may use to modify his or her deck between games of a match. The player may use these cards in his or her main deck during all games after the first one in a match.

Before each game begins, players must present their sideboard (if any) face down. Opponents may count the number of cards in their opponent's sideboard at any time. Players are not required to reveal how many cards they have swapped from their main deck to their sideboard. Other items (token cards, double-faced card represented in the deck by a checklist card, etc.) should be kept separate from the sideboard during game play.

During a game, players may look at their own sideboard, keeping it clearly distinguishable from other cards at all times. If a player gains control of another player, he or she may not look at that player's sideboard, nor may he or she have that player access his or her sideboard.

The deck and sideboard must each be returned to their original compositions before the first game of each match.

Restrictions on the composition and use of a sideboard can be found in the deck construction rules for a particular format type.

If a penalty causes a player to lose the first game in a match before that game has begun, or the first game is intentionally drawn before any cards are played, neither player may use cards from his or her sideboard for the next game in the match. If players restart a game due to an in-game effect, the composition of their decks must remain the same for the restarted game.

Certain cards refer to "a (card or cards) from outside the game." In tournament play, these are cards in that player's sideboard.

# 4. Communication

## 4.1   Player Communication

Communication between players is essential to the successful play of any game that involves virtual objects or hidden information. While bluffing may be an aspect of games, there need to be clear lines as to what is, and is not, acceptable for players to say or otherwise represent. This will confirm expectations of both sporting and competitive players during a game.

A player should have an advantage due to better understanding of the options provided by the rules of the game, greater awareness of the interactions in the current game state, and superior tactical planning. Players are under no obligation to assist their opponents in playing the game. Regardless of anything else, players are expected to treat opponents politely and with respect. Failure to do so may lead to Unsporting Conduct penalties.

There are three categories of information: free, derived and private.

Free information is information to which all players are entitled access without contamination or omissions made by their opponents. If a player is ever unable or unwilling to provide free information to an opponent that has requested it, he or she should call a judge and explain the situation. Free information consists of:

- Details of current game actions and past game actions that still affect the game state.
- The name of any visible object.
- The number and type of any counter.
- The state (whether it's tapped, attached to another permanent, face down, etc.) and current zone of any object.
- Player life totals and the game score of the current match.
- The contents of each player's mana pool.
- The current step and/or phase and which player(s) are active.

Derived information is information to which all players are entitled access, but opponents are not obliged to assist in determining and may require some skill or calculation to determine. Derived information consists of:

- The number of any kind of objects present in any game zone.
- All characteristics of objects in public zones that are not defined as free information.
- Game Rules, Tournament Policy, Oracle content and any other official information pertaining to the current tournament. Cards are considered to have their Oracle text printed on them.

Private information is information to which players have access only if they are able to determine it from the current visual game state or their own record of previous game actions.

- Any information that is not free or derived is automatically private information.

The following rules govern player communication:

- Players must answer all questions asked of them by a judge completely and honestly, regardless of the type of information requested. Players may request to do so away from the match.
- Players may not represent derived or free information incorrectly.
- Players must answer completely and honestly any specific questions pertaining to free information.
- At Regular Rules Enforcement Level, all derived information is instead considered free.

Judges are encouraged to help players in determining free information, but must avoid assisting players with derived information about the game state.

## 4.2    Tournament Shortcuts

A tournament shortcut is an action taken by players to skip parts of the technical play sequence without explicitly announcing them. Tournament shortcuts are essential for the smooth play of a game, as they allow players to play in a clear fashion without getting bogged down in the minutiae of the rules. Most tournament shortcuts involve skipping one or more priority passes to the mutual understanding of all players; if a player wishes to demonstrate or use a new tournament shortcut entailing any number of priority passes, he or she must be clear where the game state will end up as part of the request.

A player may interrupt a tournament shortcut by explaining how he or she is deviating from it or at which point in the middle he or she wishes to take an action. A player may interrupt his or her own shortcut in this manner. A player is not allowed to use a previously undeclared tournament shortcut, or to modify an in-use tournament shortcut without announcing the modification, in order to create ambiguity in the game.

A player may not request priority and take no action with it. If a player decides he or she does not wish to do anything, the request is nullified and priority is returned to the player that originally had it.

Certain conventional tournament shortcuts used in **Magic** are detailed below. They define a default communication; if a player wishes to deviate from these, he or she should be explicit about doing so. Note that some of these are exceptions to the policy above in that they do cause non-explicit priority passes.

- If the active player passes priority during their first main phase, the non-active player is assumed to be acting in beginning of combat unless they are affecting how or whether a beginning of combat ability triggers. However, if the non-active player takes no action, the active player has priority at the beginning of combat. Beginning of combat triggered abilities (even ones that target) may be announced after any non-active player action has resolved.
- If the active player passes priority during their second main phase, or uses a phrase such as "Go" or "Your Turn" at any time, the non-active player is assumed to be acting in the end of turn step unless they are affecting how or whether an end of turn ability triggers. End of turn triggered abilities that do not target resolve after the non-active player passes priority.
- Whenever a player adds an object to the stack, he or she is assumed to be passing priority unless he or she explicitly announces that he or she intends to retain it. If he or she adds a group of objects to the stack without explicitly retaining priority and a player wishes to take an action at a point in the middle, the actions should be reversed up to that point.
- If a player casts a spell or activates an ability with X in its mana cost without specifying the value of X, it is assumed to be for all mana currently available in his or her pool.
- If a player casts a spell or activates an ability and announces choices for it that are not normally made until resolution, the player must adhere to those choices unless an opponent responds to that spell or ability. If an opponent inquires about choices made during resolution, that player is assumed to be passing priority and allowing that spell or ability to resolve.
- A player is assumed to have paid any cost of 0 unless he or she announces otherwise.
- A player who casts a spell or activates an ability that targets an object on the stack is assumed to target the legal spell closest to the top of the stack unless the player specifies otherwise.
- A player is assumed to be attacking another player with his or her creatures and not any planeswalkers that player may control unless the attacking player specifies otherwise.
- A player who chooses an opponent's planeswalker as the target of a spell or ability that cannot normally target a planeswalker is assumed to be targeting that opponent and redirecting the damage on resolution. The player must adhere to that choice unless an opponent responds.
- A player who does not scry (or look at the top card of the library after taking a mulligan) when instructed to is assumed to have chosen to leave the cards in the same order.

22

- In the Two-Headed Giant format, attacking creatures are assumed to be assigning combat damage to the defending team's primary head, unless the creature's controller specifies otherwise.

## 4.3    Out-of-Order Sequencing

Due to the complexity of accurately representing a game of **Magic**, it is acceptable for players to engage in a block of actions that, while technically in an incorrect order, arrive at a legal and clearly understood game state once they are complete.

All actions taken must be legal if they were executed in the correct order, and any opponent can ask the player to do the actions in the correct sequence so that he or she can respond at the appropriate time (at which point players will not be held to any still-pending actions).

An out-of-order sequence must not result in a player prematurely gaining information which could reasonably affect decisions made later in that sequence.

Players may not try to use opponent's reactions to some portion of an out-of-order sequence to see if he or she should modify actions or try to take additional ones. Nor may players use out-of-order sequencing to try to retroactively take an action they missed at the appropriate time. In general, any substantial pause at the end of a completed batch is an indication that all actions have been taken, the sequence is complete and the game has moved to the appropriate point at the end of the sequence.

*Examples*

1. A player discards a card to pay for Masticore's upkeep cost before untapping his or her land.
2. A player resolves Harrow and puts the card into his or her graveyard, then searches.
3. While resolving Restore Balance, a player discards before sacrificing lands and creatures.
4. A player with two creatures being put into the graveyard due to state-based actions resolves the leaves-the-battlefield triggered ability on one of them before putting the other creature in the graveyard.
5. A player declares a blocker, animates a Treetop Village, and then attempts to block with that Treetop Village.

## 4.4    Triggered Abilities

Players are expected to remember their own triggered abilities; intentionally ignoring one is Cheating. Players are not required to point out the existence of triggered abilities that they do not control, though they may do so if they wish.

Triggered abilities are considered to be forgotten by their controller once they have taken an action past the point where the triggered ability would have an observable impact on the game. Triggered abilities that are forgotten are not considered to have gone onto the stack. How forgotten triggered abilities are subsequently handled is defined by the Rules Enforcement Level of the tournament.

## 4.5    Team/Two-Headed Giant Communication

Members of the same team may communicate between one another except during times where explicitly prohibited by the team format rules. However, team members that have an opportunity to acquire hidden information (e.g. by speaking to spectators following their own match while a teammate is still playing), are restricted from communicating with teammates for the duration of that match.

Prohibitions against written notes of any kind during drafts apply to team drafts as well.

# 5. Tournament Violations

### 5.1    Cheating

Cheating will not be tolerated. The Head Judge reviews all cheating allegations, and if he or she believes that a player has cheated, he or she will issue the appropriate penalty based on the Infraction Procedure Guide or Judging at Regular Rules Enforcement Level document. All disqualifications are subject to DCI review and further penalties may be assessed.

### 5.2    Bribery

The decision to drop, concede, or agree to an intentional draw cannot be made in exchange for or influenced by the offer of any reward or incentive, nor may any in-game decision be influenced in this manner. Making such an offer is prohibited. Unless the player receiving such an offer calls for a judge immediately, both players will be penalized in the same manner. Players may not make any offers to tournament officials in an attempt to influence the outcome of a ruling.

Players are allowed to share prizes they have not yet received in the current tournament as they wish and may agree as such before or during their match, as long as any such sharing does not occur in exchange for any game or match result or the dropping of a player from the tournament. As an exception, players in the announced last round of the single-elimination portion of a tournament may agree to divide tournament prizes as they wish. In that case, one of the players at each table must agree to drop from the tournament. Players are then awarded prizes according to their resulting ranking.

The result of a match or game may not be randomly or arbitrarily determined through any means other than the normal progress of the game in play. Examples include (but are not limited to) rolling a die, flipping a coin, arm wrestling, or playing any other game.

Players may not reach an agreement in conjunction with other matches. Players can make use of information regarding match or game scores of other tables. However, players are not allowed to leave their seats during their match or go to great lengths to obtain this information.

Players in the single-elimination rounds of a tournament offering only cash, store credit, prize tickets, and/or unopened product as prizes may, with the permission of the Tournament Organizer, agree to split the prizes evenly. The players may end the tournament at that point or continue to play. All players still in the tournament must agree to the arrangement.

*Example*: Before the semifinals of a tournament (in which first place gets 12 packs, second place gets 8 packs and 3rd and 4th get 4 packs each) begins, the players may get permission from the Tournament Organizer to end the tournament, with each player receiving 7 packs.

Example: In the finals of a 1-slot Preliminary Pro Tour Qualifier that offers a travel award and an invitation to the winner, the two finalists may agree to split the tournament prizes, but this agreement cannot alter the results of the match. One player must drop from the tournament, leaving the travel award and the invitation to the player who did not drop from the tournament. That player is then free to split the remainder of the prizes as agreed upon. The travel award and invitation are a single item and may not be split.

### 5.3    Wagering

Tournament participants, tournament officials, and spectators may not wager, ante, or bet on any portion (including the outcome) of a tournament, match, or game.

## 5.4      Unsporting Conduct

Unsporting conduct will not be tolerated at any time. Tournament participants must behave in a polite and respectful manner. Unsporting conduct includes, but is not limited to:

- Using profanity.
- Engaging in behavior that could reasonably be expected to create a feeling of being harassed, bullied, or stalked.
- Arguing with, acting belligerently toward, or insulting tournament officials, players or spectators.
- Violating the personal privacy or safety of any participant, including spectators and staff.
- Using social media to bully, shame, or intimidate other participants.
- Failing to follow the instructions of a tournament official.

Officials are expected to investigate potential matters brought their attention as soon as possible and take actions to discourage repeat behavior. All incidents of unsporting conduct are subject to further DCI review.

## 5.5      Slow Play

Players must take their turns in a timely fashion regardless of the complexity of the play situation and adhere to time limits specified for the tournament. Players must maintain a pace to allow the match to be finished in the announced time limit. Stalling is not acceptable. Players may ask a judge to watch their game for slow play; such a request will be granted if feasible.

## 5.6      Outside Assistance

During matches, players may not seek **Magic**-related advice from spectators and spectators may not give **Magic**-related advice to players.

During deck construction, players and spectators may not provide any advice or commentary to a player until that player's decklist has been handed in.

Players and spectators will refrain from providing any information about draft selections or strategies between pod announcement and the end of the draft. At Competitive and Professional Rules Enforcement Level, players and spectators are expected to remain silent during the draft.

Some of these restrictions may be waived due to official press or coverage; in these situations, the player will be informed of the revised expectations. Teammates in certain team tournaments are also excepted from these restrictions (see section 4.5).

PLF1062

# 6. Constructed Tournament Rules

## 6.1    Deck Construction Restrictions

Constructed decks must contain a minimum of sixty cards. There is no maximum deck size. If a player chooses to use a sideboard, it may not contain more than fifteen cards.

Except for cards with the basic supertype or cards with text that specifies otherwise, a player's combined deck and sideboard may not contain more than four of any individual card, based on its English card title.

## 6.2    Card Legality

A card may only be used in a particular format if the card is from a set that is legal in that format or has the same name as a card from a set that is legal in that format. *Zendikar Expeditions* and *Masterpiece Series* cards may only be played in formats where the card is already legal.

Cards banned in a specific format may not be used in decks for that format. Cards restricted in a specific format may only have one copy in a deck, including sideboard.

PLF1062

**6.3     Standard Format Deck Construction**

The following card sets are permitted in Standard tournaments:

- *Battle for Zendikar*™ (until September 29, 2017)
- *Oath of the Gatewatch*™ (until September 29, 2017)
- *Shadows over Innistrad*™ (until September 29, 2017)
- *Eldritch Moon*™ (until September 29, 2017)
- *Kaladesh*™
- *Aether Revolt*™
- *Amonkhet* (effective April 28, 2017)
- *Hour of Devastation* (effective July 14, 2017)
- *Ixalan* (effective September 29, 2017)

In addition, cards from Welcome Decks (and other ancillary products) with the "W16" set identification code are also permitted in Standard Tournaments. These cards will rotate out of the Standard format at the same time as the *Shadows over Innistrad* expansion.

Cards from Welcome Decks (and other ancillary products) with the "W17" set identification code are also permitted in Standard Tournaments. These cards will rotate out of the Standard format at the same time as the *Amonkhet* expansion.

Planeswalker Decks contain ten (10) cards that, while not appearing in expansion Booster Packs, are considered part of the expansion released concurrent with those Planeswalker Decks. These cards contain the same expansion symbol as cards from that expansion, are legal for play in the Standard format, and rotate out of the Standard format at the same time as the expansion.

The following cards are banned in Standard tournaments:

- Emrakul, the Promised End
- Reflector Mage
- Smuggler's Copter
- Felidar Guardian (effective April 28, 2017)

27

## 6.4    Modern Format Deck Construction

The following card sets are permitted in Modern tournaments:

- *Eighth Edition*
- *Mirrodin*
- *Darksteel*
- *Fifth Dawn*
- *Champions of Kamigawa*
- *Betrayers of Kamigawa*
- *Saviors of Kamigawa*
- *Ninth Edition*
- *Ravnica: City of Guilds*
- *Guildpact*
- *Dissension*
- *Coldsnap*
- *Time Spiral*
- *Planar Chaos*
- *Future Sight*
- *Tenth Edition*
- *Lorwyn*
- *Morningtide*
- *Shadowmoor*
- *Eventide*
- *Shards of Alara*
- *Conflux*
- *Alara Reborn*
- ***Magic** 2010 core set*
- *Zendikar*
- *Worldwake*
- *Rise of the Eldrazi*
- ***Magic** 2011 core set*
- *Scars of Mirrodin*

- *Mirrodin Besieged*
- *New Phyrexia*
- ***Magic** 2012 core set*
- *Innistrad*
- *Dark Ascension*
- *Avacyn Restored*
- ***Magic** 2013 core set*
- *Return to Ravnica*
- *Gatecrash*
- *Dragon's Maze*
- ***Magic** 2014 core set*
- *Theros™*
- *Born of the Gods™*
- *Journey Into Nyx™*
- ***Magic** 2015 core set*
- *Khans of Tarkir™*
- *Fate Reforged™*
- *Dragons of Tarkir™*
- *Magic Origins™*
- *Battle for Zendikar*
- *Oath of the Gatewatch*
- *Shadows over Innistrad*
- *Eldritch Moon*
- *Kaladesh*
- *Aether Revolt*
- *Amonkhet* (effective April 28, 2017)
- *Hour of Devastation* (effective July 14, 2017)
- *Ixalan* (effective September 29, 2017)

The following cards are banned in Modern tournaments:

- Ancient Den
- Birthing Pod
- Blazing Shoal
- Bloodbraid Elf
- Chrome Mox
- Cloudpost
- Dark Depths
- Deathrite Shaman
- Dig Through Time
- Dread Return
- Eye of Ugin
- Gitaxian Probe
- Glimpse of Nature
- Golgari Grave-Troll
- Great Furnace
- Green Sun's Zenith
- Hypergenesis
- Jace, the Mind Sculptor
- Mental Misstep

- Ponder
- Preordain
- Punishing Fire
- Rite of Flame
- Seat of the Synod
- Second Sunrise
- Seething Song
- Sensei's Divining Top
- Skullclamp
- Splinter Twin
- Stoneforge Mystic
- Summer Bloom
- Treasure Cruise
- Tree of Tales
- Umezawa's Jitte
- Vault of Whispers

28

## 6.5      Vintage Format Deck Construction

Vintage decks may consist of cards from all **Magic** card sets, plus the following cards: Sewers of Estark, Windseeker Centaur, and Nalathni Dragon.

Cards from expansions and special sets (like *From the Vault*, **Magic: The Gathering**—*Commander*, Duel Decks, *Conspiracy*, etc.) are legal in the Vintage format on the date of release of the expansion or special set.

The following cards are banned in Vintage tournaments:

- All cards with the card type "Conspiracy" (25 cards)
- All cards that reference "playing for ante" (9 cards)
- Chaos Orb
- Falling Star
- Shahrazad

The following cards are restricted in Vintage tournaments:

- Ancestral Recall
- Balance
- Black Lotus
- Brainstorm
- Chalice of the Void
- Channel
- Demonic Consultation
- Demonic Tutor
- Dig Through Time
- Fastbond
- Flash
- Gitaxian Probe (effective April 28, 2017)
- Gush (effective April 28, 2017)
- Imperial Seal
- Library of Alexandria
- Lion's Eye Diamond
- Lodestone Golem
- Lotus Petal
- Mana Crypt
- Mana Vault
- Memory Jar
- Merchant Scroll
- Mind's Desire
- Mox Emerald
- Mox Jet
- Mox Pearl
- Mox Ruby
- Mox Sapphire
- Mystical Tutor
- Necropotence
- Ponder
- Sol Ring
- Strip Mine
- Time Vault
- Time Walk
- Timetwister
- Tinker
- Tolarian Academy
- Treasure Cruise
- Trinisphere
- Vampiric Tutor
- Wheel of Fortune
- Windfall
- Yawgmoth's Bargain
- Yawgmoth's Will

29

## 6.6    Legacy Format Deck Construction

Legacy decks may consist of cards from all **Magic** card sets, plus the following cards: Sewers of Estark, Windseeker Centaur, and Nalathni Dragon.

Cards from expansions and special sets (like *From the Vault*, **Magic: The Gathering**—*Commander*, Duel Decks, *Conspiracy*, etc.) are legal in the Legacy format on the date of release of the expansion or special set.

The following cards are banned in Legacy tournaments:

- All cards with the card type "Conspiracy" (25 cards)
- All cards that reference "playing for ante" (9 cards)
- Ancestral Recall
- Balance
- Bazaar of Baghdad
- Black Lotus
- Channel
- Chaos Orb
- Demonic Consultation
- Demonic Tutor
- Dig Through Time
- Earthcraft
- Falling Star
- Fastbond
- Flash
- Frantic Search
- Goblin Recruiter
- Gush
- Hermit Druid
- Imperial Seal
- Library of Alexandria
- Mana Crypt
- Mana Drain
- Mana Vault
- Memory Jar
- Mental Misstep
- Mind Twist
- Mind's Desire
- Mishra's Workshop
- Mox Emerald
- Mox Jet
- Mox Pearl
- Mox Ruby
- Mox Sapphire
- Mystical Tutor
- Necropotence
- Oath of Druids
- Sensei's Divining Top (effective April 28, 2017)
- Shahrazad
- Skullclamp
- Sol Ring
- Survival of the Fittest
- Strip Mine
- Time Vault
- Time Walk
- Timetwister
- Tinker
- Tolarian Academy
- Treasure Cruise
- Vampiric Tutor
- Wheel of Fortune
- Windfall
- Yawgmoth's Bargain
- Yawgmoth's Will

## 6.7    Block Constructed Format Deck Construction

Block Constructed decks consist of cards taken from a restricted set of expansions.

