1  KARL R. LINDEGREN (SBN 125914)
   klindegren@fisherphillips.com
2  SHAUN J. VOIGT (SBN 265721)
   svoigt@fisherphillips.com
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone (949) 851-2424
5  Facsimile (949) 851-0152

6  Attorneys for Defendant,
   WIZARDS OF THE COAST LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ADAM SHAW, PETER GOLIGHTLY,              Case No. 5:16-cv-01924-EJD
   JUSTIN TURNER, and JOSHUA
12 STANSFIELD, as individuals and on
   behalf of others similarly situated and   **DECLARATION OF SHAUN J.
13 the general public,                       VOIGT IN SUPPORT OF
                                             DEFENDANT WIZARDS OF THE
14              Plaintiffs,                  COAST LLC'S OPPOSITION TO
                                             PLAINTIFFS' MOTION FOR
15      vs.                                  CONDITIONAL CERTIFICATION
                                             AND TO FACILITATE NOTICE
16 WIZARDS OF THE COAST LLC,                 UNDER 29 U.S.C. § 216(b)**

17              Defendant.                   Date: November 9, 2017
                                             Time: 9:00am
18                                           Courtroom: 4

19                                           Complaint Filed:  April 12, 2016
                                             Trial Date:       None
20

21

0

DECLARATION OF SHAUN J. VOIGT IN SUPPORT OF WIZARDS'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CONDITIONAL CERTIFICATION

FPDOCS 33022379.1

## DECLARATION OF SHAUN J. VOIGT

I, SHAUN J. VOIGT, declare and state as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California and am a partner with Fisher & Phillips LLP, attorneys of record for Defendant WIZARDS OF THE COAST LLC ("WoC"), in the matter styled *Adam Shaw, et al. v. Wizards of the Coast LLC,* Case No. 5:16-cv-01924-EJD. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. On or about April 10, 2017, the deposition of Plaintiff Adam Shaw taken by my partner Karl R. Lindegren. Thereafter, I received the certified copy of the deposition transcript and have maintained it in our office since that time. Attached hereto as **Exhibit "A"** are true and correct copies of the pertinent portions of the Certified Deposition Transcript of Adam Shaw, taken during his deposition.

3. On or about April 25, 2017, the deposition of Plaintiff Justin Turner taken by my partner Karl R. Lindegren. Thereafter, I received the certified copy of the deposition transcript and have maintained it in our office since that time. Attached hereto as **Exhibit "B"** are true and correct copies of the pertinent portions of the Certified Deposition Transcript of Justin Turner, taken during his deposition.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28th day of June 2017, at Los Angeles, California.

/s/ Shaun J. Voigt
SHAUN J. VOIGT

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On June 28, 2017, I served the foregoing document **DECLARATION OF SHAUN J. VOIGT IN SUPPORT OF DEFENDANT WIZARDS OF THE COAST LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND TO FACILITATE NOTICE UNDER 29 U.S.C. § 216(b)** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **[by ELECTRONIC SUBMISSION]**- I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **FEDERAL**- I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed June 28, 2017 at Los Angeles, California.

MARVIN JOHNSON                By: */s/ Marvin Johnson*
Print Name                                     Signature

CERTIFICATE OF SERVICE
FPDOCS 33022379.1

## MAILING LIST

| | |
|---|---|
| Matt Righetti, Esq.<br>John Glugoski, Esq.<br>RIGHETTI GLUGOSKI, PC<br>456 Montgomery St., Suite 1400<br>San Francisco, CA 94101<br>Telephone: (415) 983-0900<br>Facsimile: (415) 397-9005<br>Email:    matt@righettilaw.com<br>              jglugoski@righettilaw.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD |
| Reuben D. Nathan, Esq.<br>NATHAN & ASSOCIATES, APC<br>600 W. Broadway Ste 700<br>San Diego, CA 92101-3370<br>Telephone: (619) 272-7014<br>Facsimile: (619) 330-1819<br>Email: rnathan@nathanlawpractice.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD |
| Ross Cornell, Esq.<br>ROSS CORNELL, ESQ., APC<br>111 W. Ocean Blvd., Suite 400<br>Long Beach, CA 90802<br>Telephone: (562) 612-1708<br>Facsimile: (562) 394-9556<br>Email: ross.law@me.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD |
| David Borgen, Esq.<br>James Kan, Esq.<br>Katharine Fisher, Esq.<br>Goldstein, Borgen, Dardarian & Ho<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>Telephone: (510) 763-9800<br>Facsimile: (510) 835-1417<br>Email: dborgen@gbdhlegal.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD |
| Michael Malk, Esq.<br>MICHAEL MALK, ESQ. APC<br>1180 S. Beverly Drive, Suite 302<br>Los Angeles, California 90035<br>Telephone: (310) 203-0016<br>Facsimile: (310) 499-5210<br>Email: mm@malklawfirm.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD |

CERTIFICATE OF SERVICE

FPDOCS 33022379.1