 The DCI sanctions the following Block Constructed formats:

- *Amonkhet* Block (*Amonkhet* [effective April 28, 2017], *Hour of Devastation* [effective July 14, 2017])
- *Kaladesh* Block (*Kaladesh*, *Aether Revolt*)
- *Shadows over Innistrad* Block (*Shadows over Innistrad*, *Eldritch Moon*)
- *Battle for Zendikar* Block (*Battle for Zendikar*, *Oath of the Gatewatch*)
- *Khans of Tarkir* Block (*Khans of Tarkir*, *Fate Reforged*, *Dragons of Tarkir*)
- *Theros* Block (*Theros*, *Born of the Gods*, *Journey Into Nyx*)
- *Return to Ravnica* Block (*Return to Ravnica*, *Gatecrash*, *Dragon's Maze*)
- *Innistrad-Avacyn Restored* Block (*Innistrad*, *Dark Ascension*, *Avacyn Restored*)
- *Scars of Mirrodin* Block (*Scars of Mirrodin*, *Mirrodin Besieged*, *New Phyrexia*)
- *Zendikar™-Rise of the Eldrazi™* block (*Zendikar*, *Worldwake™*, *Rise of the Eldrazi*)
- *Shards of Alara* block (*Shards of Alara*, *Conflux*, *Alara Reborn*)
- *Lorwyn®-Shadowmoor®* block (*Lorwyn*, *Morningtide®*, *Shadowmoor*, *Eventide®*)
- *Time Spiral* block (*Time Spiral*, *Planar Chaos*, *Future Sight*)
- *Ravnica* block (*Ravnica: City of Guilds*, *Guildpact*, *Dissension*)
- *Kamigawa* block (*Champions of Kamigawa*, *Betrayers of Kamigawa*, *Saviors of Kamigawa*)
- *Mirrodin* block (*Mirrodin*, *Darksteel*, *Fifth Dawn*)
- *Onslaught™* block (*Onslaught*, *Legions™*, *Scourge™*)
- *Odyssey™* block (*Odyssey*, *Torment™*, *Judgment™*)
- *Invasion™* block (*Invasion*, *Planeshift™*, *Apocalypse™*)
- *Masques* block (*Mercadian Masques™*, *Nemesis™*, *Prophecy™*)
- *Urza* block (*Urza's Saga*, *Urza's Legacy™*, *Urza's Destiny™*)
- *Tempest™* block (*Tempest*, *Stronghold™*, *Exodus™*)
- *Mirage™* block (*Mirage*, *Visions™*, *Weatherlight™*)
- *Ice Age™* block (*Ice Age*, *Alliances™*, *Coldsnap*)

The following cards are banned in Block Constructed tournaments:

- Intangible Virtue (*Innistrad-Avacyn Restored* block)
- Lingering Souls (*Innistrad-Avacyn Restored* block)
- Aether Vial (*Mirrodin* block)
- Ancient Den (*Mirrodin* block)
- Arcbound Ravager (*Mirrodin* block)
- Darksteel Citadel (*Mirrodin* block)
- Disciple of the Vault (*Mirrodin* block)
- Great Furnace (*Mirrodin* block)
- Seat of the Synod (*Mirrodin* block)
- Tree of Tales (*Mirrodin* block)
- Vault of Whispers (*Mirrodin* block)
- Skullclamp (*Mirrodin* block)
- Lin Sivvi, Defiant Hero (*Masques* block)
- Rishadan Port (*Masques* block)
- Gaea's Cradle (*Urza* block)
- Memory Jar (*Urza* block)
- Serra's Sanctum (*Urza* block)
- Time Spiral (*Urza* block)
- Tolarian Academy (*Urza* block)
- Voltaic Key (*Urza* block)
- Windfall (*Urza* block)
- Cursed Scroll (*Tempest* block)
- Squandered Resources (*Mirage* block)
- Amulet of Quoz (*Ice Age* block)
- Thawing Glaciers (*Ice Age* block)
- Zuran Orb (*Ice Age* block)

31

# 7.  Limited Tournament Rules

## 7.1    Deck Construction Restrictions

Limited decks must contain a minimum of forty cards. There is no maximum deck size. Any drafted or opened cards not used in a player's Limited deck function as his or her sideboard.

Players are not restricted to four of any one card in Limited tournament play.

## 7.2    Card Use in Limited Tournaments

Cards must be received directly from tournament officials. This product must be new and previously unopened. Pro Tour, Grand Prix, World Magic Cup, and World Championship tournaments may have had boosters opened in order to stamp them. Each player (or team) must be given exactly the same quantity and type of product as all other players participating in the tournament. For example, if one player receives three *Magic Origins* boosters for a booster draft, all other players must also receive three *Magic Origins* boosters.

Only cards from the expansions of the boosters opened (and only cards opened or drafted in that player's pool) may be used in a player's deck. The following are exceptions to this rule:

- Players may add an unlimited number of cards named Plains, Island, Swamp, Mountain, or Forest to their deck and sideboard. They may not add additional snow basic land cards (e.g. Snow-Covered Forest, etc) or Wastes basic land cards, even in formats in which they are legal.
- Non-basic lands from the *Return to Ravnica* and *Gatecrash* expansions are allowed when opened in *Dragon's Maze* boosters.
- Non-basic lands from the *Khans of Tarkir* expansion are allowed when opened in *Fate Reforged* boosters.
- Non-basic lands from the *Zendikar Expeditions* set are allowed when opened in *Battle for Zendikar* or *Oath of the Gatewatch* boosters.
- Cards from a *Masterpiece Series* are allowed when opened in boosters associated with that series.
- Prerelease tournaments may feature additional exceptions. These will be announced as part of the Prerelease information.

Players may ask a judge for permission to replace a card with another version of the same card.

Because it was designed specifically for multiplayer play, the use of *Conspiracy* boosters in sanctioned, rated Limited-format tournaments (Sealed Deck and Booster Draft) is not permitted.

Six boosters per player are recommended for individual format Sealed Deck tournaments and 3 boosters per player for individual Booster or Team Rochester Draft tournaments. For the recommended product mix for the current block, refer to Appendix D.

If the Tournament Organizer allows players to provide their own product, that product must be pooled with the rest of the product for the tournament and randomly distributed.

If the Tournament Organizer is not providing extra land cards for use in a Limited tournament, he or she must announce this before tournament registration. Tournament Organizers may require players to return these land cards when they leave the tournament. Players may use their own basic lands during tournaments.

## 7.3    Continuous Construction

Players participating in Limited tournaments that do not use decklists may freely change the composition of their decks between matches by exchanging cards from their deck for cards in their sideboard without being required to return their deck to its original composition before their next match. The Head Judge or Tournament Organizer must inform players if this option is not being used prior to the start of deckbuilding. This option is not available at Competitive or Professional Rules Enforcement Level tournaments.

## 7.4    Abnormal Product

Neither Wizards of the Coast nor the Tournament Organizer guarantee any specific distribution of card rarities or frequency in a particular booster pack or tournament pack. If a player receives an unconventional distribution of rarities or frequencies in a particular booster pack or tournament pack, he or she must call a judge. The final decision to replace or allow the atypical product is at the discretion of the Head Judge and the Tournament Organizer.

## 7.5    Sealed Deck Pool Registration

In Sealed Deck tournaments, the Head Judge may require players to perform a Sealed Deck pool registration procedure prior to deck construction:

- Each player is distributed the appropriate number of booster packs. The boosters should be marked in a way that distinguishes they came from the Tournament Organizer for that tournament.
- Players on one side of each table open their boosters (Player A). The player directly across (Player B) observes this. Both players will observe and verify the contents of those boosters. After this process, the opened cards are stacked face down in a single pile and placed near Player B.
- Player B will now open their boosters. Player A observes. Both players will observe and verify the contents. After this process, the opened cards are stacked face down in a single pile and placed near Player A.
- Player A then sorts and registers the contents of Player B's pool, and vice versa.
- After registration, each player returns the registered card pool to the player who originally opened the pool.
- Players build and record decks as normal.

## 7.6    Draft Pod Assembly

For Booster Draft and Team Rochester Draft tournaments, players assemble into random drafting circles (called pods) of roughly equal size at the direction of the Head Judge. Tournament officials then distribute identical sets of booster packs to each player.

Players within a pod may play only against other players within that pod. In Regular Rules Enforcement Level tournaments, the Tournament Organizer may elect to lift this restriction. This must be announced before the tournament starts.

PLF1070

## 7.7     Booster Draft Procedures

All players must open and draft the same type of booster at the same time. Players open their first booster pack and count the cards face down, removing token cards, rules cards, and any other non-game cards. Players who receive an erroneous number of cards at any time must immediately notify a judge. After picking up the booster, players should remove and keep any non-foil Plains, Island, Swamp, Mountain, or Forest basic land cards and/or any other cards that are not legal to use in the draft. Foil basic land cards should be left in the booster and drafted with the other cards. Players choose one card from their current booster pack and then pass the remaining cards face down to the player on their left until all cards are drafted. Once a player has removed a card from the pack and put it on top of his or her single, front face-down drafted pile, it is considered selected and may not be returned to the pack.

Players may not reveal the front face of their card selections or the contents of their current packs to other participants in the draft and must make a reasonable effort to keep that information from the sight of other players. Players are not permitted to reveal hidden information of any kind to other participants in the draft regarding their own picks or what they want others to pick. (Exception: This does not apply to double-faced cards, both faces of which may be revealed at any time during a draft.)

Players and teams may not look at their drafted cards between or during picks at Competitive and Professional Rules Enforcement Levels. At Regular Rules Enforcement Level, players are allowed to review their drafted cards between or during picks as long as they are holding no other cards at the same time. The Head Judge may choose to disallow this provided he or she announces it before the first draft. Between boosters there is a review period in which players may review their picks.

If the draft is not being timed, and two players do not wish to make a pick before the other player, the player closer to providing the other player with the pack picks first. If the players are equidistant, then the player in the lower seat number picks first.

After the first pack is drafted and the review period completed, players open the next pack and draft in the same fashion, except that the direction of drafting is reversed—it now proceeds to the right. This process is repeated, reversing the direction of drafting for each booster pack until all cards in all booster packs are drafted.

If a player is unable or unwilling to continue drafting, but wishes to remain in the tournament, he or she is suspended from drafting and must construct a deck from whatever cards he or she has drafted thus far. For the remainder of the draft, their picks are skipped and the draft continues with one fewer player.

PLF1070

# 8.  Team Tournament Rules

## 8.1     Team Names

Wizards of the Coast reserves the right to disallow any team name it deems offensive and/or obscene. Tournament officials may disallow teams from registering team names that may be considered offensive and/or obscene.

## 8.2     Team Composition and Identification

A valid team consists of two or three members, as appropriate to the format. A team is identified by the individual DCI membership numbers of its respective members and all teams must provide the Tournament Organizer with the full information when registering for the tournament. Individuals may be members of more than one team, though not during the same tournament. If a player drops or is disqualified from the tournament, and the remainder of the team does not have sufficient members to continue, the entire team is dropped from the tournament.

Teams must designate player positions during tournament registration. For example, in a three-player team tournament, each team must designate who is player A, player B, and player C. Players retain these designations throughout the entire tournament.

When two teams are paired against each other during the course of a tournament, the team members designated as "player A" play against each other, the team members designated as "player B" play against each other, and so on.

## 8.3     Team Communication Rules

Teammates may communicate with each other at any time, unless they leave the play area. If they leave the play area and return, they are no longer permitted to communicate with their team for the remainder of that match. See section 4.5 for more details on team communication.

## 8.4     Unified Deck Construction Rules

Team Constructed tournaments use Unified Deck Construction rules: Except for cards with the basic supertype or cards with text that specifies otherwise, no two decks on a team may contain the same card, based on its English card title. (For example, if one player is using Naturalize in a Team Constructed tournament, no other player on that team may use Naturalize in his or her deck.) No players may use cards that are banned in a particular format.

Unified Deck Construction rules are only applied when all members of a team have decks of the same format.

## 8.5     Team Rochester Draft Tournaments

Team Rochester Draft tournaments require teams of three players each. Two teams are seated at each table for the draft. Team members sit clockwise in A-B-C order around the table. (For example, in a three-person team tournament, players sit around the table clockwise in this order: 1A, 1B, 1C, 2A, 2B, 2C.)

A team determined at random chooses either to pick first or to allow the other team to pick first. Player B of the team that picks first lays out the first pack.

The draft begins with the first player opening his or her first booster pack and laying out the entire contents of the pack face up on the table as directed by tournament officials, with the cards facing him or her. After reviewing the cards, drafting proceeds with each player selecting a single card in turn. Once a player has selected a card and placed it with his or her other drafted cards, he or she may not select a different card. If a player fails to select a card in the time given, a tournament official selects for that player the "oldest" card remaining from the booster pack (the card on the table the longest).

The player drafting first from the cards presented on the table is called the active player. The first active player is the participant who opened the first booster of the draft, as designated by a tournament official. All players in each drafting pod serve as the active player once for each group of booster packs. The identity of the active player moves in a horseshoe pattern, clockwise for the first and third boosters and counter-clockwise for the second. The player who was last to open a booster pack from a group is the first to open the booster pack from the next group.

The draft order also begins moving in a horseshoe pattern, clockwise for the first and third boosters and counter-clockwise for the second, beginning with the active player, continuing around the table to the last player in the group to draft a card. The last player in the group selects two cards sequentially, and then drafting continues in reverse order, moving back to the player who began the drafting. If there are still cards remaining, the player who began the drafting selects two cards, and drafting continues again in the opposite direction.

*Example*: Team 1 and Team 2 are seated around a table. They are numbered 1A-1B-1C-2A-2B-2C in a clockwise order. Team 2 wins the coin toss, and the members of Team 2 choose to let Team 1 pick first. The active player for the first pack is Player 1B. The first booster pack for Player 1B is opened and placed face up in front of Player 1B. After the 20-second review period has expired, the draft order is as follows:

| | | |
|---|---|---|
| Player 1B—card 1 | Player 1A—card 6 | Player 1C—card 11 |
| Player 1C—card 2 | Player 1A—card 7 | Player 1B—card 12 |
| Player 2A—card 3 | Player 2C—card 8 | Player 1B—card 13 |
| Player 2B—card 4 | Player 2B—card 9 | Player 1C—card 14 |
| Player 2C—card 5 | Player 2A—card 10 | Player 2A—card 15 |

During card selection, players must display the most recent card they drafted from the current pack. At all other times, players may leave one of their drafted cards face up on their draft pile, or may leave all cards face down. Players may not review their draft picks while drafting proceeds or at any other time specifically indicated by tournament officials.

## 8.6    Team Sealed Deck Tournaments

All the rules for individual Limited tournaments (Section 7) apply to Team Sealed Deck tournaments except as follows.

Each team must receive the same product mix. For example, if one team receives twelve *Magic Origins* boosters, every team must receive twelve *Magic Origins* boosters.

Eight boosters per team are recommended for two-person team tournaments, and twelve boosters per team for three-person team tournaments. For the recommended product mix for the current block, refer to Appendix D.

All cards must be assigned to a player's deck or sideboard during deck construction and cannot be transferred to another player during that tournament. (Players do not share main deck or sideboard cards.) Players may exchange cards in their pool between rounds in Regular Rules Enforcement Level tournaments that do not use decklists, but only between matches.

# 9.  Two-Headed Giant Tournament Rules

**9.1      Match Structure**

Two-Headed Giant matches consist of one game. All players from the two teams play in the same game.

Drawn games (games without a winner) do not count toward the one game. As long as match time allows, the match continues until a team has won a game.

**9.2      Communication Rules**

Teammates may communicate with each other at any time.

**9.3      Play-Draw Rule**

A team determined at random chooses either to play first or to play second. The choice must be made before either player on that team looks at his or her hand. If either player on that team looks at his or her hand before their choice is made, that team plays first. The team who plays first skips the draw step of their first turn.

**9.4      Pregame Procedure**

1. Players decide which teammate will be the primary player and which teammate will be the secondary player. Players should be seated with the primary player to the right of his or her teammate. Players can choose a different primary and secondary player before each match.
2. Players shuffle their decks.
3. Players present their decks to their opponents for additional shuffling.
4. The appropriate team must decide whether to play first or second at this point, if they have not done so already (see section 9.3)
5. Each player draws seven cards. Optionally, these cards may be dealt face down on the table.
6. Each player, in turn order, decides whether to mulligan. (Rules on Two-Headed Giant mulligans can be found in the **Magic** Comprehensive Rules, rule 103.4c)

Once players have completed their mulligans, the game can begin.

**9.5      Two-Headed Giant Constructed Rules**

Two-Headed Giant Constructed tournaments use Unified Deck Construction rules (see section 8.4).

In addition to cards banned in particular formats, the following card is banned in ALL Two-Headed Giant Constructed tournaments (Vintage, Legacy, Modern, and Block Constructed):

- Erayo, Soratami Ascendant

Sideboards are not allowed in constructed Two-Headed Giant tournaments.

**9.6      Two-Headed Giant Limited Rules**

All the rules for Limited Tournaments (Section 7) apply, except as described below.

Eight boosters per team are recommended for Two-Headed Giant Sealed Deck tournaments and six boosters per team for Two-Headed Giant Booster Draft tournaments. For the recommended product mix for the current block, refer to Appendix D.

PLF1074

Cards not used in a team's starting decks are considered a shared sideboard by the two players that both players can access.

**9.7     Two-Headed Giant Booster Draft Tournaments**

Teams (not players) assemble into random drafting circles (called pods) of roughly equal size at the direction of the Head Judge. Teammates sit next to each other. Tournament officials then distribute identical booster packs to each team in the pod.

After opening and counting the cards in their first pack, the team chooses two cards from the booster pack then passes the remaining cards face down to the team on its left. Selected cards may be placed into one or two piles. The cards chosen are not assigned to a particular player; they become part of a pool out of which both players will build their decks. The open packs are passed around the drafting pod—with each team taking two cards from each before passing—until all cards are drafted.

For the second pack, the direction of drafting is reversed as usual. Thus, the overall draft direction is left–right–left–right–left–right.

PLF1074

# 10.  Sanctioning Rules

## 10.1    Participation Minimums

Participation minimums for a tournament to be sanctioned as a rated tournament are as follows:

- For individual tournaments, a minimum of eight (8) players must participate.
- For team and Two-Headed Giant tournaments, a minimum of four (4) teams must participate.

If the participation minimum is not met, the tournament is no longer DCI-sanctioned and will not provide Planeswalker Points. If participation minimums are not met for any DCI-sanctioned tournament, the Tournament Organizer should report the tournament as "Did Not Occur."

## 10.2    Number of Rounds

The minimum number of rounds required for a tournament to be sanctioned as a rated tournament is as follows:

- For individual tournaments, a minimum of three (3) rounds
- For team and Two-Headed Giant tournaments, a minimum of two (2) rounds

If the minimum number of rounds is not met, the tournament is no longer DCI-sanctioned and will not provide Planeswalker Points. If the minimum number of rounds is not met for any DCI-sanctioned, rated tournament, the Tournament Organizer should report the tournament as "Did Not Occur."

The number of rounds should be announced at or before the beginning of the first round; once announced, it cannot be changed. A variable number of rounds can be announced instead, with specific criteria for ending the tournament. For example, a tournament with 20 players can be announced as five rounds unless only one player has four match wins after four rounds.

The recommended number of rounds for Swiss tournaments can be found in Appendix E.

## 10.3    Invitation-Only Tournaments

Invitation-only tournaments have additional qualification criteria for player participation. The invitation list for Premier tournaments is defined in the **Magic: The Gathering** Premier Event Invitation Policy. Tournament Organizers may hold and sanction invitation-only non-Premier tournaments normally, as long as they offer a sufficient number of qualifying tournaments in advance to ensure that all players have a chance to qualify.

## 10.4    Pairing Algorithm

Unless otherwise announced, tournaments are assumed to follow the Swiss pairing algorithm. Some tournaments may proceed to single-elimination playoff rounds between the top 2, 4, or 8 (or other number) players after the Swiss rounds are over. The Swiss pairing algorithm is modified in Booster Draft tournaments as explained in section 7.6.

For constructed tournaments that have a single-elimination playoff (or sealed deck tournaments that do not use a booster draft for the playoff), the recommended pairing method is to pair the playoff players by the final Swiss standings.

For an 8-player playoff, the 1st place player plays the 8th place player, the 2nd place player plays the 7th place player, the 3rd place player plays the 6th place player, and the 4th place player plays the 5th place player. The winners of the 1st/8th place and 4th/5th place matches play each other in the next round of the playoff. The winners of the 2nd/7th place and 3rd/6th place matches play each other in the next round of the playoff. The remaining players play in the last round of the playoff.



For a 4-player playoff, the 1st place player plays the 4th place player, and the 2nd place player plays the 3rd place player. The remaining players play in the last round of the playoff.



For Limited tournaments that have a single-elimination booster draft playoff, it is recommend that only an 8-player playoff is run using the following method described below.

Use a random method to seat players around the draft table and conduct the draft.



After the draft has concluded, the player in seat 1 plays the player in seat 5, the player in seat 2 plays the player in seat 6, the player in seat 3 plays the player in seat 7, and the player in seat 4 plays the player in seat 8. The winners of the seat 1/5 and the 3/7 matches play each other in the next round of the playoff. The winners of the seat 2/6 and the seat 4/8 matches play each other in the next round of the playoff. The remaining players play in the last round of the playoff.



40

PLF1077

For Premier Events, the playoff options above are required, not optional.

Premier Events include the following tournaments: **Magic: The Gathering** World Championship, World **Magic** Cup, Nationals, Nationals Last Chance Qualifiers, Pro Tour, Regional Pro Tour Qualifiers, Regional Last Chance Qualifiers, Preliminary Pro Tour Qualifiers, Pro Tour Qualifiers, Grand Prix, Grand Prix Trials, WPN Premium Tournaments, and WPN Premium Qualifiers.

PLF1077

# Appendix A—Changes From Previous Versions

Only changes from the current version and the previous version of this document will be displayed in this appendix.

April 28, 2017

Introduction: Document update schedule modified.
Section 1.4: Premier Events list updated.
Section 1.5: Language updated.
Section 1.9: Clarification that scorekeepers must provide standing at conclusion of events.
Section 1.10: Clarifying that players are expected to point out teammate errors in team tournaments.
Section 2.2: Consolidating information about determining who goes first, making pregame clearer.
Section 2.3: Removes implication that sideboarding must be one-for-one.
Section 2.7: Moved information about talking during deck construction to new section 5.6 (Outside Assistance).
Section 2.14: Removed reference to poison counters. Now handled more explicitly in free information.
Section 3.2: Clarifies that players disqualified from an event do not receive planeswalker points for that event.
Section 3.3: Card border check now only disallows silver borders. "Un-set" basic land call-out removed due to redundancy. Moved information about replacing a card from Marked Cards to here, as it has wider applications.
Section 3.6: Section renamed to "Card Identification and Interpretation". Rules for "naming a card" are explicit rather than inferred. Moved information about "outside the game" to sideboard section.
Section 3.7: New Releases updated. Judges have more latitude to make "obvious" rulings at Prereleases.
Section 3.11: Moved information about replacing a card from Marked Cards to section 3.3.
Section 3.15: Consolidated numerous sideboard rules from other sections to this section.
Section 4.1: Both type and number of a counter are free information. Removed explicit reference to poison counters, as it's now covered by the number of a counter.
Section 4.2: Shortcuts explicitly define default handling of situations. Rewritten combat and end-of-turn shortcuts. Adding a small additional restriction to the planeswalker redirection shortcut.
Section 4.4: Players are welcome to point out a missed trigger at any point (not just within a turn).
Section 4.5: Team communications defaults to "always", but falls back to format specific rules.
Section 5.6: New section on Outside Assistance. Defines when it is inappropriate to give and receive advice. Some parts of other sections consolidated to this section.
Section 6.1: Card Legality portions split off into newly renamed section 6.2.
Section 6.2: Section renamed to "Card Legality" (mostly moved from section 6.1). Old Sideboard Use rules moved to section 3.15.
Section 6.3: Standard sets updated. How cards from Planeswalker Decks rotate out of Standard clarified. How Standard-legal card from other ancillary products rotate out of Standard clarified. 1 card banned.
Section 6.4 Modern sets updated.
Section 6.5: Mana Crypt removed from exception language (due to printing in Eternal Masters). 2 cards restricted.
Section 6.6: Mana Crypt removed from exception language (due to printing in Eternal Masters). 1 card banned.
Section 6.7: Block Constructed format sets updated.
Section 7.1: Information on what constitutes a sideboard in limited moved here from section 7.3.
Section 7.3: Limited format sideboard information moved to sections 3.15 and 7.1. Section renamed to "Continuous Construction" and deals with those rules only.
Section 7.6: Communication rules during a draft moved to section 5.6 (Outside Assistance).
Section 7.7: Rules modified for how a draft is handled if a player is removed in the middle of a draft.
Section 8.3: Team communication rules language cleaned up.
Section 9.4: Pregame procedure for 2HG updated to include choosing play/draw.
Section 10.4: Premier Events list updated.
Appendix D: Amonkhet Block "through" date adjusted.
Appendix E: Premier Events list updated. Chart updated to reflect lowest number of rounds for Team/2HG.
Appendix F: Premier Events list updated.

**January 20, 2017**

General: Cleaned up usage of 'event' and 'tournament'.
Introduction: New schedule of document change announcements added.
Section 2.4: Drawn games are reported 0-0-3 or using the Draw button.

PLF1079

Section 2.6: Feature matches in covered tournaments receive at least three minutes of time extension.
Section 3.9: Players may only pile shuffle their deck once per game, at the beginning.
Section 4.2: Planeswalker redirect shortcut only applies to opponents' planeswalkers.
Section 6.1: Legality status of *Masterpiece Series* cards clarified.
Section 6.3: Standard sets updated. 3 cards banned
Section 6.4: Modern sets updated. 2 cards banned.
Section 7.2: Legality status of *Masterpiece Series* cards clarified
Appendix B: Booster draft review periods lengthened.
Appendix D: Limited format set mixes updated.

PLF1079

PLF1080

# Appendix B—Time Limits

The **required** minimum time limit for any match is 40 minutes.

The following time limits are **recommended** for each round of a tournament:

- Constructed and Limited tournaments—50 minutes
- Single-elimination quarterfinal or semifinal matches—90 minutes
- Single-elimination final matches—no time limit

The following additional time limits are **recommended** for Limited tournaments:

- Sealed Deck—20 minutes for deck registration and 30 minutes for deck construction
- Draft—25 minutes for deck registration and construction
- Team Sealed Deck—20 minutes for deck registration and 60 minutes for deck construction
- Team Draft—40 minutes for deck construction and registration
- Two-Headed Giant Sealed Deck—20 minutes for deck registration and 60 minutes for deck construction
- Two-Headed Giant Draft—40 minutes for deck construction and registration

The Head Judge of the tournament is the final authority on time limits for a tournament. However, any deviation from these recommendations must be announced prior to and during tournament registration.

**Magic** Premier Tournaments may have different time limits. These time limits can be found in the tournament or tournament series fact sheet.

In timed rounds, players must wait for the officially tracked time to begin before starting their match.

44

PLF1080

PLF1081

**Booster Draft Timing**

Individual booster drafts have the following default time limits for each pick:

| Cards remaining in pack | Time allotted |
|---|---|
| 15 cards | 40 seconds |
| 14 cards | 40 seconds |
| 13 cards | 35 seconds |
| 12 cards | 30 seconds |
| 11 cards | 25 seconds |
| 10 cards | 25 seconds |
| 9 cards | 20 seconds |
| 8 cards | 20 seconds |
| 7 cards | 15 seconds |
| 6 cards | 10 seconds |
| 5 cards | 10 seconds |
| 4 cards | 5 seconds |
| 3 cards | 5 seconds |
| 2 cards | 5 seconds |
| 1 card | N/A |

The time for review after the first booster pack is 60 seconds. Each subsequent review period increases by 30 seconds.

**Rochester Draft Timing**

The review period for a booster after it has been laid out on the table and before the first card is drafted is 20 seconds. Players have 5 seconds for each pick.

45

PLF1081

PLF1082

**Two-Headed Giant Draft Timing**

Two-Headed Giant booster drafts have the following default time limits for each pick:

| Cards remaining in pack | | |
|---|---|---|
| **15-Card Booster** | **14-Card Booster** | **Time allotted** |
| 15 | 14 | 50 seconds |
| 13 | 12 | 45 seconds |
| 11 | 10 | 40 seconds |
| 9 | 8 | 30 seconds |
| 7 | 6 | 20 seconds |
| 5 | 4 | 10 seconds |
| 3 | - | 5 seconds |
| 1 | 2 | N/A |

In addition, players receive 60 seconds to review their drafted cards in between booster packs.

PLF1082

# Appendix C—Tiebreaker Explanation

**Match Points**

Players earn 3 match points for each match win, 0 points for each match loss and 1 match point for each match ending in a draw. Players receiving byes are considered to have won the match.

- A player's record is 6–2–0 (Wins–Losses–Draws). That player has 18 match points (6*3, 2*0, 0*1).
- A player's record is 4–2–2. That player has 14 match points (4*3, 2*0, 2*1).

**Game Points**

Game points are similar to match points in that players earn 3 game points for each game they win and 1 point for each game that ends in a draw, and 0 points for any game lost. Unfinished games are considered draws. Unplayed games are worth 0 points.

- A player wins a match 2–0–0, so she earns 6 game points and her opponent receives 0 game points from the match.
- A player wins a match 2–1–0, so she earns 6 game points and her opponent earns 3 game points from the match.
- A player wins a match 2–0–1, so he earns 7 game points and his opponent earns 1 game point from the match.

**Match-win percentage**

A player's match-win percentage is that player's accumulated match points divided by the total match points possible in those rounds (generally, 3 times the number of rounds played). If this number is lower than 0.33, use 0.33 instead. The minimum match-win percentage of 0.33 limits the effect low performances have when calculating and comparing opponents' match-win percentage.

*Examples:*

These three players competed in an 8-round tournament, although only the first player completed all rounds.

| Tournament Record | Match Points | Rounds Played | Match-win Percentage |
|---|---|---|---|
| 5-2-1 | 16 | 8 | 16/(8*3) = 0.667 |
| 1-3-0, then withdraws | 3 | 4 | 3/(4*3) = 0.25, so 0.33 is used. |
| 3-2-0, including a first-round bye, then withdraws | 9 | 5 | 9/(5*3) = 0.60 |

**Game-win percentage**

Similar to the match-win percentage, a player's game-win percentage is the total number of game points he or she earned divided by the total game points possible (generally, 3 times the number of games played). Again, use 0.33 if the actual game-win percentage is lower than that.

47

These two players competed in a four-round tournament:

| Game Record by Match | Game Points | Games Played | Game-win Percentage |
|---|---|---|---|
| • Round 1: 2 wins (6 game points)<br>• Round 2: 2 wins and 1 loss (6 game points)<br>• Round 3: 1 win and 2 losses (3 game points)<br>• Round 4: 2 wins (6 game points) | 21 | 10 | 21/(3*10) = 0.70 |
| • Round 1: 1 win and 2 losses (3 game points)<br>• Round 2: 1 win and 2 losses (3 game points)<br>• Round 3: 2 losses (0 game points)<br>• Round 4: 1 win and 2 losses (3 game points) | 9 | 11 | 9/(3*11) = 0.27, so 0.33 is used. |

**Opponents' match-win percentage**

A player's opponents' match-win percentage is the average match-win percentage of each opponent that player faced (ignoring those rounds for which the player received a bye). Use the match-win percentage definition listed above when calculating each individual opponent's match-win percentage.

*Examples:*

- A player's record in an eight-round tournament is 6–2–0. Her opponents' match records were: 4–4–0, 7–1–0, 1–3–1, 3–3–1, 6–2–0, 5–2–1, 4–3–1, and 6–1–1, so her opponents' match-win percentage is:

$$\frac{\frac{12}{24} + \frac{21}{24} + \frac{4}{15} + \frac{10}{21} + \frac{18}{24} + \frac{16}{24} + \frac{13}{24} + \frac{19}{24}}{8 \; opponents}$$

Translated to the decimal system, this equation is:

$$\frac{0.50 + 0.88 + 0.33 \; (raised \; from \; 0.27) + 0.48 + 0.75 + 0.67 + 0.54 + 0.79}{8}$$

With the individual match − win percentages added together, this equation becomes:

$$\frac{4.94}{8}$$

This player's opponents' match − win percentage is 0.62.

- Another player's record at the same tournament was 6–2–0. His opponents' records were: bye, 7–1–0, 1–3–1, 3–3–1, 6–2–0, 5–2–1, 4–3–1, and 6–1–1, so his opponents' match-win percentage is:

$$\frac{0.88 + 0.33 \ (raised \ from \ 0.27) + 0.48 + 0.75 + 0.67 + 0.54 + 0.79}{7}$$

With the individual match − win percentages added together, this equation becomes:

$$\frac{4.44}{7}$$

This player's opponents' match − win percentage is 0.63.

**Opponents' game-win percentages**

Similar to opponents' match-win percentage, a player's opponents' game-win percentage is simply the average game-win percentage of all of that player's opponents. And, as with opponents' match-win percentage, each opponent has a minimum game-win percentage of 0.33.

**Byes**

When a player is assigned a bye for a round, he or she is considered to have won the match 2–0.

Thus, that player earns 3 match points and 6 game points. A player's byes are ignored when computing his or her opponents' match-win and opponents' game-win percentages.

49

## Appendix D—Recommended Booster Mix for Limited Tournaments

Note: The following booster mixes are required for Premier Play tournaments.

For the *Kaladesh* block, the recommended booster mix for Limited tournaments is (effective January 20, 2017 through April 27, 2017):

- Individual Sealed Deck – 4 *Aether Revolt*, 2 *Kaladesh* (per player)
- Individual Booster Draft or Team Rochester Draft – 2 *Aether Revolt*, 1 *Kaladesh* (per player, in that order)
- Three-Person Team Sealed – 8 *Aether Revolt*, 4 *Kaladesh* (per team)
- Two-Headed Giant Sealed Deck – 6 *Aether Revolt*, 2 *Kaladesh* (per team)
- Two-Headed Giant Booster Draft – 4 *Aether Revolt*, 2 *Kaladesh* (per team, in that order)

For *Eternal Masters*, the recommended booster mix for Limited tournaments is (effective June 10, 2016 through March 16, 2017):

- Individual Sealed Deck – 6 *Eternal Masters* (per player)
- Individual Booster Draft or Team Rochester Draft – 3 *Eternal Masters* (per player)
- Three-Person Team Sealed – 12 *Eternal Masters* (per team)
- Two-Headed Giant Sealed Deck – 8 *Eternal Masters* (per team)
- Two-Headed Giant Booster Draft – 6 *Eternal Masters* (per team)

For *Modern Masters 2017*, the recommended booster mix for Limited tournaments is (effective March 17, 2017 through July 6, 2017):

- Individual Sealed Deck – 6 *Modern Masters 2017* (per player)
- Individual Booster Draft or Team Rochester Draft – 3 *Modern Masters 2017* (per player)
- Three-Person Team Sealed – 12 *Modern Masters 2017* (per team)
- Two-Headed Giant Sealed Deck – 8 *Modern Masters 2017* (per team)
- Two-Headed Giant Booster Draft – 6 *Modern Masters 2017* (per team)

For *Amonkhet*, the recommended booster mix for Limited tournaments is (effective April 28, 2017 through July 13, 2017):

- Individual Sealed Deck – 6 *Amonkhet* (per player)
- Individual Booster Draft or Team Rochester Draft – 3 *Amonkhet* (per player)
- Three-Person Team Sealed – 12 *Amonkhet* (per team)
- Two-Headed Giant Sealed Deck – 8 *Amonkhet* (per team)
- Two-Headed Giant Booster Draft – 6 *Amonkhet* (per team)

For the *Amonkhet* block, the recommended booster mix for Limited tournaments is (effective July 14, 2017 through September 28, 2017):

- Individual Sealed Deck – 4 *Hour of Devastation*, 2 *Amonkhet* (per player)
- Individual Booster Draft or Team Rochester Draft – 2 *Hour of Devastation*, 1 *Amonkhet* (per player, in that order)
- Three-Person Team Sealed – 8 *Hour of Devastation*, 4 *Amonkhet* (per team)
- Two-Headed Giant Sealed Deck – 6 *Hour of Devastation*, 2 *Amonkhet* (per team)
- Two-Headed Giant Booster Draft – 4 *Hour of Devastation*, 2 *Amonkhet* (per team, in that order)

PLF1086

# Appendix E—Recommended Number of Rounds in Swiss Tournaments

The following number of Swiss rounds is required for Premier tournaments (such as Grand Prix Trials, Preliminary Pro Tour Qualifiers, Regional Pro Tour Qualifiers, Regional Last Chance Qualifiers, Pro Tour Qualifiers, and Nationals Last Chance Qualifiers). It may be used at the Tournament Organizer's discretion for non-Premier tournaments.

| Players (Teams) | Swiss Rounds | Playoff |
|---|---|---|
| 4-7 (Team/2HG Only) | 2 Single-Elimination Rounds (No Swiss) | None (Run Single Elimination) |
| 8 | 3 Single-Elimination Rounds (No Swiss) | None (Run Single Elimination) |
| 9-16 | 4 (if Limited Format with Booster Draft in Playoff) 5 (All Other Formats) | Top 8 (If Limited Format with Booster Draft in Playoff) Top 4 (All Other Formats) |
| 17-32 | 5 | Top 8 |
| 33-64 | 6 | Top 8 |
| 65-128 | 7 | Top 8 |
| 129-226 | 8 | Top 8 |
| 227-409 | 9 | Top 8 |
| 410+ | 10 | Top 8 |

Team tournaments consider each team as a single player for this purpose.

In tournaments where awarded byes are used, each player with a 1-round bye should count as 2 players, each player with a 2-round bye should count as 4 players, and each player with a 3-round bye should count as 8 players when using the above chart.

51

PLF1088

# Appendix F—Rules Enforcement Levels of Programs

The following chart indicates the appropriate Rules Enforcement level for various programs:

| Program | Rules Enforcement Level |
|---------|------------------------|
| Friday Night Magic | Regular |
| Game Days | Regular |
| Grand Prix Day 1 | Competitive |
| Grand Prix Day 2 | Professional |
| Grand Prix Trial | Regular* |
| (Format-Specific) Championship | Competitive |
| Nationals | Competitive |
| Nationals Last Chance Qualifiers | Competitive |
| Prerelease | Regular |
| Pro Tour | Professional |
| Regional Pro Tour Qualifier | Competitive |
| Regional Last Chance Qualifier | Competitive |
| Preliminary Pro Tour Qualifier | Competitive |
| Pro Tour Qualifier | Competitive |
| World Championship | Professional |
| World Magic Cup | Professional |

* Grand Prix Trials can be run at Competitive Rules Enforcement Level if that Grand Prix Trial offers a significant prize (other than the awarded byes to the relevant Grand Prix).

All trademarks are property of Wizards of the Coast LLC in the U.S.A. and other countries. ©2017 Wizards.

PLF1088

PLF1089



# FRIDAY NIGHT MAGIC

*Every Friday, offer a "Night of Magic" aimed at all levels of players and make your store the place to have fun.*

### NEED A JUDGE? (HTTP://WPN.WIZARDS.COM/EN/JUDGERESOURCES)

**Next Friday Night Magic Event:**
2017-05-12 (/en/landing-page/events#tabs-0-body=1)

Gateway                                   Core

Advanced                              Advanced-Plus

# WHAT IS IT?

Every Friday, participating WPN locations provide the indispensable experience of communal, face-to-face *Magic* that has been lifeblood of the game since the beginning.

Stores of Core level and above can design and deliver a suite of *Magic* activities tailored to satisfy their player community. Run as many events as you like, in any formats your players want.

Wizards of the Coast provides exclusive foil, alternate-art promo cards to be handed out at these events. Quantities will be determined by your store level.

Sign up through Wizards Event Reporter!

PLF1089

### May

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|-----|-----|-----|-----|-----|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |

# WHAT FORMATS CAN BE RUN?

You can run Friday Night Magic in any format your players like.

When you sign up in Wizards Event Reporter, you'll see two options for Friday Night Magic: Friday Night Magic—Ranked and Friday Night Magic—Casual.

Friday Night Magic—Ranked can be run in Standard, Booster Draft, Sealed, Modern, Legacy, or Vintage (traditional head-to-head, Two-Headed Giant, or Trios).

Friday Night Magic—Casual can be run in any format.

# HOW MANY EVENTS CAN BE RUN?

Core level and above stores can schedule up to three Friday Night Magic—Ranked events and up to three Friday Night Magic—Casual events each week in Wizards Event Reporter.

If you want to offer more events, you can schedule additional events in WER on Friday night and run them as you would an FNM.

PLF1091

# BEST PRACTICES

**1. Sign up promptly**. Scheduling for FNM is on a monthly cadence, closing on the 7th of the month prior to FNM. *(Example: Scheduling for August FNM runs from June 8th to July 7th).*

**2. Offer various formats**. You can run FNM in any format you like. Successful stores position FNM as a "night of *Magic*" with a diverse suite of offerings for players of all engagement levels.

**3. Try various start times**. FNM can be run at any time on Friday. Use that twenty-four hour window to make your events accessible to players of all ages and schedules. An example schedule could look something like this:



**Pandemonium Games' schedule offers Standard at 6PM, Pauper at 7PM, Modern at 8PM, Commander until 10PM and Casual *Magic* all night.**

**4. Try something new**. Invented formats, zany prize support, costume contests—the most successful FNMs happen when organizers get creative!

**5. Provide food and drink**. Keeping players well-fed and hydrated spares them the inconvenience of leaving the store.

**6. Reward the behavior you want to see in your store**. Distribute all promo cards you receive for each Friday, regardless of the number of events you run. You may issue them for

PLF1091

PLF1092

any reason, but consider rewarding not just performance but sportsmanship or assisting new players. Also consider keeping your prize pool flat (http://wpn.wizards.com/article/how-perfect-your-prize-pool) to attract new players and adding other types of creative prizes to the mix, like these ideas! (http://wpn.wizards.com/article/3-ideas-spice-your-prizes)

**7. Use social media to highlight your event's winners and decks**. Get permission from your winners to show off their achievements online!

**8. Use our free marketing materials to advertise**. Get free, easy-to-use images for flyers, posters, social media, and more here on our site (http://wpn.wizards.com/en/marketing).

# RULES

Consult these documents for detailed rules.

| | Title |
|---|---|
|  | Magic Event Appeals Policy (http://wpn.wizards.com/sites/wpn/files/attachements/english_ |
|  | Organizer Code of Conduct (http://wpn.wizards.com/sites/wpn/files/attachements/organize |
|  | Magic: The Gathering Judging at Regular I (http://wpn.wizards.com/sites/wpn/files/attachements/ |

PLF1092

# COMMON QUESTIONS

Find answers to your questions about the WPN.

## Have a Question?

Contact Us (/en/contact-us)

### How do I sign up for FNM? (/en/resources/common-questions/all/4286)

### What do "Tournament" and "Casual" mean? (/en/resources/common-questions/all/6651)

SEE ALL (/EN/RESOURCES/COMMON-QUESTIONS/ALL)

Select your language: English

PLF1094

Games   Books   Community   Events   Help    Search    GO

Events

**About Us**
- About Wizards
- Jobs
- Contact Us
- Press
- Awards
- Corporate Giving
- Submission Guidelines
**New to the Game?**
**Inside Wizards**
**Find a Store**
**Help**
**Sitemap**
**Terms of Use**
**Privacy Statement**

# Why New Tournament Organizers Should Get Help From a DCI Certified Judge

**If you are thinking running tournaments in your store DCI Certified Judges are tested and knowledgeable persons** who are often willing to assist in their free time or if offered simple incentive to give up playing or spending time with their family on the weekend.



**It's unlikely you have much experience with tournaments**, their operation, DCI software (which once you understand makes running tournaments much easier), policy, or maybe even game rules. The basics of tournaments can be picked up very fast with the help and mentorship by a DCI Certified Judge. Perhaps even in a single evening of running a tournament together (depending on how busy you are running the store too). For a single evening a judge may help you just to see more and better tournaments in the area, or since he's not playing that evening may wish for some portion of what prize he may have won as a player (usually equivalent to 2nd place), or if you want to retain his services for the future some percent of store credit or discount.

[Do I need a Certified Judge for my tournaments](#) ?

**If you haven't played in tournaments yourself you're likely concerned**, even hesitant, about running your first. How does it all work? What do you do about rules questions? Even if you have played you may still not be comfortable yet with how does the software work? And beyond this there are further benefits to getting involved with a local DCI Certified Judge.

[Tournament Handbook](#) **– basics of running a DCI tournament**

**The software for tournaments, DCI Reporter, is a Windows based operating system that with 20 minutes of hands-on experience with a knowledgeable person** will get you through a typical tournament. This software makes running and reporting events much more efficient and easy than doing so on paper, leaving you more available to run your store and help other customers. Most DCI Judges are familiar with DCI Reporter enough to operate a small event, or knows who in their area does.

[DCI's guide on how to install and use the DCI Reporter Program](#) .



**Indeed the most valuable but indirect reason to contact a DCI Certified Judge is their connection to resources and players in your area**. DCI Certified Judges are part of a community player network usually with other stores, professional organizers, and respected by the player community. A good recommendation by a DCI Certified Judge can go a long way to getting players to come to your store for events. And with a good relationship they'll be able to help you with future events or questions you may have.

**You may not need to use a DCI Certified Judge for every event, but they are a smart first-step** if you're going to start

Case 5:16-cv-01524-EJD   Document 40-7   Filed 06/14/17   Page 99 of 178

PLF1095

running tournaments or wanted to try. If you're hesitant to start, or have areas of concern about your own experience or rules knowledge I recommend contacting one.

**How to contact a Certified Judge**

---

If you have questions, please feel free to contact your DCI representative, or try asking your questions at the Tournament Organizer Message boards.

---



About Us | Careers | Find a Store or event | Press | Customer Service

© 1995-2011 Wizards of the Coast LLC, a subsidiary of Hasbro, Inc. All Rights Reserved.
Terms of Use | Privacy Statement



PLF1095



JudgeApps    Resources    CR          Judge       R...e
Forum        Levels       IPG         News        Q&A
Judges       Documents    MTR         Blog        Judge
                                      Portal      Chats

 Search...

# Official Resources

English

# Judge Levels

The core of the Judge Program, the level system, affects every judge. It is the broad level of certification, quickly providing a baseline of information to an organizer about what a judge knows and has studied.

Each level has a set of criteria for advancement to that level and a further set of criteria for maintaining the level. Judges of every level are expected to follow the guidelines of the Magic Judge Code.

Level 1

Level 2

Level 3

## Level 1 — Regular REL In-Store Judge

A Level 1 judge has demonstrated sufficient knowledge of the Comprehensive Rules and Regular REL policies to run a small store-level event such as an FNM.

Level 1 judges are not tested on more complex sections of the rules, or on Competitive REL policies. Some Level 1 judges may be capable of floor judging a Competitive REL event unsupervised, but this is not a default expectation of the role, and those judges should be encouraged to certify for Level 2.

### Advancement Requirements

- Judge two sanctioned events in the previous six months.
- Brief interview and recommendation from a Level 2 or Level 3 judge.
- A passing score on the Level 1 exam, incorporating JAR, a subset of MTR and a subset of CR.
- Agreement to be bound by Judge Code of Conduct.

### Maintenance Requirements

- Judge a sanctioned event once every six months.
- Demonstrate maintenance of rules and policy knowledge through yearly exams. Low performers will be referred to their Regional Coordinator for followup.

### Retest Interval

- A candidate who fails the Level 1 exam can attempt recertification in **two** months.

Read the Welcome to Level 1 letter.

About us                                                     Need help with your own blog? Contact us!



PLF1097

| | | | | | | |
|---|---|---|---|---|---|---|
| | JudgeApps | Resources | CR | Judge | Rules | |
| | Forum | Levels | IPG | News | Q&A | |
| | Judges | Documents | MTR | Blog | Judge | |
| | | | | Portal | Chats |  Search... |

# Official Resources

☐                                                           English

## Judge Levels

The core of the Judge Program, the level system, affects every judge. It is the broad level of certification, quickly providing a baseline of information to an organizer about what a judge knows and has studied.

Each level has a set of criteria for advancement to that level and a further set of criteria for maintaining the level. Judges of every level are expected to follow the guidelines of the Magic Judge Code.

Level 1

Level 2

Level 3

### Level 2 — Competitive REL Judge

A Level 2 judge has been certified to run events at Competitive REL. They are responsible for PPTQs and represent the bulk of judges on the floor of a Grand Prix and other large-scale tournaments. They are expected to mentor and test Level 1 candidates. They may get the certifications to mentor and test Level 2 judges, and to team lead at day 2 of a Grand Prix.

The requirements for this level reflect the expectation of greater diplomacy and involvement for someone who will often be moving from location to location, judging for multiple Tournament Organizers and sharing their knowledge of rules and tournament practices with other judges. They may also choose to become involved in global projects as they learn more about the Judge Program.

#### Pre-test Requirements

- Judge six sanctioned events in the previous six months.
- Recommendation Review from judging together at a Competitive REL Event written by a Level 2 or Level 3 Judge in the previous 12 months. See template here.
- Enter reviews of two different judges into the Judge Center in the previous 12 months.
- An article, a conference report, or a written tournament report from an event with multiple judges in the previous 12 months.
- A score of 70% on a Level 2 Practice exam in the previous 12 months.

Any of these requirements can be suppressed for an specific Level 2 candidate by his or her Regional Coordinator under exceptional circumstances.

#### The Level 2 test will consist in:
A passing score on the Level 2 exam, incorporating IPG, MTR and CR.

Interview and recommendation from a judge certified to test Level 2s. This interview should check the candidate's:

- Diplomacy with players, judges and Tournament Organizers.
- Basic investigations understanding (help the candidate to understand when an investigation is appropriate and conducting the investigation).
- Willingness to mentor and certify other judges.
- Regional community involvement.

#### Maintenance Requirements

At the end of each natural year (excluding the year the judge certified for Level 2), the following requirements have to be fulfilled to maintain the Level 2 certification.

- Judge two Competitive REL tournaments.
- Enter one review of another judge into the Judge Center.

PLF1097

PLF1098

- Demonstrate maintenance of rules and policy knowledge through yearly exams. Low performers will be referred to their Regional Coordinator for followup.

The exact way and deadline to provide proof of those requirements to maintain will be set up by each Regional Coordinator. If a Level 2 judge fails to fulfill or submit those requirements their Regional Coordinator will provide the judge a path to solve the issue, if appropriate. If not solved properly or if, at the Regional Coordinator's discretion, the issue is too big to fix the judge will be reassigned to Level 1.

**Retest Interval**

- A candidate who fails the Level 2 exam can attempt recertification in **three** months.

**Certifications**

Certifications are a smaller-scoped opportunity for a judge to take on a new challenge that exists outside their level. They are supplemental and recognize the judge as having earned an additional capability.

For Competitive REL Judges the following certifications are available:

- Level 2 Tester
- Level 2 Team Leader

Read more about certifications on the Certifications page.
Read the Welcome to Level 2 letter.

About us                                                    Need help with your own blog? Contact us!

PLF1098



PLF1099

| | | | | |
|---|---|---|---|---|
| ☰ | JudgeApps | Resources | CR | Judge |
| | Forum | Levels | IPG | News |
| | Judges | Documents | MTR | Blog |
| | | | | Portal |

CR
IPG
MTR

Q&A
Judge
Chats



# Official Resources

English

## Judge Levels

The core of the Judge Program, the level system, affects every judge. It is the broad level of certification, quickly providing a baseline of information to an organizer about what a judge knows and has studied.

Each level has a set of criteria for advancement to that level and a further set of criteria for maintaining the level. Judges of every level are expected to follow the guidelines of the Magic Judge Code.

Level 1

Level 2

Level 3

### Level 3 — Premier Judge

Premier judges are experts in the field and the leaders of Premier Organized Play. They are the leaders on the floor of Grand Prix events, run many other Premier Events, and share their expertise and knowledge with other judges. They are involved with the global Judge Program; participating in and/or leading program projects that interest them is an expectation of the role. They mentor and test Level 1 and Level 2 candidates.

Becoming Level 3 is a demanding process that requires the candidate to demonstrate exceptional commitment, skill, knowledge, and diplomacy. It is a substantial achievement and the highest recognized level of judge.

#### Advancement Requirements

Level 3 Advancement Process as currently documented, with the following changes:

- English competency is only required to the extent necessary to lead a team at a Grand Prix and read official documentation.
- Event leadership may replace community involvement.
- Some parts of the current Level 3 Advancement Process are moved to certifications that can be done independently.
- Additional requirements around demonstrated ability in Logistics and Tournament Operations.

#### Maintenance Requirements

- Judge at least four Premier Events (RPTQ, WMCQ, Grand Prix, Pro Tour, World Magic Cup) per calendar year. Not doing so will create a flag for this level status to be reviewed.
- Significant contributions in one or more of program, tournament or community (as verified by a judge in a corresponding Advanced Role). Baseline acceptable performance in the other aspects.
- Maintenance of all characteristics of Level 3 as described in the Level 3 Advancement Process.
- Demonstration of rules and policy knowledge through incremental exams.

A judge who is unable to meet the maintenance requirements will be notified of the concerns and given 6 months to address them or step down to Level 2.

#### Advanced Roles

The Advanced Roles are additional structures for Premier Judges that represent leadership aspects of the Judge Program.

The Advanced Roles are:

- Program Coordinator
- Grand Prix Head Judge
- Regional Coordinator

Read more about these roles on the Advanced Roles page.

**Certifications**

Certifications are a smaller-scoped opportunity for a judge to take on a new challenge that exists outside their level. They are supplemental and recognize the judge as having earned an additional capability.

For Premier Judges the following certifications are available:

- Level 3 Panel Lead

Read more about certifications on the Certifications page.
Read the Welcome to Level 3 letter.

About us                Need help with your own blog? Contact us!



Games    Books    Community    Events    Help    Search    [GO]

## Events

Home > Events

# DCI Homepage

### About Us
- About Wizards
- Jobs
- Contact Us
- Press
- Awards
- Corporate Giving
- Submission Guidelines

### New to the Game?
### Inside Wizards
### Find a Store
### Help
### Sitemap
### Terms of Use
### Privacy Statement

**Planeswalker Points**
Planeswalker Points is a worldwide system that rewards you for entering the battlefield and defeating your foes! You get Planeswalker Points for every sanctioned event you join, and you get even more for each victory.

**Event Locator**
Find sanctioned events in your area.

**Personal Information Center**
Update your personal information with Wizards Organized Play and The DCI.

**Magic Rules**
The Basic Rulebook, the Comprehensive Rules and other resources are available here.

**Gatherer – Magic Card Database**
Search for the perfect addition to your deck. Browse through cards from **Magic's** entire history. See cards from the most recent sets and discover what players just like you are saying about them.

**Rules and Document Center**
This page contains the rules for playing in sanctioned **Magic** tournaments. Players are advised to review the **Magic** Tournament Rules before playing in sanctioned events. Also included are Penalty Guidelines and the Premier Event Invitation Policy.

**Tournament Organizer Information - Wizards Play Network**
Running sanctioned tournaments is a great service you can offer your players, keeping them involved in organized play at your location for a long time to come.

**Judge Certification Program**
The DCI Judge Certification Program is designed to ensure consistency in all rulings and penalties at sanctioned tournaments, and to identify and recognize experienced and knowledgeable judges.

**Rules Advisor Program**
Are you the person at your local events that is always answering **Magic** rules questions? Rules Advisors seek to be at the top of their **Magic** 'rules-game' and assist others who have questions in casual games or store events where a certified judge is unavailable.

**Tournament Appeals**
Click here for more information about how to appeal match results.

 About Us | Careers | Find a Store or event | Press | Customer Service 

© 1995-2011 Wizards of the Coast LLC, a subsidiary of Hasbro, Inc. All Rights Reserved.
Terms of Use | Privacy Statement

# DCI (Wizards of the Coast)

From Wikipedia, the free encyclopedia

The **DCI** (formerly, **Duelists' Convocation International**) is the official sanctioning body for competitive play in *Magic: The Gathering* and various other games produced by Wizards of the Coast and its subsidiaries, such as Avalon Hill. The DCI provides game rules, tournament operating procedures, and other materials to private tournament organizers and players. It also operates a judge certification program to provide consistent rules enforcement and promote fair play.



In order to play in sanctioned events, players must register for membership and receive a DCI number (PIN). The DCI maintains a global player ratings database (formerly based on a variation of the Elo rating system) and members have access to their entire tournament history online. If a member commits frequent or flagrant rules infractions, his or her membership can be suspended for variable amounts of time depending on the severity, from one month to lifetime.[1]

The DCI sanctions tournaments for a variety of games. As of 2009, the DCI has sanctioned more than two million *Magic* tournaments.[2] Unlike those of many other game producers, a significant proportion of DCI events are organized and run by independent businesspeople and hobbyists, as opposed to retailers.

## Contents

- 1 Magic: The Gathering
  - 1.1 Tournament Formats
    - 1.1.1 Constructed
    - 1.1.2 Eternal
    - 1.1.3 Limited
  - 1.2 Major tournaments
    - 1.2.1 Pro Tour
    - 1.2.2 World Championship
    - 1.2.3 Grand Prix
    - 1.2.4 Invitational
  - 1.3 Other tournaments
  - 1.4 Judge Program
  - 1.5 Ranking
- 2 Hecatomb
- 3 References
- 4 External links

# Magic: The Gathering

PLF1102

The DCI maintains rules and assigns players ratings for three basic categories in *Magic*: Constructed, Eternal, and Limited. A fourth rating category, Composite, is the average of a player's Constructed and Limited ratings. Each category supports a number of related tournament formats. A player's tournament performance in one of the categories does not affect their rating or ranking in the others, except Composite. The DCI has recently introduced a new rating category, called *Total* rating. This rating will replace most of the existing individual ratings at the beginning of 2010. Although no rating category will cease to exist, *Total* will replace the other categories for rating-based invitations and byes.[3]

Separate groups of rankings are maintained for team and multiplayer variants. Sanctioned team and multiplayer uses teams composed of two or three players. There are several team and multiplayer variants, each given its own ratings category. Rules are also provided for other multiplayer variants, but only the formats mentioned above are ranked.

# Tournament Formats

## Constructed

In *Constructed* tournaments, decks must consist of no fewer than 60 cards, and no more than four of any one card. The basic lands, however, may be used in any quantity. A banned list of specific cards is maintained for each format.

Additionally, a sideboard consisting of no more than 15 cards is permitted, from which a player may modify his or her deck during a match to better deal with their opponent's strategy. Following the first game of a best-two-of-three match (third game for best-three-of-five match), each player is permitted to change the configuration of cards between his or her deck and sideboard, as long as the changed deck and sideboard are still legal. The original deck configuration is restored at the conclusion of the match. (Prior to *Dragon's Maze*'s rule, a sideboard should consist of *exactly of* 15 cards and if card replacement between deck or sideboard occurred, the number of cards replaced from Deck and from the Sideboard must be equal. This was modified to current configuration in *Magic 2014*.)

- **Modern** uses cards starting from Mirrodin and 8th Edition. All newer cards that have since been part of a regular expansion set or Core set are legal.
- **Standard** (formerly Type II) uses cards from the most recent three or four blocks. Which rotation occurred at the release first expansion of each Autumn block which two oldest block will be rotated out. As of 28 April 2017, the standard format uses expansions from *Battle for Zendikar* block, *Shadows over Innistrad* block, *Kaladesh* block, *Amonkhet* block, in addition to reprints in Welcome Deck 2016.
- **Block Constructed** permits only cards from a single "block" of sets. Most Block Constructed tournaments use the most recent block, but organizers may sanction tournaments using any block.
- **Extended** was retired as a format on 7 August 2013. It used cards from the most recent four blocks and the most recent two core sets.

New sets are released approximately every three months. A set is legal for constructed play on its official Wizards of the Coast release date.

## Eternal

*Eternal* formats follow the basic Constructed format rules for deck construction, but expands the available cards to include virtually all published *Magic* sets. The ratings are kept separate from other Constructed formats Because of the barrier to the participation of new players, the number of high-tier events (lke Grand Prixes) are fewer than constructed counterpart. In the former DCI rating/ranking system , a independent rating and rankings were used in Eternal formats, and these ratings/ranking were excluded in deciding invitations to major tournaments, like Pro Tours or World Championships.

- **Vintage** (formerly Type 1) allows every published *Magic* cards with the exception of the silver-bordered cards (e.g. cards in *Unglued* and *Unhinged*, and/or having non Standard card backs(excluding "Double Faced Cards" and "Meld Cards", which are legal for normal gameplay). All other cards are allowed except "Conspiracy" cards(a card type featured in *Conspiracy*), cards involving ante, any card that is "flipped" on the table (often called dexterity cards), and Shahrazad (http://gatherer.wizards.com/Pages/Car d/Details.aspx?multiverseid=980), which involves playing a "subgame", as the DCI considers such cards inappropriate for tournament competition. The Vintage format is the only format to have a restricted list in addition to a banned list. Each card on the restricted list is limited to one per deck. This is the only format that allows the "Power Nine".
- **Legacy** (formerly Type 1.5) uses the same cardpool as Vintage, but has no restricted list and a separate banned list.[4]

Vintage and Legacy were very closely related until September 1, 2004, when R&D decided that splitting the formats was a good idea. Certain cards formerly banned in Legacy were unbanned and the format was allowed to develop on its own. Legacy once had a reputation for being the "poor man's Vintage" but today has developed into a format very distinct from Vintage.

# Limited

*Limited* tournaments are based on a pool of cards which the player receives at the time of the event. Any number of basic lands may also be added to the deck. The decks in limited tournaments are a minimum of 40 cards; all the unused cards function as the sideboard. There is no 4-of-a-kind limit per card as there is in Constructed decks.

There are two common types of limited tournaments.

- **Sealed deck**: Players each receive six booster packs of 15 cards. For team events, the team received 12 booster packs instead.
- **Booster draft**: Players each receive three booster packs of 15 cards. After being seated around a table, each player simultaneously opens one booster pack, selects a single card, and then passes the rest to the next player over. After all players have drafted all available cards, they each open their second pack, and drafting continues. Players examine privately the cards they receive; direct communication between drafters is not allowed. A booster draft normally comprises eight players, but sometimes fewer will suffice. Once players have built their decks, they compete against the other players in the draft.

In addition, one limited format which is no longer commonly in use and has been deprecated.

- **Rochester draft**: Players each receive three booster packs of 15 cards. One player's first pack is opened, the cards are placed upon a table for all to see, and the players take turns selecting one card at a time until the pack is exhausted. The next player's pack is then opened, and drafting continues. A Rochester draft normally comprises eight players, but *team Rochester* uses two teams of three players each, who may communicate non-verbally during the draft.

# Major tournaments

PLF1105

## Pro Tour

Multiple Pro Tours are run every year around the world. A Pro Tour season begins in January (starting with the 2006 season), with an event held roughly every two months culminating at the World Championship. In the months preceding each Pro Tour, local qualifiers (PTQs) are held around the world, where invitations are earned. Players accumulate *Pro Points* by attending Pro Tour events and can receive many more by placing highly. Pro Tours are invitation-only events, and only players with either a PTQ invitation, or high number of *Pro Points* can attend.

Winning a Pro Tour is most competitive Magic players' ultimate goal. Currently, each Pro Tour carries a total purse of $250,000 [US], with the winner receiving $40,000 [US] (the exact payout varies by player's final standing). Other benefits to top finishers include invitations to future Pro Tours, with the highest-ranking players over the course of several Pro Tour events receiving additional prize money for travel and participation.

## World Championship

The most prestigious tournament (and Pro Tour) of all is the World Championship, where the best of the best play against each other until the world champion is crowned. World Championships are played over five days, and include both individual and team formats. A required invitation is obtained either by placing very highly in a (formerly National Championship), or having a high enough DCI Total ranking. Since 2012, the World Championships have been held in August, most recently (2015) in Seattle.

## Grand Prix

Grand Prix tournaments are open to everyone, both amateurs and professionals. The prize pool is not as large as for a Pro Tour and winning a Grand Prix is not as prestigious, however they still attract international competition, as Pro Points as well as cash prizes are awarded to high finishing players. Additionally, a first-place finish at a Grand Prix qualifies a player to attend a future Pro Tour. These events last two days (Saturday and Sunday); generally, but not always, small events and tournaments to award byes for the main event happen on the preceding Friday. The main event begins Saturday, with all players losing two or fewer matches progressing to compete on the second day. Sunday culminates in the top 8 players competing for successively larger amounts of cash. The Grand Prix tournaments are held around the world. Each tournament is preceded by Grand Prix Trials held in the country of the Grand Prix as well as other nearby countries, which grant the top players at the event a three-round bye.

Uniquely among major Magic events, Grand Prix tournaments allow certain players the right to skip the first one, two, or three rounds and obtain full points as though they had won those rounds. This is described as "awarded byes". A player having a high DCI rating, any level in the Pro Players Club, or a top performer in a Grand Prix Trial may be awarded a one-round, two-round, or three-round bye.

## Invitational

PLF1105

The Magic Invitational (formerly the Duelist Invitational) is a non-sanctioned tournament held for the 16 highest performers of the year. The winner of the World Championship, the Pro Tour player of the year, and several fan-voted players are among the contestants in a who's-who of professional Magic. The prize of this tournament is not money but rather the opportunity to design a new card for an upcoming expansion. When the card is printed, its artwork traditionally depicts the victor as well.

Case 5:16-cv-01924-EJD   Document 46-7   Filed 06/14/17   Page 110 of 178

The event was originally held in locations like Sydney and Cape Town. For several years the Invitational was held using Magic Online. Any player who has downloaded the Magic Online software can replay the completed matches. In 2007 the Invitational returned to being a regular face-to-face Magic tournament, before being dropped from schedule altogether in 2008.

The Magic Invitational winners to date, the cards they took part in designing, and the set they appeared in, are as follows:

| Year | Player | Card | Set |
|------|--------|------|-----|
| 1996 | Olle Råde[5] | Sylvan Safekeeper (http://gatherer.wizards.com/pages/card/Details.aspx?name=Sylvan+Safekeeper) | Judgment |
| 1997 | Darwin Kastle[5] | Avalanche Riders (http://gatherer.wizards.com/pages/card/Details.aspx?name=Avalanche+Riders) | Urza's Legacy |
| 1998 | Mike Long[5] | Rootwater Thief (http://gatherer.wizards.com/pages/card/Details.aspx?name=Rootwater+Thief) | Nemesis |
| 1999 | Chris Pikula[5] | Meddling Mage (http://gatherer.wizards.com/pages/card/Details.aspx?name=Meddling+Mage) | Planeshift |
| 2000 | Jon Finkel[5] | Shadowmage Infiltrator (http://gatherer.wizards.com/pages/card/Details.aspx?name=Shadowmage+Infiltrator) | Odyssey |
| 2001 | Kai Budde[5] | Voidmage Prodigy (http://gatherer.wizards.com/pages/card/Details.aspx?name=Voidmage+Prodigy) | Onslaught |
| 2002 | Jens Thorén[5] | Solemn Simulacrum (http://gatherer.wizards.com/pages/card/Details.aspx?name=Solemn+Simulacrum) | Mirrodin |
| 2004 | Bob Maher, Jr. | Dark Confidant (http://gatherer.wizards.com/pages/card/Details.aspx?name=Dark+Confidant) | Ravnica: City of Guilds |
| 2005 | Terry Soh | Rakdos Augermage (http://gatherer.wizards.com/pages/card/Details.aspx?name=Rakdos+Augermage) | Dissension |
| 2006 | Antoine Ruel[6] | Ranger of Eos (http://gatherer.wizards.com/pages/card/Details.aspx?name=Ranger+of+Eos) | Shards of Alara |
| 2007 | Tiago Chan | Snapcaster Mage (http://gatherer.wizards.com/pages/card/Details.aspx?name=Snapcaster+Mage) | Innistrad |

## Other tournaments

Prerelease tournaments are held in hundreds of locations around the world five to six days before each new *expansion*, or set, is available for sale in stores. The prerelease provides a casual play atmosphere and a preview of new cards and sets.

*Friday Night Magic (FNM)* and *Arena Leagues* (currently defunct) are offered in many stores and clubs, allowing players to compete for special foil DCI cards and other prizes (rarely involving a cash top prize). These tournaments are mostly for amateurs and first-time players seeking a start in professional play.

Many other stores, school clubs, and community groups hold DCI-sanctioned events on a regular basis. Events are also held at almost all gaming conventions, such as Origins and Gen Con. In addition, some companies hold tournament series for Magic: The Gathering at locations across the US outside of DCI regulation.

## Judge Program

The DCI is also the home of the Judge Program. DCI Judges have to develop certain abilities and get some amount of experience before being chosen to perform tasks as judge testing and head-judging professional events. To have a measure of capability of the judges the DCI introduced judge levels. Previously, there were five levels, but in 2016, the program was redefined to have only three levels.[7]

The entire program consists of more than 6,000 active judges worldwide.

- Level 1 – Regular REL In-Store Judge. These judges have been trained and certified in Regular REL rules and procedures. They are the ones taking care of the most of the Magic tournaments happening in the world, educating new players on rules and positive behaviors before they go to bigger events.
- Level 2 – Competitive REL Judge. These judges have been trained and certified in Competitive REL rules and procedures. They are primarily responsible for premier play in stores, notably the PPTQ circuit. They perform on the floor of Grand Prix and other large events.
- Level 3 – Premier Judge. These judges have demonstrated the ability to lead at a Premier Event. They have expert rules knowledge and logistical skills. A judge at this level is also expected to be involved with the Judge Program beyond their local stores/region.

There are also several associated statuses, which are not actual judge levels.

- Emeritus Judges who are those considered to have improved the program through their determined effort over a long time. Currently there are just five Emeritus Judges.
- Regional Coordinator - Regional Coordinators lead the region they are responsible for. They coordinate judges, help with staffing events and serve as a bridge between judges, organizers, and players. They are usually the first point of contact for any judge related matter.
- Grand Prix Head Judge - These are the judges Tournament Organizers will use as Head Judges and Support Judges at Grand Prix. They are tournament logistics experts and are comfortable with large-scale event leadership.
- Program Coordinator - These judges oversee the running of the Judge Program and act as the primary interface with Wizards in developing new initiatives. They set the strategic direction for the Judge Program and work with leaders of projects to ensure that strategy gets implemented.

There are also additional certifications in the works that have not yet had their prerequisites established. They are Level 2 Tester, Basic Team Leading, and Level 3 Panel Lead.

## Ranking

Until September 2011 the DCI maintained a ranking based on the Elo rating system.[8] Players were awarded invitations to Pro Tours and National Championships and byes for Grand Prix tournaments based on their rating.[9] In September 2011 Wizards of the Coast announced that they would introduce a new rating system

with the changes going into effect immediately. Elo-based ratings will continue to be maintained, but have no significance any more. The new rating system awards Planeswalker Points for every sanctioned Magic tournament a player participates in, according to the following formula:[10]

Planeswalker Points = (PP + MP) * EM

Participation points (PP) have a value of 1 to 9 increasing with the size of a tournament. Match points (MP) are equal to the regular match points a player earns in the tournament. The event multiplier (EM) is a value of 1 to 12 with the value increasing with the prominence of the event; p.e. 12 for Pro Tours. Planeswalker Points are generally awarded for each tournament a player participates in, but depending on the type of tournament the points for a tournament may or may not be included in any of four (now three) ranking categories:[10]

- **Competitive** consists of all points a player has been awarded in tournament other than Pro Tour, World Magic Cup, World Championships and Casual Non-Rated tournaments. Prior to August 2014, it was further divided into two sub-category, "Seasonal" and "Yearly". "Seasonal" points resets after a specific period of three to four months (a season), used to determine the number of Byes for Grand Prix in the current and subsequent season. "Yearly", which resets in yearly basis, used as one of the prerequisites of subsequent World Magic Cup Qualifiers. The "Seasonal" point was retired in August, 2014 and the Competitive point will be counted on yearly basis only.
- **Professional** consists of all points a player has been awarded at Pro Tours and Grand Prix tournaments. Professional points are reset once a year and used to determine invitations to the World Championship and the person leading their respective National Team, as well as level in Pro Players Club.
- **Lifetime** consists of all points a player has ever been awarded, regardless of the tournament types. Based on these points a Planeswalker Level is determined which comes with a title attached, to serve primarily in a prestigious manner. Lifetime rankings are never reset and showcase a general level of accomplishment of a player.
- **FNM** consists of all points a player has been awarded at FNM tournaments. These points are reset once a year. Final standings of this category are used to determine invitations to the FNM Championship. Further information about this championship is not available as of September 2011, and was subsequently retired.

# Hecatomb

Hecatomb was previously supported by the DCI over its short lifetime. In August 2006, it was announced that the game would no longer be produced by Wizards of the Coast, and the DCI has ceased to support it.

# References

1. DCI Suspended Membership List (http://www.wizards.com/default.asp?x=dci/suspended)
2. David-Marshall, Brian (25 September 2009). "Exploring Zendikar" (http://www.wizards.com/Magic/Magazine/Article.aspx?x=mtg/daily/twtw/57). Wizards of the Coast. Retrieved 2009-09-25.
3. Labaree, Scott (4 November 2008). "Ask Wizards - November 4" (http://www.wizards.com/Magic/Magazine/Article.aspx?x=mtg/daily/askwizards/1108). Retrieved 2008-12-08.
4. "Legacy Format Deck Construction" (http://www.wizards.com/Magic/Magazine/Article.aspx?x=judge/resources/sfrlegacy). The DCI. 2005-09-01. Retrieved 2011-05-30.
5. Rosewater, Mark (10 May 2004). "All-star studded" (http://www.wizards.com/Magic/Magazine/Article.aspx?x=mtgcom/feature/211). Wizards of the Coast. Retrieved 29 July 2010.
6. "Ruel Invokes Invitationalists for Victory" (http://www.wizards.com/Magic/Magazine/Events.aspx?x=mtgevent/mi06/welcome). Wizards of the Coast. 12 May 2006. Retrieved 29 July 2010.
7. "Judge Levels - Redefinition" (http://blogs.magicjudges.org/o/judge-levels-redefinition/). MagicJudges.org. 2016.

Retrieved 2016-05-31.

8. "Magic: The Gathering Tournament Rules" (http://www.wizards.com/ContentResources/Wizards/WPN/Main/Documents /Magic_The_Gathering_Tournament_Rules_PDF2.pdf) (PDF). Wizards of the Coast. July 1, 2011. Retrieved September 14, 2011.

9. "Magic: The Gathering Premier Event Invitation Policy" (http://www.wizards.com/ContentResources/Wizards/WPN/Main/Documents/Magic_The_Gathering_Premier_Event_Invitation_Policy_PDF1.pdf) (PDF). Wizards of the Coast. May 9, 2011. Retrieved September 14, 2011.

10. "Planeswalker Points" (http://www.wizards.com/Magic/PlaneswalkerPoints/Information). Wizards of the Coast. 2011. Retrieved September 14, 2011.

# External links

- Official website (http://www.thedci.com/)

Retrieved from "https://en.wikipedia.org/w/index.php?title=DCI_(Wizards_of_the_Coast)&oldid=781824962"

Categories: Magic: The Gathering

---

- This page was last edited on 23 May 2017, at 12:51.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

PLF1109

# Judge Uniform Policy

To help maintain the professionalism and look of Magic events, all judging staff members have a distinctive uniform they wear while judging. This will vary depending on the competitiveness of the event or the role of the person - for example, at a Pre-release your Tournament Organizer (or Head Judge) may allow you to wear a branded Staff T-Shirt and your comfortable jeans, whereas the Pro Tour requires full dress uniform.

There are currently four official Judge Shirts;

**The Black and White Polo**
While this shirt is being phased out, it is still acceptable attire for local events.

**The Black DCI Shirt**
This is the current standard for uniform. If you own a name tag, this is to be worn with the shirt, either above the pocket or directly below the DCI logo. The DCI logo is being replaced with sewn patches with the Magic Judge logo whenever possible.

**The Burgundy Magic Judge Shirt**
This shirt is reserved for the Head Judge of Grand Prix and Pro Tour events. (Note: The Black and Red striped shirt has been retired and is no longer officially worn)

**The Blue Magic Judge Shirt**
This shirt is reserved for Regional Coordinators to wear when they are performing Regional Coordinator role that does not include floor judging. This can be at Grand Prix if assigned this or at Judge Conferences. If representing the Judge Program to non-judges (players, retailers, organizers, distributors, etc...) it is preferred the Black is used."

Here are some things to keep in mind:

- At some high profile events, the shirt is typically not the only part of the uniform. Judges will also wear black pants, belt and black shoes, and must keep their shirt tucked in. Using this uniform locally improves your appearance, but the exact judge attire is the Tournament Organizer's decision.
- At local events, it is usually not necessary to wear an official shirt. However, it can add to the professionalism of the event – and even if uniform standards aren't quite as stringent, always remember how you look is a reflection of yourself, your Tournament Organizer and the DCI.
- Never wear your uniform while playing, trading, or engaging in any activity that may suggest bias toward one player over another. This doesn't mean you can't talk to your friends, but when you're acting as a Judge, be professional and impartial
- If you are not the Head Judge of an event, check with the Tournament Organizer and/or Head Judge to see what attire is appropriate.
- Do not wear your judge shirt except when judging a DCI event. Do not represent Wizards at another company's events (common respect) and similar is expected at WotC events
- Only on-duty judging staff members are to wear official Judge shirts - this is work uniform, not something to wear out to dinner.
- The shirts are only for certified judges. An uncertified judge may make use of a shirt for an event for sake of a consistent image, but that shirt must be returned at the end of the event.
- Beyond the dress code, Judges are to present neatly - press your shirt, brush your hair and put in your low-key facial piercings. And don't forget the most important piece of Judge Uniform - your

smile!

---

© 1995-2016 Wizards of the Coast LLC, a subsidiary of Hasbro, Inc. All Rights Reserved.

Terms of Use | Privacy Statement | Code of Conduct




PLF1112



ARTICLES HOME

# TEAM LEADING

Posted in **ARTICLES HOME** on January 13, 2010

 By Wizards of the Coast
Archive

 SHARE ARTICLE ▼

---

### *What is team leading?*

At large events with many players and many judges, a team structure is often used to split up the judge staff into small task forces, referred to as teams. This allows the Head Judge to divide the tasks between those groups in such a way that every group is responsible for one aspect of the tournament. The most common way of dividing the staff into teams is the following:

- One or two teams responsible for deck checks and counting deck lists; these are the Deck Checks teams

- A team responsible for posting pairings and standings, as well as distributing result slips; this is the Paper team

- A team to handle other things in the tournament, such as end-of-round procedure, preparing the draft setup, setting up table numbers, etc. If a task involves moving things around, the Logistics team is likely nearby!

Some events have other, specialized teams, which can be created by the Head Judge to match the specific needs of the event and the staff. One example is a Feature Match team.

Teams typically consist of three to six judges, although this is just a guideline. One of the team members functions as the team's leader; this is normally an experienced judge. The team leader is responsible for that team throughout the event. This includes coordinating the tasks, but it is really much broader than that, as outlined below.

PLF1112



PLF1113

## The preparation

Usually, the HJ will inform the team leaders of their duties before the event. This means you should normally not be going into an event without knowing that you'll be leading a team of judges. Sometimes, if a schedule is available in advance, the team leaders will be given the names of their team members.

While the bulk of a team leader's job happens during the event, preparation is not unimportant.

If you know some of your team members, you might know what they need to work on. You can then think challenges that will help them advance. Even if you do not know in advance who will be in your team, it is a good idea to think up some interesting topics for discussion. This includes rules interactions and policy discussions, but can also be about something that is not related to judging, or perhaps not even related to *Magic* at all.

Figuring out a task schedule is the next challenge. Normally, the information that a team leader gets from the Head Judge is quite limited, since team leaders are, as experienced judges, expected to know how an event works and what should be done. Not everyone is able to auto-pilot through an event, of course, so this is where some preparation comes in. Asking yourself the following questions may help:

- What will be your team's duties? What do the other teams do? Are there any jobs that aren't assigned to a specific team?

- What materials will you need to carry out your duties and how will you get them?

- When should each task be done and how much time will it take to do it?

- How many judges will you need per task and how do you divide tasks to keep everyone occupied but not overworked?

Finally, a team leader is expected to have a team meeting at the start of the day. The contents of this meeting will depend greatly on how much detail the Head Judge puts into his or her judge briefing; It is also heavily dependent on the experience level of your judges. If you are at a Grand Prix, there will always be a few judges in your team working their first big event. Those judges will need more information about the difference between a small tournament back home and a big GP. If there are significant rules or policy changes and the Head Judge leaves it up to the team leaders to make sure everyone is up to speed about those, then that is one of your tasks as well.

PLF1113

PLF1114



- Think of ways to keep your team busy during the event. This includes thinking of topics for discussion.

- Have a basic timeline in your head. This timeline includes everything that happens in the tournament, including the responsibilities of the other teams with the focus on your own team's tasks.

- Have a rough idea of what you're going to tell your team members in the initial team meeting. Depending on who is in your team this meeting may need to be quite detailed or it might be kept rather brief. It is usually best to prepare for the first scenario, since skipping parts is easier than adding them.

**The event**

Then it's time for the actual event! If you're well prepared, this will be a breeze. Or perhaps not . . . Team leading is a high pressure job that will require focus and commitment throughout a very long day. And sometimes, even the following day.

Your day usually starts after the general judge briefing. Your first task is to assemble your team and to run the team meeting. Remember that not everyone is equally experienced and, depending on the event and the location, not everyone may share the same native language. Be to the point in your briefing, and try to keep things interactive. Involving the team members in the meeting is a good way to do some team building. This is also why most team meetings start off with a short introduction of everyone involved.



PLF1114



PLF1115

understands what he or she should do (and how to do it!) and your role as supervisor will be a lot easier. Do not fall for the trap of doing things yourself. Trust your judges and provide help if they need it, but do not get caught up with doing all the work yourself. Doing everything yourself will make you lose track of the big picture, and that will make your team seem like a Mindless Automaton. Additionally, your team members will feel bad because you seem to think that they cannot be trusted with their job. Give them a chance to shine!

An important task of a team leader is to take care of his or her judges during the event. This means making sure that everyone is having a good time, but also that everyone is healthy and fed. Staying hydrated is extremely important during long and exhausting events, and as team leader you should keep an eye out for your judges. Also, every judge should get a proper lunch break. Coordinate these breaks with the other team leaders, so that floor coverage is not suffering too much due to the absence of judges who are on a break.

Beside the relatively long lunch break, advise and allow your team members to take short breaks throughout the day. Especially during the later rounds, this is important because it is hard to stay focused all day long. Remind your judges that you prefer them sharp and alert thanks to a few short breaks over having them on the floor the entire day but unfocused before the event is halfway.

As mentioned in the section concerning preparation, keeping your judges occupied with interesting discussions is an important aspect of team leading. Judges travel from afar to work at large events and it is important that they take something home to share with their local community. Sharing knowledge and experience, and providing feedback and training, form the very foundation of the judge program. Large events give excellent opportunities to spread this knowledge and experience to different areas around the world. By providing interesting discussion topics, you're encouraging this.

Team meetings are a great time to start and wrap up these discussions. They are also important to keep the spirits up. Your team will need motivation during the later rounds; having team meetings where you inspire your judges to stay sharp will help you achieve this. You don't need to have one every round and you don't need to formally sit down somewhere if you can also just gather around for a quick chat at the end of the round. As long as you have people talking to each other and doing their jobs, things are running smooth. If not, a more formal meeting may be needed.

This brings us to the final point: team building. A good team leader makes his judges feel connected as a team. At the end of the day, every judge in the team should know

PLF1115

PLF1116



you will see that a lot of the interaction between two judges individually is out of your hands. That said, you can (and should!) do your best to create a positive group feeling that will encourage these interactions.

## The aftermath

While the event might be done for the day, your job as team leader is not done yet!

First of all, you need to run a short team debriefing to wrap things up. Announce to your team members what went good and what could have gone better. If you're happy with the team's performance, be sure to get that message passed along in a clear way. In any case, thank all your team members for their efforts and remind them to think about reviews.

Yes, reviews. As team leader, you should try to do more reviews than usual. You may not be able to give everyone a full review, but talking to all your judges at some point to give them some feedback is definitely something you should do. As said before, the process of training and feedback forms the foundation of the judge program, so this is important.

### *What makes a good team leader?*

Of course the first thing that a team leader has to strive for is getting the job done. If you're new to team leading, this will absorb most of your time and focus. As you gain experience as a team leader, however, you'll be able to do a lot more for your team.

## Main focus

PLF1116



PLF1117



First of all the team leader, much like a true Field Marshal , needs to make sure that everybody in the team knows what they're doing. Explaining all the tasks that lie ahead is usually the first thing that helps you steer your team into the right direction. Normally, the head judge will give you some more specific instructions if there's something that needs your attention. (An excellent team leader will already have covered those issues before the head judge even brings them up.)

An experienced team leader will be able to auto-pilot the tasks that his or her team needs to tackle. Therefore he or she will have more time to focus on coordination, team building, and mentoring.

## Coordination

There are quite a few things that need to be coordinated when you're a team leader. As said the main focus is on coordinating the tasks within your team, but there are also things that need to be coordinated between different teams.

For starters there are the lunch breaks (and possibly dinner breaks). The best time to coordinate lunch breaks is during one of the first team leader meetings. The earlier these breaks are set, the better. The head judge will not always organize a team leader briefing immediately after the tournament starts, and does not necessarily need to be involved in coming up with the break schedule, so show some initiative in getting this fixed!

Another issue is floor coverage. As a team leader, try to make sure that players are being helped swiftly. Coordinating floor coverage with other teams is important; one

PLF1117



Some tasks will require a combined effort from multiple teams: setting up the area to draft at the Pro Tour or Nationals is one example. Successful completion of this genre of tasks requires coordination between teams. The best way to organize this is obviously through the different team leaders, where, generally, the Logistics team leader will take point.

Finally, there will always be things that come up unexpectedly. To be able to handle these challenges, it is important that you're visibly available. Availability ensures that your team members and other team leaders will be able to easily contact you for anything they might want to ask you. You should also appoint someone to be your replacement when you're not available, because eventually even you will need to take a break as well. Be sure that your team and the other team leaders know who this is!

**Team building**



One the most important goals for a team leader, next to getting the job done and keeping up communication between the teams, is to make your team actually feel and act like a team, not just a bunch of individuals. Team Spirit!

One commonly used team building activity is giving the team an assignment unrelated to the event that causes discussion within the team. Some examples are:

- If you were booking the locations for the next Pro Tour season, which locations would you book? (1 North American, 1 European, 1 Asian and 1 Exotic location.)



PLF1119

- If you would be head of R&D for the next Magic expansion, which new mechanic would you come up with?

Another instrument you could use is making pairs within your team, where each judge is assigned a "buddy." Using this system will make the judges paired up get to know each other much better, but it doesn't necessarily make the whole team come closer together. This will only happen if you steer it that way.

Games are another great tool. Judges are usually Magic players too, and Magic players are typically quite competitive. Having a team game going on in a tournament can be a tremendous help to build your team. Be aware however that you don't shift the focus away from the tournament towards the game too much; we don't want judges to be preoccupied with the game instead of working the event!

## Mentorship

The last step in becoming a good team leader is mentorship. Being a mentor for your team ensures that all of the team members will have gained some experience from the event that they can apply in their local community.

One well-known tool is shadowing. The buddy system is a great way of ensuring people are shadowing each other, but even without it, shadowing rulings is a great way to be able to provide feedback after the event.

The discussions that you've fired off during your team meetings are another way to provide mentoring to your team. Sometimes this will be a discussion of an interesting situation that happened at the event. Other times, you'll have thought of an interesting policy topic and given your team some food for thought that way. Be sure to have these discussions and to steer the team in those discussions. Let your judges do most of the talking, but be prepared to give your own opinion (and preferably also the by-the-book solution, if it exists).

Mentoring can also come from sharing stories from personal experiences. If you've had a particularly interesting situation at a previous event, you can share that story with your team; there doesn't always need to be a full-scale discussion if you can bring your point across in a story. That said, be open for questions afterwards!

There are many more techniques, most of which are useful in some scenarios and less so in others. To give an example: if you're working with a L2 who's thinking about going for L3, try to keep him or her close by, ask for his or her input when you have the time, and most importantly, explain your decisions: why are you doing something

PLF1119



the event and what to look out for at any given time. Walking this judge through the event step by step by giving guidance and tips will be a tremendous help for him or her. Basically, it is important to adapt your mentoring technique to the needs of the one receiving it.

### Wrapping up

Team leading is always a challenge, no matter how experienced you are at it. At the same time, it can be one of the most rewarding jobs at an event. We hope this article has provided you with some tips and tricks for the next time you're going to be leading a team of judges at a large event!

Richard Drijvers and Jurgen Baert

---

Posted in **ARTICLES HOME** on January 13, 2010

 SHARE ARTICLE  ▼

---

# FEATURED ARTICLE

**BLOG**

APRIL 25, 2017
**Magic Online Announcements April 25, 2017**
*Nicholas Wolfram*



APRIL 20, 2017
### Magic Online Bug Blog April 20, 2017
*Wizards of the Coast*

## WHERE TO PLAY AND BUY



Find a location to buy or play
Magic: The Gathering near you.

**Enter your city or postal code**

## FIND NOW !

Select your language:

English

WIZARDS BRAND FAMILY

## MAGIC | D&D | WPN | DUEL MASTERS | AVALON HILL

Terms of Use | Code of Conduct | Privacy Policy | Customer Service | Cookies







© 1995-2017 Wizards of the Coast LLC, a subsidiary of Hasbro, Inc. All Rights Reserved.

PLF1122

| Games | Books | Community | Events | Help | Search | GO |

## Events

# Prize Support Kits

---

**Two ways to support your Magic: The Gathering Tournaments!**

This program is US only, for Europe visit the [European Gateway Page](#).

---

**About Us**
- About Wizards
- Jobs
- Contact Us
- Press
- Awards
- Corporate Giving
- Submission Guidelines

**New to the Game?**

**Inside Wizards**

**Find a Store**

**Help**

**Sitemap**

**Terms of Use**

**Privacy Statement**

**Haven't sanctioned an event with the DCI yet?**

The DCI® has two new items to support in-store game play of Magic: The Gathering® Introduction to the DCI® Kit and the Tournament Support Kit.

The Introduction to the DCI Kit is intended for those stores not currently running DCI-sanctioned Magic™ tournaments, but are ready to start! This kit is available to any core store through your Wizards Representative, or your preferred authorized Wizards distributor.

**This kit contains what you need to run your first league or tournament in your store:**

- **Sixteen exclusive premium Magic: The Gathering cards.** These cards are huge incentives for your customers to play in your store.

- **Suggestions for leagues and tournaments in your store.** Customers that play more, buy more. The information in the kit is a small part of the support the DCI can provide to help you run fun, successful leagues or tournaments.

- **A poster with art from the current Magic Core Set (9th Edition).** Another reminder to your customers about the cool art in the Core Set, and the day and time you run leagues or tournaments.

- **An informational brochure on other tournament support opportunities.** Details about Friday Night Magic™ and Magic Release Tournaments -- two of the opportunities the DCI provides to successful tournament organizers to drive current and new customers to their stores.

---

**Already Running DCI Sanctioned Events?**

---

For those who already run DCI-sanctioned tournaments, we offer the Magic: The Gathering Tournament Support Kit.

**It contains:**

- **Two packs containing 16 exclusive premium cards** – more of the cards your customers want to win!

- **One poster featuring Magic: The Gathering art from the current expansion** – a reminder of where your customers can buy the latest Magic expansion.

- **An informational brochure on other tournament support opportunities** – Just a reminder that if you're not already running Friday Night Magic or Magic Release events, you're missing out on great opportunities to increase tournament attendance and sales.

PLF1122

- **An information sheet with descriptions of the different DCI-sanctioned tournament formats.** (There's more to sanctioned play than Standard!) For those looking for tournament formats to offer their customers, this sheet is the place to start.

The Tournament Support Kit is available only to those stores currently running DCI-sanctioned Magic tournaments. – Your Wizards representative or preferred Wizards distributor will have more details.

If you have any questions about the Introduction or Tournament Support kit please feel free to contact your Wizards of the Coast Direct Sales Representative (800) 564-1636, or your <u>preferred Wizards distributor.</u>

 [About Us](#) | [Careers](#) | [Find a Store or event](#) | [Press](#) | [Customer Service](#) 

© 1995-2011 Wizards of the Coast LLC, a subsidary of Hasbro, Inc. All Rights Reserved.
<u>Terms of Use</u> | <u>Privacy Statement</u>

PLF1123

PLF1124

# *Magic: the Gathering*



## *Release Tournament Handbook*

By Falko Goerres

Welcome to the DCI's guide on how to run your first tournament! This guide will provide you with all necessary knowledge to make your *Tenth* Edition™ Game Day a success – for you **and** for your players. It covers not only how to run the tournament itself, but also how to prepare for it and what to do afterwards.

**Players who compete in DCI™-sanctioned tournaments spend 43% more on Magic™ cards than non-tournament players.**
**—Wizards' November 2006 Magic Advisory Panel**

We have divided this document into sections that represent things you need to know at certain times. The table of contents has a summary of the information and a suggestion when to read it... Take the time to do a test run with the DCI Reporter Software or some paper score sheets (if you don't have a computer in the store) to familiarize yourself with how they work. If you have any questions about the software, score sheets, or certain tournament mechanics feel free to ask at the Wizards.Com Message Boards (http://boards1.wizards.com/forumdisplay.php?f=656).
If you aren't able to get your question answered ay the DCI message boards please feel free to send us an email to: bz@wizards.com

# Table of Contents

**Preparations Timeline** ................................................................ **3**
A bulleted summation of what to do before, during, and after the event
presented in a timeline.

**Before the tournament** ............................................................ **6**
Recommendations on how to prepare to run the event including product
preparation, judges, and software. We recommend you read this section now.

**During the Tournament** .......................................................... **10**
A step-by-step of a typical tournament day. We recommend you read this
section at least three days prior your event.

**After the tournament** ............................................................ **17**
With the event finished, what's left to do? How do you capitalize on its
success? How do you get more events like this? Read this section during slow
points of the event before the final rounds.

### All Apendixes are located in the seperate tech manual

**Appendix (A) – Installing DCI Reporter** ................................. **3**
Step-by-step guide to installing the software included in this kit.
Recommended that you install the software two weeks before your event.

**Appendix (B) – Working with DCI Reporter** ........................... **8**
DCI Reporter is a software application that simplifies running and reporting
tournaments greatly. A step-by-step with screen shots to help. We recommend
trying the software after installing it.

**Appendix (C) –Working with scoresheets** ............................. **16**
How to run a tournament without DCI Reporter. Read this section a week prior
the event if you are not using DCI Reporter.

**Appendix (D) –Tournaments in a Nutshell** .......................... **19**
A single page printout for players to read before they play in your tournament.

# Preparations Timeline

## When you receive the Marketing Kit

- Place the *Tenth Edition*™ promotional poster and the *Tenth Edition* cardboard Standee up in your store where they are clearly visible to customers.
- Start advertising the tournament face-to-face with customers.

## Three weeks prior to the tournament

- Start looking for a Judge/Rules Advisor to help with the tournament.
- Make sure you have ordered enough *Tenth Edition* product to run your tournament.

## Two weeks prior to the tournament

- Install the DCI Reporter tournament software on your computer and read the Reporter section of the Release Tournament Handbook.
- Try running a "fake" tournament with the software. Ask any questions you may have at the DCI Reporter Message Boards.
- Start reading through the DCI Universal Tournament Rules, and Magic: the Gathering Floor Rules documents.  Ask any questions you may have at the Tournament Organizer Message boards.
- Make sure to have enough tables, chairs, etc. for the tournament.

## One week prior to the tournament

- Make sure you have enough dedicated play-space for the tournament.
- Make sure you have the necessary tournament materials
- Make sure you have your tournament's sanctioning number.

## Morning of/night before the tournament

- Set up the play area.
- Make sure your computer is operating normally.
- Set up a place for players to register for the tournament.

PLF1127

**One hour prior the tournament**

- Begin player registration.
- Make players aware of the Appendix (D) handout (print this out and put it where players can read it).

**Half-hour prior the tournament**

- Have the judge prepare the product for the players and an area to get basic lands.
- Announce that registration is ending in a half-hour.

**Event start time**

- Make a last call for late registrants.
- Print alphabetical seating of players to ensure everyone is registered.
- Assist the judge in handing out the product.
- Have the judge make his opening announcements
- Announce the beginning of deck construction.
- Warn the players when they have 5 minutes remaining.
- (*Note*: the Tournament Organizer and Judge may be the same person)

**Round 1**

- Thank everyone for coming to your event.
- Print pairing for round 1 and post them.
- Give players a few minutes (3-5) to find their seat depending on the size of your event. Direct "aimless-looking" players to the pairing list or their seats.
- Tell your players to begin playing and that the round will end in 50 minutes.
- When time is called announce the End of Round instructions detailed in section 6 of Running your event with DCI Reporter.

**Round 2+**

- Repeat all but bullet point #1 of Round 1, printing pairings for current round.
- Relax – you have accomplished 80% of the work.

PLF1127

**Last swiss round**

- Repeat all but bullet point #1 of Round 1, printing pairings for the current round.
- Once all matches are reported, perform the cut to the final "playoff rounds".
- Award the first wave of prizes.

**Playoff rounds**

- Pairing for these do not need to be posted, but can be announced.

**After the event**

- After the finals are finished congratulate the winner.
- Hand out the remaining prizes.
- Gather feedback from players.
- Thank your judge.

**Within three days after the event (But preferably the night of)**

- Report your event.

PLF1129

# Before the tournament

To make the *Tenth Edition* Game Day a success, please take some time to prepare for it in advance.  What you will have to do during the weeks prior to the tournament to assure that you have a good attendance and well run tournament is spelled out in the following sections.

## Advertisement

Some time before the tournament, you will get a *Tenth Edition* Game Day Poster and a cardboard standee to help you make customers aware of the *Tenth Edition* Game Day. Display those openly, to maximize player attendance. If customers are able to see the Standee it is more likely to generate questions about the tournament than if it is placed in a location that isn't clearly visible to people entering your store so please try to place the standee accordingly.

Also, talk to your regular Magic customers and make them aware of the *Tenth Edition* tournament. Invite them to play in a friendly and casual atmosphere, and suggest that they invite their friends to come along as well.

Make sure that occasional customers also get a chance to know about your upcoming *Magic: the Gathering Tenth Edition* Game Day.

## Know your responsibilities

To ensure that all DCI-sanctioned tournaments are run according to the DCI's high standards we've made available multiple documents online that address various tournament mechanics, the responsibilities of players, judges, and tournament organizers. The most important of your responsibilities as a tournament organizer are addressed in this guide, but still, it might be a good idea to read through those documents to familiarize yourself with our tournament rules and procedures. . If you choose to act as the judge for your *Tenth Edition* Game Day tournament yourself (remember that the Organizer and Judge can be the same person), you should check up on these documents to ensure that you know how tournament mechanics like shuffling or how intentional draws are properly handled. Also, please pay special

PLF1129

PLF1130

attention to Universal Tournament Rules document because it addresses what we do, and do not, allow what at sanctioned tournaments. (Insufficient Randomization, Adding Extra Cards, Drawing Extra Cards, etc).

You can find the mentioned documents in the DCI Document Center, located at http://www.wizards.com/default.asp?x=dci/doccenter/home.


## Product

To run the *Tenth* Edition Release Tournament, you will need to have the necessary amount of Tenth Edition product ready and available at your store for the Game Day. Each player who enters the tournament gets five booster packs of *Tenth Edition* to build a deck with. You will need booster packs for prize support as well; usually an additional one booster pack per player, distributed according to finishing order (more details about this are available in the "Awarding Prizes" section). Please estimate how many boosters you will need and order them well in advance.

Of course you are entitled to charge the players an entry fee at your discretion to make up for the costs associated with running your tournament. Usually, entry fees for Release tournaments range from $20-$25 per person, but vary from location to location.

## Space

Please make sure that you have enough room for the players to play in (i.e. enough chairs, tables, etc…). Ideally, your play area should be well-lit and possibly even air-conditioned. You should either use tablecloths or tables with a smooth surface so that the playing cards will not become scratched during game play. It's good to have at least one big garbage can or bag because there will be lots of opened booster wrappers and other trash. To have the play area clearly arranged, table numbers are great – just take a marker and some medium sized note cards to assign each table a number. That way, when you make pairings for the tournament, everyone will know where to play and find their opponent faster. If you want to pamper your players, try

PLF1130

having some beverages onsite to sell them – a small selection of bottled water and sodas works wonders to keep the players happy during a long tournament day.

Also, it is important to have restrooms accessible for the players. Keep in mind that they will be at your store for several hours. If you do not have restrooms in your location, make sure that players can use facilities nearby, for example in neighbouring stores.

You should start planning any possible changes that may need to be made to your store's layout the day before the tournament to assure that you have enough room to seat all your players. Remember that planning all of this ahead of time will help the day of the tournament go as smoothly as possible.

## Necessary tournament materials

To be prepared for your tournament, please try having the following items at hand: scissors, tape, garbage bags, pens, a copy of the relevant tournament rules (Magic: the Gathering Floor Rules, the DCI's Universal Tournament Rules, Penalty Guidelines, Game Rules), and a stopwatch or clock to keep track of your round time limits.

## Judges / Rules Advisors

Every tournament sanctioned by the DCI has to have a person acting as judge for that tournament. The judge for a tournament is someone who knows the game's rules and the tournament procedures well enough to answer questions that may arise during game play. Certified Judges help ensure that the tournament is run fairly, smoothly, and according to the DCI's sanctioned tournament rules.

The DCI has established two programs to identify and train people who are interested in the game's rules and in judging tournaments: the Judge Certification Program (which focuses on both game rules and tournament procedures) and the Rules Advisor Program (which focuses solely on game rules). However, the person acting as judge for your tournament does not have to be a certified one, or a Rules Advisor. You can use anyone with enough rules knowledge – you can even fill that

PLF1132

role yourself, if you feel you know the Magic rules well enough and have the time during the day to attend to the players' needs and questions. Just keep in mind that the person who is acting as judge for the tournament is not allowed to participate as a player in that same tournament.

You can locate and contact judges and Rules Advisors online, using the Judge Center (http://judge.wizards.com). Log in there using your DCI number and your personal password and click on "Search" in the "People" section. On the bottom of that page, you can set the filters to display only judges and Rules Advisors from your geographical region. If you click on any of the displayed persons, you'll find some personal information about them, as well as a contact form. You will need a DCI Number and Password to access the Judge Center, so if you need or have forgotten either of those you can get assistance at you can get assistance at https://webapp.wizards.com/login.aspx?target=personal.

When you have found someone who is willing to help you with the *Tenth Edition* Game Day, you should consider negotiating a small compensation with him or her. Usually, judges and Rules Advisors are happy to work for product or store credit, but it is up to you to find a reasonable solution.

## Installing DCI Reporter (Electronic Tournament Software)

The DCI provides Tournament Organizers with special software with which they can use to manage their tournaments easily and efficiently. Although you do not have to use this program, it is much easier to run tournaments with it than manually, and is also the preferred method for running and reporting tournament to the DCI.

How to install the DCI Reporter software on your computer is covered in Appendix (A) of the Tech Manual document.

## Preparing score sheets (If you are not using DCI Reporter)

If you do not have access to a computer in your store at the time the *Tenth Edition* Game Day is run, or if your computer does not have Windows XP installed, you will need to use score sheets to pair your tournament players according to DCI sanctioning guidelines.

9

How to prepare the score sheets, how to use them, and how to manually pair players according to the DCI Guidelines is be covered in Appendix (C) of the Tech Manual.

## Let the players have fun!

This should be your primary goal for your *Tenth Edition* Game Day. Players who enjoy themselves in your tournament are more likely to return to your store as either a regular customer or as a participant in your future tournaments. Having the *Tenth Edition* Game Day tournament run fairly, professionally, and according to the DCI's tournament rules will help assure that your players to have a fun time at the tournament. Planning ahead is an important aspect of a well-run tournament because it reduces the time the players have to wait during the tournament while you are resolving issues you did not think of earlier.

## Ask!

If you have any questions about the sections you just read please feel free to ask then at the DCI's Tournament Organizer Message Boards.

(http://boards1.wizards.com/forumdisplay.php?f=656).

If you aren't able to get your question answered ay the DCI message boards please feel free to send us an email to: bz@wizards.com

PLF1134

# During the Tournament

## Early preparations

At least an hour and a half before the tournament is scheduled to begin set up the play area so that you're prepared for any players who decide to show up early, and encourage the early arrivals to check out your store, and to play, trade, or idle in the tournament play area. The person who will act as judge for the tournament (If other than the Tournament Organizer) should show up reasonably early to get themselves familiar with the facilities and have time to make suggestions about the play area layout. Also, have your computer (if you use one) or a desk with your score sheets set up nearby.

## Player Registration

As soon as the players arrive, register them for the event. You will need each player's name and DCI number for that. If a player does not have a DCI number yet, help him to fill out one of the registration forms included in your *Tenth Edition* Game Day kit. Keep the top part of that form with you (the personal information section), and give the bottom part to the player. Tell then to keep track of their card and number because they'll need them to register for future sanctioned tournaments.

Please pay attention to the DCI membership form's flipside because it contains instructions on how to handle underage players.

**Also, when you register the players, collect their entry fee and give them their special commemorative foil card at that point in time too. When giving out the commemorative foil you should remind the players that it cannot be used in their release tournament decks.**

PLF1134

PLF1135

## Opening announcements

When the advertised starting time has come (Some players inevitably will be late, so perhaps do not start exactly on time, but five or ten minutes later) and all of the tournament players are registered, gather them together in the play area for some announcements. The opening announcement should include who you are, who the judge is (if other than yourself), and a little about the day's tournament (number of rounds, prizes, etc…). Parts of those announcements can be done by the Judge if you have one present at your tournament. Keep in mind that this event is intended to be a fun and memorable day for the players, so make sure that your opening announcements meet that goal. Make the players feel welcome and comfortable.

You should brief players about any venue rules you have (i.e. your store's policy on things like swearing, eating, trading or selling of cards, etc…) as well as about the locations of the restrooms. Also, announce how many players there are, and that you are looking forward to having a great tournament day with them.

You should also announce which prizes can be won, and show those prizes to heighten the players' eagerness. Explain how you will distribute the booster prizes, and tell the players that everyone has the chance of win something, even those who don't finish well.

The Judge (if other than yourself) should explain the tournament structure: Players will receive five boosters and build a deck that contains a minimum of 40 cards (no trading what's opened between players, and that the special commemorative foil is not allowed to be used in their decks for this tournament), then play four or five rounds of Swiss, then the top 4 will players will have a playoff to determine the winner. The Judge (if other than yourself) should also clarify the round structure (50 minutes of play, best two games out of three) and what "Swiss System" means.

PLF1135

PLF1136

It is important that the players know to call a tournament official (Organizer or Judge) over whenever they encounter a problem in one of their games or feel unsure about something, whether it's connected to a certain card, tournament mechanics, or if they discovered a game play error. Also remind players of the handout "Tournament in a Nutshell" in Appendix (D) of the Tech Manual.

During the event, let the judge make announcements as necessary. Not all announcements have to be made prior to the start of the tournament (doing such may make the players feel overwhelmed). Deliver information to them in small doses – for example, they don't need to know how playoffs work until after the last Swiss round starts, and they don't need to know how the Swiss system works until after deck construction.

## Tournament Mechanics

The *Tenth* Edition Release tournament will likely be the biggest tournament of your *Tenth Edition* Game Day and it is the only one that is sanctioned by the DCI. Having tournaments sanctioned means that players can not only win prizes, but they also can earn rating points for the international ranking lists.

## Deck building

Before the first round can start, players will have to construct a deck to play with. Get everyone to sit down and distribute five booster packs to each player. The players will have 30 minutes to construct a deck that has to contain at least 40 cards, including Basic Lands (these come with your *Tenth Edition* Game Day kit) from the packs they received. They are not allowed to trade cards with other players or use any cards other than those they opened. They also can't use the commemorative premium card they got when they entered into the tournament.

Any cards they do not use for their deck become their sideboard. Players can swap cards from their sideboard with cards in their deck in between games to adjust their deck to their needs against their current opponent. For Release tournaments (and only for those), players can choose to change their deck construction in-between any game or match in the tournament. Note that you should make it clear to the players that this policy is exclusively used for Release tournaments, and that at all other

PLF1136

limited tournaments they play in will require them de-sideboard before the beginning of each match.

## Tournament and Round Structure

The Release Tournament will have four rounds of play if you have less than 32 players, and five rounds if you have more than 32 players. The time limit for each round is 50 minutes. In each of those rounds, players will face a different opponent and play a match with best-of-three games against him or her. Thus, they play until one player has won two games of Magic, or until the time runs out, whichever occurs first. Whatever the result is, players are not eliminated from the tournament, even if they lose. They can play the full four or five rounds, no matter how well, or poorly, they perform.

If at the end of a round you still have some players who haven't completed their match yet, the player whose turn it is can complete his or her turn, then players get five extra turns (meaning that one gets two and the other gets three extra turns, five in total). If the ongoing game does not finish in those five extra turns, that game ends in a draw, and the match is won by the player who has won the most games in that particular match (*note that if no one wins the current game after the end of the five additional turns that game is considered a draw when determining who has won the most games in the match). If both players are tied for the number of games won (0-0 or 1-1), the whole match is a draw.

For the first round of the tournament, pairings are made randomly. Players who win receive three match points, those who draw receive one point and the ones who lost receive zero points.

Win, lose or draw, all players proceed to the next round where winners are paired against winners, losers against losers and so on. In subsequent rounds, players face opponents with the same or almost the same score. No player is paired against the same opponent twice, except in the Top 4 playoff rounds.

PLF1138

Players can draw intentionally at any time during a match if they do not want to play their match for any reason. Such an intentional draw is recorded the same as a natural draw, and is also worth one match point.

Players can drop from the tournament whenever they want. If a player drops from the tournament they will not be included in the next rounds' pairings, however they still get prizes according to the finishing order once the tournament is completed.

After the players have completed the four or five rounds, the four players who did the best in the tournament will compete in a playoff to determine the overall winner of the tournament. The playoff rounds are also best-of-three, but have no time limit for their matches. For the semi-finals, the player in the first-ranked position from the final standings will play against the fourth-ranked player, and the second-ranked player will compete against the third-ranked player. The semi-finals'' winners will play the finals.

## Handling game play problems

Sometimes, situations may arise in which a player misplayed a card, or violated a game or tournament rule. Most of these infractions are honest mistakes, and fixing them is not too difficult. If the Tournament Organizer is acting as the Judge for the tournament they will want to make sure they are familiar with how the DCI handles certain game play infractions. A list of infractions, as well as the appropriate fixes and penalties, can be found in the DCI Penalty Guidelines. You can view, or download, the DCI penalty Guideline at the Document Center:

(http://www.wizards.com/default.asp?x=dci/doccenter/home).

Please also be aware that some players may choose to break rules intentionally. The Penalty Guidelines also deal with those kinds of problems as well. However, for a casual tournament like the *Tenth Edition* Game Day, you should not expect too many problems overall.

PLF1138

## Awarding prizes

When the tournament is over, players get their rewards. Determine the players' finishing order, by either sorting your score-sheets by the number of match points the players accumulated or by choosing <Standings> from the <View> menu of DCI Reporter. When the base tournament is over (four or five rounds of Swiss), award the first wave of prizes for all those who aren't competing in the playoff. Don't wait until the top 4 finals are over to award the first wave of prizes because some players may not want to stay at the venue and watch the playoffs.

In addition to the special commemorative Premium card the first 32 players got, prizes are distributed as follows:

- There will be booster prizes at your discretion to at least the Top 4 players.

  We suggest that players with the same number of match points should get the same number of boosters from the prize pool (as described above, 1 booster per player who entered the tournament should make a fair prize pool, augmented by boosters not needed for the Mini Masters, if any). To calculate who will get how many boosters, add all match points of the Top 4 players and everyone who has the same number of points as the Top 4 player. Then divide the total amount of boosters you have available by the total amount of match points you just calculated. That way, you will get a "Boosters per Match Point" ratio and can now calculate how many boosters each player gets by multiplying that ratio by his or her number of points.

### Example

If you have 24 players in your tournament (and thus 24 boosters for prize support) and the top players have 12, 10, 10, 9, 9, 9, and 7 points, you will want to give booster prizes not only to the top 4 players, but also to the other players who have 9 points. Add 12+10+10+9+9, to a total match point amount of 59. Distributing the number of boosters by the number of match points gives you a

PLF1140

"Boosters per Match Point" ratio of 0.4, meaning that the first-ranked player will get 5 boosters (0.4x12), players #2 and #3 each get 4 boosters (rounded), and #4 to #6 each get 3 boosters (rounded).

- Four random players who did not make it into the Top 4 get a *Tenth* Edition Life Counter. Also, if there are some boosters left after rounding up and/or down, distribute those randomly among players who didn't get anything yet.
  To randomly determine players, you can use the DCI Reporter again: Choose <Select Random Player, Team or Table> from DCI Reporter's <Perform> menu, choose "active player" and hit <Enter>. Without DCI Reporter, use any sufficiently random method, such as shuffling the scorecards and drawing lots.

When the finals are over, award the second wave of prizes.
- The first-ranked player receives a Magic backpack.
- The Top 4 players receive a Magic card box and a Tenth Edition Life Counter.

For both waves of prizes, make sure that your players feel special about winning something. Remember, you want the players to be happy, and sometimes making a bold announcement with some applause will accomplish this much better than giving them their prizes in a hurry or relatively unnoticed. You might also want to take a picture of the winner displaying his earnings for you store wall or website.

## After the tournament

### Gather Feedback

After the tournament, talk to both the judge and players.  Ask them for their opinion about how the tournament ran (i.e. was it fun, what did you like best, what you could do differently at the next tournament, etc...). Seasoned tournament players will have suggestions on how to improve your future tournaments, but also don't forget to listen to the concerns and needs of the more casual attendees too. Remember that making them happy should be one of your top priorities (of course, inside the boundaries of the DCI tournament rules and your store's abilities) in order to keep them as customers for your store and/or for future tournaments.

PLF1140

PLF1141

**Reporting results**

At the end of the day, you are required to upload the results of your Release Tournament to the DCI, so that they can be incorporated into the DCI's world ratings. If you used the DCI Reporter software to run your tournament, the upload process is fairly simple.

1)  Open DCI Reporter and the appropriate tournament

2)  Choose <DCI Electronic Reporting> from the <Perform> menu. Choose <yes> to confirm that you will not play a playoff.

3)  On the following screen, check your DCI number and the sanctioning number again, enter your coordinator password and hit <Internet Upload>. To do this, you need an open internet connection. The results are now being uploaded and a window should appear, telling you everything went fine. You will also receive an email to the address the DCI has on file, giving you information about the tournament you just uploaded.

4)  If you do not have an internet connection with the computer you managed your tournament with, you can also choose <Make File> and save the resulting file to a floppy disk, USB stick or burn it onto CD. You can later attach that file to an email, and send it to john.grant@wizards.com.

If you used score-sheets for your tournament, you have to use another way to transfer the results to the DCI. Download a file called "DCI Match Reporting Form"from the "downloads" section of your Personal Information Center, located at http://webapp.wizards.com/dcimember/. Extract the files inside and copy the information from the scorecards you used onto the reporting form, following the instructions given in the "Match_Reporting_Form_Instructions.pdf" file. Note that you have to have Adobe Reader installed to view .PDF files. This software can be downloaded for free at http://www..adobe.com.

PLF1141

Whatever method you used to report your tournament's results, you have to keep these records (either the electronic files or the score sheets) for at least a year. Please make sure that they are stored safely, so that in case of need, the results can be verified and/or corrected.

## Congratulations!

Congratulations, you have just completed your first sanctioned tournament! We hope that this was a rewarding experience and would like to invite you to sanction other tournaments in the future.

## Ask!

| |
|---|
| If you have any questions about the sections you just read please feel free to ask then at the DCI's Tournament Organizer Message Boards. (http://boards1.wizards.com/forumdisplay.php?f=656). If you aren't able to get your question answered ay the DCI message boards please feel free to send us an email to: bz@wizards.com |



# CUSTOMER SUPPORT



# Organized Play: Wizards Accounts, DCI, and Planeswalker Points Support

Answer ID 2301

| **Welcome** |
| DCI |
| Planeswalker Points |
| Account Safety |

You can click on any of the buttons to the left to get started. Then you can click any of the links for more information.

This page provides support for questions about the DCI and Planeswalker points. For further information, please check your [Wizards account](#) or the [Planeswalker Points](#) websites.

**What is the difference between my Wizards Account and my DCI number?**
Your Wizards Account provides access to Wizards of the Coast sites, your DCI number, management of your personal information, and more. Your DCI number is your personal identification number at events like Friday Night Magic and D&D Adventurers League. For Magic: The Gathering events, the DCI number is also used to track your wins on [www.PlaneswalkerPoints.com](http://www.PlaneswalkerPoints.com).

*Didn't find the answer you were looking for?* [Contact us](#) *with your questions and we can help!*

**Back to Search Results** 

---

**WIZARDS BRAND FAMILY:**

**MAGIC** | **D&D** | **WPN** | **DUEL MASTERS** | **AVALON HILL**

Terms of Use | Privacy Policy | Code of Conduct | Cookies | Customer Service                    PLF1143

PLF1144







© 1995-2017 Wizards of the Coast LLC, a subsidiary of Hasbro, Inc. All Rights Reserved.

PLF1145



**GRAND PRIX**

Grand Prix are the biggest open Magic events run around the world. These exciting three-day festivals of all that is Magic feature a two-day main event with thousands of dollars in cash prizes. Plus, you'll find artist signings and more side events than you could possibly play in your most fevered Magic-induced dreams.

**›  GRAND PRIX SCHEDULE**

PLF1145

PLF1146

## FORMATS

Each Grand Prix's main event features one of a number of formats, including:

- Standard
- Limited (Sealed Deck Day One, Draft Day Two)
- Modern
- Legacy
- Team Limited

Side events, which take place all weekend concurrent with the main event, are run with any of these formats, plus a plethora of serious, casual, and even some wholly unique formats.

## PRIZES

Prizes for the main event of a Grand Prix scale with the size of the event. Each individual Grand Prix awards a prize purse of at least $50,000. A team Grand Prix will hand out at least $60,000. Players are also awarded Pro Points for top finishes. The Top 8, along with everyone who earns at least 39 match points in the Swiss rounds, automatically earn invitations and airfare to an upcoming Pro Tour.

Every player will receive a promo card just for participating in the main event (while supplies last). In addition, Grand Prix main events award a multiplier of 8x for all Planeswalker Points earned, and side events carry a multiplier of 3x.

Additional prizes and promotions may vary.

Below is the current year's Grand Prix main event promo card, along with the base payout used for Grand Prix main events.

PLF1146

PLF1147



# WORLDWIDE PRIZE STRUCTURE

## PRIZE MONEY ▼

Prizes subject to change. All prizes displayed in US dollars.

### INDIVIDUAL GRAND PRIX

| Place | |
|---|---|
| 1 | |
| 0-2,999 | $10,000 |
| 3,000+ | $10,000 |

PLF1147

PLF1148

### 2

| 0-2,999 | $5,000 |
|---------|--------|
| 3,000+ | $5,000 |

### 3–4

| 0-2,999 | $2,500 |
|---------|--------|
| 3,000+ | $2,500 |

### 5–8

| 0-2,999 | $1,500 |
|---------|--------|
| 3,000+ | $1,500 |

### 9–16

| 0-2,999 | $1,000 |
|---------|--------|
| 3,000+ | $1,000 |

### 17–32

| 0-2,999 | $500 |
|---------|------|
| 3,000+ | $500 |

### 33–64

| 0-2,999 | $250 |
|---------|------|
| 3,000+ | $250 |

### 65–100

| 0-2,999 | n/a |
|---------|-----|
| 3,000+ | $250 |

### 101–180

| 0-2,999 | n/a |
|---------|-----|

PLF1148

| 3,000+ | $200 |

PLF1149

## TEAM GRAND PRIX

Prizes awarded by team

| Place | |
|---|---|
| **1** | |
| 0-2,999 | $15,000 |
| 3,000+ | $15,000 |
| **2** | |
| 0-2,999 | $7,500 |
| 3,000+ | $7,500 |
| **3–4** | |
| 0-2,999 | $3,750 |
| 3,000+ | $3,750 |
| **5–8** | |
| 0-2,999 | $2,100 |
| 3,000+ | $2,100 |
| **9–12** | |
| 0-2,999 | $1,800 |
| 3,000+ | $1,800 |
| **13–16** | |
| 0-2,999 | $1,500 |
| 3,000+ | $1,500 |

PLF1149

PLF1150

| 17–20 | |
| --- | --- |
| 0-2,999 | $1,200 |
| 3,000+ | $1,200 |

| 21–24 | |
| --- | --- |
| 0-2,999 | $900 |
| 3,000+ | $900 |

| 25–30 | |
| --- | --- |
| 0-2,999 | n/a |
| 3,000+ | $900 |

| 31–42 | |
| --- | --- |
| 0-2,999 | n/a |
| 3,000+ | $750 |

| 43–58 | |
| --- | --- |
| 0-2,999 | n/a |
| 3,000+ | $600 |

## RULES

Every Grand Prix is open to any and all participants, but there are some important rules to keep in mind.

- Day One is run at Competitive REL (Rules Enforcement Level); Day Two is run at Professional REL

- There are nine rounds on Day One and six rounds on Day Two for individual-format Grand Prix; nine rounds on Day One and five rounds on Day Two for team-format Grand Prix

- In Individual Grand prix: All players with 18 or more match points or all players tied for 64th place—whichever is greater—qualify to play on Day Two

- In Team Grand Prix: All teams with 18 or more match points or all teams tied for 40th place—whichever

PLF1150

is greater—qualify to play on Day Two

PLF1151

- Swiss rounds are 50 minutes long and best two out of three matches

- The Top 8 players at the end of 15 rounds advance to the playoffs for individual-format Grand Prix; the Top 4 teams at the end of 14 rounds advance to the playoffs for team-format Grand Prix

- Playoff matches are best two out of three, single elimination, and untimed

Players can also earn up to three byes for a Grand Prix either by winning a [Grand Prix Trial](#), having enough [Planeswalker Points](#) Seasonal Award Points, having a specific [Pro Tour Players Club](#) level, or being a member of the [Pro Tour Hall of Fame](#).



# BYES

Complete information about Grand Prix Byes can be found in the *Magic: The Gathering* [Premier Event Invitation Policy](#).

### Grand Prix Byes Award Criteria

A player may be awarded byes for an individual-format Grand Prix based on one or more of the following criteria:

- Winning a [Grand Prix Trial](#).

- Having a sufficiently high number of [Planeswalker Points](#) Seasonal Award Points.

- Having a specific [Pro Tour Players Club](#) level (Silver, Gold, or Platinum).

- Being a member of the [Pro Tour Hall of Fame](#).

### Grand Prix Bye Restrictions

Players can be awarded one-, two-, or three-round byes for individual-format Grand Prix. Byes are not cumulative within a given Grand Prix or from one Grand Prix to another. Byes may not be passed down to other players for any reason and are not transferable. Byes may not be deferred from one Grand Prix to another and must be earned each time. Players that accumulate multiple byes to a Grand Prix are awarded only the bye for the greatest number of rounds.

Byes earned through Planeswalker Points are calculated using the Planeswalker Point totals from all reported events as of the Tuesday immediately before the Grand Prix. Points earned in tournaments held at the Grand Prix event site do not count toward earned byes at that Grand Prix.

If a player is awarded a bye, he or she is considered to have earned 3 points in the Grand Prix for each of those rounds. Byes are not counted toward a player's opponent's match win percentage. Players with byes will usually have an advantage in tiebreakers over players that do not have byes.

### Byes at Individual-format Grand Prix

For each Individual-format Grand Prix, byes are awarded as listed below. All listed criteria are as of the date of the specific Grand Prix:

PLF1151

### Third-Round Byes

- Players with a Pro Tour Players Club level of Gold or Platinum.

- Members of the Pro Tour Hall of Fame.

### Second-Round Byes

- Winners of Grand Prix Trial tournaments designated to award byes to that Grand Prix.

- Players who have accumulated at least 2,250 Planeswalker Points in the *current* Planeswalker Points Yearly Award Season.

- Players who have accumulated at least 2,250 Planeswalker Points in the *previous* Planeswalker Points Yearly Award Season.

- Players with a Pro Tour Players Club level of Silver.

### First-Round Byes

- Players who have accumulated at least 1,300 Planeswalker Points in the *current* Planeswalker Points Yearly Award Season.

- Players who have accumulated at least 1,300 Planeswalker Points in the *previous* Planeswalker Points Yearly Award Season.

Note: Teams are not awarded byes in team-format Grand Prix.

---

# READY TO PLAY?

With more than 50 Grand Prix held around the world, chances are good that you'll find one nearby. Check the Grand Prix schedule for the tournaments closest to you!

 **GRAND PRIX SCHEDULE**

## 2017

| *City* |
|---|
| ***BLOCK 1 for 2017 (Qualifies for Pro Tour Amonkhet)*** |
| ***Louisville*** |

| Country | USA |
|---|---|
| Venue | Kentucky Expo Center |
| Date | January 6–8, 2017 |

PLF1152

PLF1153

| Format | Legacy |
|---|---|
| Organizer | StarCityGames |

## *San Jose*

| Country | USA |
|---|---|
| Venue | San Jose Convention Center |
| Date | January 27–29, 2017 |
| Format | Limited |
| Organizer | ChannelFireball |

## *Prague*

| Country | Czech Republic |
|---|---|
| Venue | PVA Expo |
| Date | January 27–29, 2017 |
| Format | Limited |
| Organizer | tournamentcenter.eu |

## *Pittsburgh*

| Country | USA |
|---|---|
| Venue | David Lawrence Convention Center |
| Date | February 10–12, 2017 |
| Format | Standard |
| Organizer | Pastimes |

## *Vancouver*

| Country | Canada |
|---|---|

PLF1154

| | |
|---|---|
| Venue | [Vancouver Convention Centre](#) |
| Date | February 17–19, 2017 |
| Format | Modern |
| Organizer | GameKeeper |
| **_Brisbane_** | |
| Country | Australia |
| Venue | [Brisbane Convention and Exhibition Centre](#) |
| Date | February 17–19, 2017 |
| Format | Modern |
| Organizer | Chain Links |
| **_Utrecht_** | |
| Country | The Netherlands |
| Venue | [Jaarbeurs](#) |
| Date | February 24–26, 2017 |
| Format | Standard |
| Organizer | Cascade Games |
| **BLOCK 2 for 2017 (Qualifies for Pro Tour Hour of Devastation)** | |
| **_New Jersey_** | |
| Country | USA |
| Venue | [Meadowlands Exposition Center](#) |
| Date | March 10–12, 2017 |
| Format | Standard |
| Organizer | ChannelFireball |

PLF1154

PLF1155

## **_Barcelona_**

| Country | Spain |
|---|---|
| Venue | Fira Barcelona |
| Date | March 10–12, 2017 |
| Format | Standard |
| Organizer | tournamentcenter.eu |

## **_Shizuoka_**

| Country | Japan |
|---|---|
| Venue | Twin Messe |
| Date | March 17–19, 2017 |
| Format | Standard |
| Organizer | Big Magic |

## **_Porto Alegre_**

| Country | Brazil |
|---|---|
| Venue | Centro de Eventos Fiergs |
| Date | March 17–19, 2017 |
| Format | Standard |
| Organizer | Nerdz |

## **_Orlando_**

| Country | USA |
|---|---|
| Venue | Orange County Convention Center |
| Date | March 24–26, 2017 |
| Format | Limited |

PLF1155

| Organizer | StarCityGames | PLF1156 |

## San Antonio

| Country | USA |
|---|---|
| Venue | Henry B Gonzalez Convention Center |
| Date | March 31–April 2, 2017 |
| Format | Team Unified Modern |
| Organizer | Cascade Games |

## México City

| Country | Mexico |
|---|---|
| Venue | Hilton Mexico City Reforma |
| Date | April 7–9, 2017 |
| Format | Team Limited |
| Organizer | ChannelFireball |

## Richmond

| Country | USA |
|---|---|
| Venue | Greater Richmond Convention Center |
| Date | May 5–7, 2017 |
| Format | Limited |
| Organizer | StarCityGames |

## Bologna

| Country | Italy |
|---|---|
| Venue | Bologna Fiere |

PLF1157

| | |
|---|---|
| **Date** | May 5–7, 2017 |
| **Format** | Limited |
| **Organizer** | Legacy |

## *Beijing*

| | |
|---|---|
| **Country** | China |
| **Venue** | University of Science and Technology Beijing Gymnasium |
| **Date** | May 5–7, 2017 |
| **Format** | Limited |
| **Organizer** | Panda Events |

## *Montréal*

| | |
|---|---|
| **Country** | Canada |
| **Venue** | Montréal Place Bonaventure |
| **Date** | May 19–21, 2017 |
| **Format** | Standard |
| **Organizer** | GameKeeper |

## *Santiago*

| | |
|---|---|
| **Country** | Chile |
| **Venue** | Hotel Gran Palace |
| **Date** | May 19–21, 2017 |
| **Format** | Standard |
| **Organizer** | La Forja de Stone |

## *Copenhagen*

| | |
|---|---|
| **Country** | Denmark |

PLF1157

PLF1158

| Venue | |
|---|---|
| Date | May 26–28, 2017 |
| Format | Modern |
| Organizer | ChannelFireball |

### *Kōbe*

| Country | Japan |
|---|---|
| Venue | Kōbe International Exhibition Center |
| Date | May 26–28, 2017 |
| Format | Modern |
| Organizer | Hobby Station |

### BLOCK 3 for 2017 (Qualifies for Pro Tour Ixalan)

### *Omaha*

| Country | USA |
|---|---|
| Venue | CenturyLink Center Omaha |
| Date | June 2–4, 2017 |
| Format | Standard |
| Organizer | Cascade Games |

### *Amsterdam*

| Country | The Netherlands |
|---|---|
| Venue | RAI |
| Date | June 2–4, 2017 |
| Format | Standard |
| Organizer | play-mtg.eu |

PLF1158

PLF1159

### Manila

| Country | Philippines |
|---|---|
| Venue | SMX Convention Center |
| Date | June 2–4, 2017 |
| Format | Standard |
| Organizer | Chain Links |

### Las Vegas

| Country | USA |
|---|---|
| Venue | Las Vegas Convention Center |
| Date | June 15–16, 2017 |
| Format | Legacy |
| Organizer | ChannelFireball |

### Las Vegas

| Country | USA |
|---|---|
| Venue | Las Vegas Convention Center |
| Date | June 16–17, 2017 |
| Format | Limited |
| Organizer | ChannelFireball |

### Las Vegas

| Country | USA |
|---|---|
| Venue | Las Vegas Convention Center |
| Date | June 17–18, 2017 |

PLF1159

| Format | Modern |
|---|---|
| Organizer | ChannelFireball |

### *Cleveland*

| Country | USA |
|---|---|
| Venue | Huntington Convention Center of Cleveland |
| Date | June 23–25, 2017 |
| Format | Team Limited |
| Organizer | Pastimes |

### *Sydney*

| Country | Australia |
|---|---|
| Venue | International Convention Centre Sydney |
| Date | June 23–25, 2017 |
| Format | Team Limited |
| Organizer | Chain Links |

### *Toronto*

| Country | Canada |
|---|---|
| Venue | Enercare Centre |
| Date | July 21–23, 2017 |
| Format | Limited |
| Organizer | Face to Face Games |

### *Kyōto*

| Country | Japan |
|---|---|
| Venue | Pulse Plaza |

PLF1160

PLF1161

| | |
|---|---|
| **Date** | July 21–23, 2017 |
| **Format** | Limited |
| **Organizer** | Big Magic |

## _Minneapolis_

| | |
|---|---|
| **Country** | USA |
| **Venue** | Minneapolis Convention Center |
| **Date** | August 4–6, 2017 |
| **Format** | Standard |
| **Organizer** | Pastimes |

## _Birmingham_

| | |
|---|---|
| **Country** | England |
| **Venue** | NEC |
| **Date** | August 11–13, 2017 |
| **Format** | Modern |
| **Organizer** | ChannelFireball |

## _São Paulo_

| | |
|---|---|
| **Country** | Brazil |
| **Venue** | Pro Magno |
| **Date** | August 11–13, 2017 |
| **Format** | Modern |
| **Organizer** | Bazar de Bagdá |

### _BLOCK 4 for 2017 (Qualifies for 2018 Pro Tour #1)_

#### _Denver_

PLF1161

PLF1162

| Country | USA |
|---|---|
| Venue | Colorado Convention Center |
| Date | August 18–20, 2017 |
| Format | Standard |
| Organizer | Cascade Games |

## Indianapolis

| Country | USA |
|---|---|
| Venue | Indiana Convention Center |
| Date | August 25–27, 2017 |
| Format | Limited |
| Organizer | Pastimes |

## Metz

| Country | France |
|---|---|
| Venue | Metz-Expo |
| Date | August 25–27, 2017 |
| Format | Limited |
| Organizer | ChannelFireball |

## Washington, D.C.

| Country | USA |
|---|---|
| Venue | Dulles Expo Center |
| Date | September 1–3, 2017 |
| Format | Standard |

PLF1162

Organizer          StarCityGames

PLF1163

## Turin

| | |
|---|---|
| **Country** | Italy |
| **Venue** | Lingotto Fiere |
| **Date** | September 1–3, 2017 |
| **Format** | Standard |
| **Organizer** | Legacy |

## Providence

| | |
|---|---|
| **Country** | USA |
| **Venue** | Rhode Island Convention Center |
| **Date** | September 29–October 1, 2017 |
| **Format** | Team Limited |
| **Organizer** | Pastimes |

## Shizuoka

| | |
|---|---|
| **Country** | Japan |
| **Venue** | Twin Messe |
| **Date** | September 29–October 1, 2017 |
| **Format** | Team Limited |
| **Organizer** | Hareruya |

## Phoenix

| | |
|---|---|
| **Country** | USA |
| **Venue** | Phoenix Convention Center |
| **Date** | October 27–29, 2017 |

PLF1163

PLF1164

| Format | Limited |
|--------|---------|
| Organizer | ChannelFireball |

## Liverpool

| Country | England |
|---------|---------|
| Venue | Exhibition Centre Liverpool |
| Date | October 27–29, 2017 |
| Format | Limited |
| Organizer | Cascade Games |

## Hong Kong

| Country | Hong Kong |
|---------|-----------|
| Venue | Kowloon International Trade and Exhibition Centre |
| Date | October 27–29, 2017 |
| Format | Limited |
| Organizer | Chain Links |

## Atlanta

| Country | USA |
|---------|-----|
| Venue | Georgia World Congress Center |
| Date | November 10–12, 2017 |
| Format | Standard |
| Organizer | StarCityGames |

## Warsaw

| Country | Poland |
|---------|--------|

PLF1164

PLF1165

| Venue | Expo XXI |
| --- | --- |
| Date | November 10–12, 2017 |
| Format | Standard |
| Organizer | tournamentcenter.eu |

## Shanghai

| Country | China |
| --- | --- |
| Venue | Shanghai Mart |
| Date | November 10–12, 2017 |
| Format | Standard |
| Organizer | Panda Events |

## Portland

| Country | USA |
| --- | --- |
| Venue | Oregon Convention Center |
| Date | November 17–19, 2017 |
| Format | Standard |
| Organizer | Cascade Games |

## BLOCK 1 for 2018 (Qualifies for 2018 Pro Tour #2)

## Lyon

| Country | France |
| --- | --- |
| Venue | Lyon EurExpo |
| Date | November 24–26, 2017 |
| Format | Team Limited |
| Organizer | ChannelFireball |

PLF1165

PLF1166

### Oklahoma City

| | |
|---|---|
| Country | USA |
| Venue | Cox Convention Center |
| Date | December 8–10, 2017 |
| Format | Modern |
| Organizer | Cascade Games |

### Madrid

| | |
|---|---|
| Country | Spain |
| Venue | Pabillon de Cristal |
| Date | December 8–10, 2017 |
| Format | Team Unified Modern |
| Organizer | tournamentcenter.eu |

### New Jersey

| | |
|---|---|
| Country | USA |
| Venue | Meadowlands Exposition Center |
| Date | December 15–17, 2017 |
| Format | Limited |
| Organizer | ChannelFireball |

### Singapore

| | |
|---|---|
| Country | Singapore |
| Venue | Singapore EXPO |
| Date | December 15–17, 2017 |

PLF1166

PLF1167

| Format | Limited |
| --- | --- |
| Organizer | Chain Links |



## WHERE TO PLAY AND BUY

**Find a location to buy or play
Magic: The Gathering near you.**

Enter your city or postal code

**FIND NOW !**

 **Select your language:**

**WIZARDS BRAND FAMILY**

**MAGIC** | **D&D** | **WPN** | **DUEL MASTERS** | **AVALON HILL**

Terms of Use | Code of Conduct | Privacy Policy | Customer Service | Cookies





© 1995-2017 Wizards of the Coast LLC, a subsidiary of Hasbro, Inc. All Rights Reserved.

PLF1167

## NOTICE OF WAGE AND HOUR LAWSUIT AGAINST
## WIZARDS OF THE COAST WITH OPPORTUNITY TO JOIN

If you work or have worked as Magic the Gathering Judge (herein "Judge") for Wizards of the Coast, Inc. ("Wizards") within the United States at any time beginning on April 12, 2013 to the present, a lawsuit may affect your rights.

A federal district court has authorized this Notice.
This is not a solicitation from a lawyer.

- A group of Judges have sued Wizards claiming, among other things, that Wizards has misclassified Judges as volunteers and thus has failed to pay Judges minimum wages owed under the Fair Labor Standards Act ("FLSA"), to pay for all hours worked in excess of forty per work-week, including the failure to pay overtime at a rate of one-and-one-half times the regular rate, and is seeking liquidated damages which would double the amount of overtime due.

- Wizards contends that Judges are not employees under the FLSA.

- The Court has conditionally certified the lawsuit as a collective action on behalf of individuals who worked as Judges at Magic events sanctioned by Wizards in the United States from April 12, 2013 through the present.

### YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT

**ASK TO BE INCLUDED:**  If you want to join the FLSA claim in the lawsuit against Wizards, complete and return the enclosed consent form. If you join the lawsuit, you: (a) give up your right to sue separately; (b) agree to participate in the lawsuit, which may require you to provide information regarding your claims; (c) may be eligible to recover for lost minimum wage and overtime compensation if Plaintiffs prevails; and (d) will be bound by the judgment if Wizards prevails.

**DO NOT ASK TO BE INCLUDED:**  If you do not want to join the FLSA claim in the lawsuit, don't return the enclosed consent form.  If you do not join the lawsuit, you: (a) retain your right to sue separately; (b) will not be required to participate in the lawsuit; (c) will not be eligible to recover money if Plaintiffs prevails; and (d) will not be bound by the judgment if Wizards prevails.

Your options are further explained on the following pages.

### BASIC INFORMATION

**1.**   **Why did I get this notice?**

On April 12, 2016, Adam Shaw, Peter Golightly, Justin Turner, and Joshua Stansfield, individuals who worked as Judges at Magic events sanctioned by Wizards, filed a lawsuit on behalf of themselves and those similarly situated against Wizards in the United States District

Court for the Northern District of California (Civil Action No. 5:16-cv-01924-EJD).  They are called the "Plaintiffs."  There are 126 additional current and former Judges have filed consents to opt into the FLSA claims in the lawsuit. Plaintiffs contend, among other things, that Wizards improperly refused to pay them and other Judges for all hours worked, including minimum wages and overtime premiums for hours worked in excess of forty in a workweek, beginning on April 12, 2013 to the present.  Specifically, Plaintiffs assert that Wizards misclassified Magic Judges as non-employees under the FLSA for that time period.

Wizards' records show that you worked as a Judge at a Magic event sanctioned by Wizards beginning on April 12, 2013 through to the present.  This Notice informs you of the existence of a collective action lawsuit in which you may become a member.  It also explains what you need to do if you want to participate in the lawsuit, and how your rights may be affected.

**2.       What is a collective action and who is involved?**

In a collective action lawsuit, two or more people who have similar claims against an employer are permitted to assert those claims in a single lawsuit.  The people who decide to participate in the lawsuit are called the Opt-in Plaintiffs.  The employer they sue (in this case Wizards) is called the Defendant.  One court resolves the issues for everyone who chooses to join in the collective action.

In this case, the Court has determined preliminarily that present and former Judges who worked at Magic events sanctioned by Wizards may have sufficiently similar claims that it makes sense to send this notice of rights to such employees.

**3.       What does the lawsuit complain about?**

In the lawsuit, Plaintiffs claim that Wizards misclassified the position of Judges as volunteers and thus, exempt from the FLSA's minimum wage and overtime requirement for the period beginning on April 12, 2013 through to the present.  As a result, Plaintiffs allege that Wizards failed to pay Judges minimum wages for all hours worked and overtime wages for hours worked in excess of forty per week.  Thus, the complaint asserts that hours worked by Judges (including, e.g., time spent working at Magic events sanction by Wizards, time spent obtaining and maintaining Judge certification, and other work related tasks as Judges) were untracked and uncompensated beginning on April 12, 2013 through to the present.

Plaintiffs allege that Wizards' policies and practices, as described above, did not comply with the FLSA, and seek compensation for unpaid minimum wages, overtime wages, liquidated damages, attorneys' fees and costs on behalf of themselves and similarly situated current and former Judges.

The Plaintiffs who worked in California also bring claims under California state law and seek to bring those claims on behalf of all similarly situated Judges who worked in California in a class action.  Your decision to send in or not send in the consent form does not affect the status of your California law claims, if you have any.  If the Court allows the California claims to proceed as a class action, another notice will be sent to the affected California employees at that time.

**4.**   <u>**How does Wizards respond?**</u>

Wizards denies Plaintiffs' allegations and contends that Judges were not employees and that they were properly classified as "volunteers" under the FLSA for all relevant time periods beginning on April 12, 2013 to the present.

**5.**   <u>**Has the Court decided who is right?**</u>

No.  The contents of this Notice have been reviewed and authorized by the Honorable Edward J. Davila, United States District Court Judge for the United States District Court for the Northern District of California.  The Court received comments from the Plaintiffs and from Wizards before approving this form of Notice and directing Plaintiffs' counsel to mail it to you. **The Court has taken no position regarding the merits of Plaintiffs' claims or Wizards' defenses.**

This Notice is for the sole purpose of determining the identity of those who wish to proceed on their FLSA claims in this lawsuit against Wizards. **No guarantee is made that the Court will find your claim meritorious or grant any relief.**  By conditionally permitting the collective action and by authorizing this Notice, the Court is not suggesting that the Plaintiffs will win or lose this case.

Once people have had the chance to opt in, the Court will decide whether those who opted in may participate in the FLSA claims in this lawsuit.  Only people who are "similarly situated" to the Plaintiffs may participate.  To determine whether you are indeed a proper member of the collective action, the Court will engage in a review of the circumstances of your employment with Wizards, taking into account factors such as its control over the work duties of Judges, recording and payment for time worked, any defenses asserted by Wizards, and other issues.

**In the meantime, do not contact Judge Davila or other Court personnel.  The Court must remain impartial and cannot make any comment on your rights other than as set forth in this Notice.**

<div align="center">

**YOUR RIGHTS AND OPTIONS**

</div>

**6.**   <u>**How do I join the collective action?**</u>

To participate in the FLSA claims in this lawsuit, you need to fill out the enclosed form entitled "Consent to Join" and mail it in the enclosed self-addressed stamped envelope to the attorneys for the Plaintiffs.  If you would like to sign and submit your "Consent to Join" form electronically, please contact Class Counsel by email or phone below."  It is entirely your own decision whether or not to join this lawsuit.

**The signed Consent form must be postmarked by [75 days after mailing].  If your signed Consent form is not postmarked by [75 days after mailing], you may be prohibited from participating in any recovery obtained against Wizards for the FLSA claim in this lawsuit.**

060107.RN

If you decide to join the FLSA claim in this lawsuit, you will be bound by the settlement or judgment of that claim, whether it is favorable or not.  If the Plaintiffs recover monetary compensation, either by settlement or by judgment, and you qualify under the law, you will be entitled to some portion of the recovery.  If Wizards prevails, you will be bound by the judgment and will be barred from pursuing your own claim.  If you complete and return the enclosed Consent form, you will be designating the Plaintiffs and their attorneys to act on your behalf and to represent your interests with respect to the matters alleged in the lawsuit.

**7.**     **What if I do nothing?**

If you do nothing, you will not participate in the collective action. You will not be bound by any decision on the FLSA overtime suit.  Therefore, you will not be entitled to any recovery should there be any for those claims.

Should you not join this lawsuit, you also are free to independently retain your own counsel and file your own individual lawsuit, subject to any defenses that might be asserted. You should be aware that FLSA claims are limited to a two or three-year statute of limitations, and delay in joining this action, or proceeding separately, may result in some or all of your claims expiring under the law.

**8.**     **If I join, will there be any impact on my work as a Judge with Wizards?**

Federal law prohibits Wizards from retaliating or in any other way discriminating against you because you have joined the lawsuit or otherwise exercised your rights under the FLSA. If you believe, or come to believe, that Wizards has retaliated against you for exercising your rights under the FLSA, you should immediately notify Plaintiffs' counsel or other attorneys as you may retain.

**9.**     **Do I have to do anything to help out with the lawsuit once I join?**

The lawyers will handle most of the presentation of the case.  From time to time, your lawyers will ask you for information and you will need to provide them with that information. While this suit is proceeding, you also may be required to respond to written questions, produce documents that are in your possession related to your work as a Judge with Wizards, participate in depositions and/or testify in court.  If you are asked to give information, Plaintiffs' counsel has agreed to work with you so that the process is as convenient for you as possible.

**THE LAWYERS REPRESENTING YOU**

**10.**     **Do I have a lawyer in this case?**

The law firms of Righetti Glugoski, P.C. and its lawyers, Matt Righetti and John Glugoski, Nathan & Associates, APC and its lawyer Reuben Nathan, Law Offices of Ross Cornell, APC and its lawyer Ross Cornell, Goldstein, Borgen, Dardarian & Ho, and its lawyers David Borgen, James Kan, and Katharine Fisher, and Malk Law Firm and its lawyer Michael Malk, are the counsel representing the named Plaintiffs in this action.

Unless you choose another lawyer, these attorneys will represent you in the action.  You can contact the Plaintiffs' counsel to ask any questions you may have about the lawsuit on a totally confidential basis at:

Matt Righetti
Matt@righettilaw.com
RIGHETTI GLUGOSKI, PC
456 Montgomery St., Suite 1400
San Francisco, CA  94101
Tel: (415) 983-0900
Fax:  (415) 397-9005

Reuben Nathan
rnathan@nathanlawpractice.com
NATHAN & ASSOCIATES, APC
600 W Broadway Suite 700
San Diego, CA 92101-3370
Tel: (619) 272-7014
Fax: (619) 330-1819

Ross Cornell
ross.law@me.com
LAW OFFICES OF ROSS CORNELL, APC
111 W. Ocean Blvd., Suite 400
Long Beach, CA  90802
Tel:  (562) 612-1708
Fax: (562) 394-9556

James Kan
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

Michael Malk
mm@malklawfirm.com
MALK LAW FIRM
1180 S. Beverly Dr., Suite 302
Los Angeles, CA  90035
Tel: (310) 203-0016
Fax:  (310) 499-5210

By completing and returning the enclosed Consent form to the address above, you are authorizing and designating the Plaintiffs and their attorneys to represent you in this case.  The Plaintiffs, the law firms of Righetti Glugoski, P.C., Nathan & Associates, APC, Law Offices of

Ross Cornell, APC, Goldstein, Borgen, Dardarian & Ho, and Malk Law Firm will thereafter have the legal right and authority to act as your representatives and to make decisions on your behalf concerning the litigation (including but not limited to the method and manner of conducting the litigation, the payment of attorneys' fees and expenses, the potential resolution of your claims in the litigation through a negotiated settlement with Wizards, and all other matters pertaining to the lawsuit).

If you want further information about this Notice or the lawsuit, or have questions about the procedure or deadline for filing a "Consent to Join," please contact Plaintiffs' counsel at the information above.

**11.     Should I get my own lawyer?**

You do not need to hire your own lawyer because Righetti Glugoski, P.C., Nathan & Associates, APC, Law Offices of Ross Cornell, APC, Goldstein, Borgen, Dardarian & Ho, and Malk Law Firm have agreed to work on your behalf.  You may hire a different lawyer if you wish to do so.  You would be responsible for making the arrangements to hire that lawyer, including any fee arrangements.  If you decide to have another attorney represent you, that attorney will need to draft a consent and mail it to Righetti Glugoski, P.C., Nathan & Associates, APC, Law Offices of Ross Cornell, APC, Goldstein, Borgen, Dardarian & Ho, and/or Malk Law Firm.

**12.     Additional questions**

If you have any questions or require additional information, please contact Plaintiffs' law firms in this case via mail to Matt Righetti, Righetti Glugoski, PC, 456 Montgomery St., Suite 1400, San Francisco, CA   94101, via telephone at (415) 983-0900, or via email at matt@righettilaw.com; or via mail to David Borgen, Goldstein Borgen Dardarian & Ho, 300 Lakeside Dr., Suite 1000, Oakland, CA  94612, via telephone at (510) 763-9800, or via email at dborgen@gbdhlegal.com.


**PLEASE DO NOT CONTACT THE COURT CLERK REGARDING THIS MATTER.**


**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFF'S CLAIMS OR WIZARDS' DEFENSES.**


DATED: _____, 2017          **BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

## <u>CONSENT TO JOIN FORM</u>

**Consent to sue under the Fair Labor Standards Act (FLSA)**

I participated as a Magic: the Gathering ("Magic") judge at a Magic event sanctioned by Wizards of the Coast, LLC ("Wizards") at some point during the time frame of April 12, 2013 to the present.

I choose to be represented in this matter by the named Plaintiffs and counsel for Plaintiffs, Righetti Glugoski, PC, Nathan & Associates, APC, Law Offices of Ross Cornell, APC, Goldstein Borgen Dardarian & Ho and Malk Law Firm, in this action. I hereby consent, agree and opt-in to become a party plaintiff and agree to be bound by any adjudication or settlement of this action, whether it is favorable or unfavorable.

Dated:_____        Signature:_____

Print Name: _____Telephone:_____

Address:_____

Email Address:_____

**YOU CAN SUBMIT THIS FORM ONLINE, OR ALTERNATIVELY,
EMAIL, FAX OR MAIL THIS FORM TO:**

**[Administrator Contact Info]**

If you have any questions regarding this form, or how to submit the form, please call [the administrator] at [888-].

It is illegal for any employer to retaliate against an individual for exercising his or her rights (such as by participating in this lawsuit, signing or submitting this document, or talking to attorneys about his or her rights to full compensation for work performed).