EXHIBIT "A"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


ADAM SHAW, PETER GOLIGHTLY, JUSTIN )
TURNER, and JOSHUA STANSFIELD, as   )
individuals and on behalf of others)
similarly situated and the general )
public,                            )
                                   )
                Plaintiffs,        )
                                   )
      VS.                          )
                                   )Case No.
                                   )4:16-cv-01924
WIZARDS OF THE COAST, LLC,         )EJD
                                   )
                Defendant.         )
------------------------------------)


DEPOSITION OF:  ADAM SHAW

IRVINE, CALIFORNIA

APRIL 10, 2017


Reported by:
Cheryl A. Miller, CSR
License Number 6711

Page 2

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3

4

5   ADAM SHAW, PETER GOLIGHTLY, JUSTIN )
    TURNER, and JOSHUA STANSFIELD, as  )
6   individuals and on behalf of others )
    similarly situated and the general )
7   public,                            )
                                       )
8                      Plaintiffs,     )
                                       )
9        vs.                           )
                                       )Case No.
10                                     )4:16-cv-01924
    WIZARDS OF THE COAST, LLC,         )EJD
11                                     )
                       Defendant.      )
12  ---------------------------------)

13

14

15  Deposition of ADAM SHAW, taken on behalf of Defendant,

16  at the law offices of Fisher & Phillips, LLP, 2050 Main

17  Street, Suite 1000, Irvine, California, beginning at

18  10:02 a.m. and ending at 6:40 p.m., on Monday, April 10,

19  2017, before Cheryl A. Miller, Certified Court Reporter,

20  No. 6711.

21

22

23

24

25

Page 3

```
 1    APPEARANCES OF COUNSEL:
      FOR PLAINTIFF:
 2            Law offices of
              ROSS CORNELL APC
 3            BY:  ROSS CORNELL, ESQ.
              111 West Ocean Boulevard
 4            Suite 400
              Long Beach, California 90802
 5            Telephone:  562-612-1708
              E-Mail:  Ross.law@me.com
 6
              Law offices of
 7            NATHAN & ASSOCIATES
              BY:  REUBEN D. NATHAN, ESQ.
 8            600 West Broadway
              Suite 700
 9            San Diego, California 92101
              Telephone:  619-272-7014
10            E-Mail:  Rnathan@nathanlawpractice.com
11    FOR DEFENDANT:
              Law offices of
12            FISHER & PHILLIPS, LLP
              BY:  KARL R. LINDEGREN, ESQ.
13            BY:  SHAUN J. VOIGT, ESQ.
              2050 Main Street
14            Suite 1000
              Irvine, California 92614
15            Telephone:  949-851-2424
              Fax:  949-851-0152
16            E-Mail:  Klindegren@fisherphillips.com
17    ALSO PRESENT:
              David Bradley, Videographer
18            Helene Bergeot
              Nicholas Mitchell
19

20

21

22

23

24

25
```

Page 4

1                    I N D E X

2    WITNESS                        EXAMINATION

3    ADAM SHAW

4    Examination by:                        Page

5    MR. LINDEGREN        --------------        6

6                    EXHIBITS

|        |            | Description                                                                                              | Page Introduced | Page Marked |
|--------|------------|----------------------------------------------------------------------------------------------------------|-----------------|-------------|
| 7, 8   | Exhibit 1  | Memorandum of Understanding                                                                               | 38              | 38          |
| 9, 10  | Exhibit 2  | Wizards of the Coast LLC, Senior DCI-Certified Floor Judge Services Agreement                             | 222             | 222         |
| 11, 12 | Exhibit 3  | E-Mail String with ending date of 3-18-2014 from Adam Shaw Re:  Yooooooo                                  | 233             | 233         |
| 13, 14 | Exhibit 4  | Judge Conduct Committee - First Quarter Report - 3-31-2017                                                | 297             | 297         |
| 15, 16 | Exhibit 5  | Profile Page of Deponent of Judge.Wizards.com                                                             | 315             | 315         |
| 17, 18, 19 | Exhibit 6 | E-Mail String with ending date of 3-18-2014 from Adam Shaw Re:  Let's Know Each Other (Grand Prix Phoenix) | 318             | 318         |
| 20     | Exhibit 7  | Schedule and Assignments for Multiple Grand Prixes                                                        | 325             | 325         |
| 21, 22 | Exhibit 8  | WPN Tournament Organizer Code of Conduct                                                                  | 342             | 342         |
| 23, 24 | Exhibit 9  | E-Mail String with ending date of 4-20-2016 from Eric Smith Re:  Interesting Times                       | 372             | 372         |

25

Page 30

| | | | |
|---|---|---|---|
| 1 | A | I -- | 10:25:59 |
| 2 | | I don't have that kn -- information. | 10:26:00 |
| 3 | | I don't know. | 10:26:02 |
| 4 | Q | Did you pay him? | 10:26:08 |
| 5 | A | I did not. | 10:26:09 |
| 6 | Q | Were you employing him as part of your | 10:26:11 |
| 7 | | joint venture? | 10:26:14 |
| 8 | A | No. | 10:26:15 |
| 9 | Q | And I'm sorry. | 10:26:21 |
| 10 | | Was Jeff the scorekeeper for 2016 or was | 10:26:24 |
| 11 | | it 2015? | 10:26:28 |
| 12 | A | Both. | 10:26:30 |
| 13 | Q | And what about 2014? | 10:26:31 |
| 14 | A | I don't recall about 2014. | 10:26:33 |
| 15 | | I'm -- | 10:26:37 |
| 16 | | I'm not sure. | 10:26:38 |
| 17 | Q | And was he compensated in any way in 2014, | 10:26:39 |
| 18 | | '15, or '16? | 10:26:42 |
| 19 | A | I don't know. | 10:26:44 |
| 20 | Q | Were you? | 10:26:45 |
| 21 | A | No, not for Eternal Weekend. | 10:26:45 |
| 22 | | 2016 I was reimbursed for my flight. | 10:26:48 |
| 23 | Q | By whom? | 10:26:51 |
| 24 | A | By Nick Coss. | 10:26:52 |
| 25 | Q | Him or his company? | 10:26:54 |

Page 31

| | | | |
|---|---|---|---|
| 1 | A | By Nick Coss personally. | 10:26:55 |
| 2 | Q | And do you have e-mails or other | 10:27:00 |
| 3 | | communications about Eternal -- I don't want to get | 10:27:02 |
| 4 | | it wrong.  Eternal Night? | 10:27:06 |
| 5 | A | Eternal Weekend. | 10:27:09 |
| 6 | Q | Eternal Weekend? | 10:27:10 |
| 7 | A | Yeah. | 10:27:11 |
| 8 | | I may have scheduling e-mails or when I | 10:27:14 |
| 9 | | was going to land, like my -- my -- my flight | 10:27:26 |
| 10 | | information, and then possibly about the -- about | 10:27:31 |
| 11 | | integration, how things are -- status -- status | 10:27:36 |
| 12 | | updates about the pr -- the -- the software, the | 10:27:40 |
| 13 | | PREREG.ME software. | 10:27:42 |
| 14 | Q | And did you look for those? | 10:27:43 |
| 15 | A | I -- | 10:27:45 |
| 16 | | I did not, no. | 10:27:46 |
| 17 | Q | In 2016 when you were assisting in | 10:27:59 |
| 18 | | score-keeping at Eternal Weekend for Mr. Coss who | 10:28:03 |
| 19 | | were the judges? | 10:28:11 |
| 20 | A | At June 2016? | 10:28:15 |
| 21 | | The judges that I can recall, | 10:28:17 |
| 22 | | Eric Dustin Brown, Abe Corson, Brogan -- | 10:28:19 |
| 23 | | Ooh. | 10:28:33 |
| 24 | | Brogan. | 10:28:34 |
| 25 | | I forgot her last name.  It's not coming | 10:28:35 |

Page 32

| | | | |
|---|---|---|---|
| 1 | to me.   I might be able to recall that in a second. | 10:28:37 |
| 2 | Joe Hughto. | 10:28:40 |
| 3 | That's all I can recall at this time. | 10:28:51 |
| 4 | Q     And were any of the four of them paid by | 10:28:56 |
| 5 | Mr. Coss? | 10:28:59 |
| 6 | A     I assume -- | 10:29:01 |
| 7 | I -- | 10:29:03 |
| 8 | I assume that they were.   There was -- | 10:29:03 |
| 9 | There was -- | 10:29:04 |
| 10 | As judges the compensation package is | 10:29:05 |
| 11 | published for the -- for that event on the -- on | 10:29:08 |
| 12 | Judge Apps. | 10:29:15 |
| 13 | Q     Do you know if they were paid? | 10:29:17 |
| 14 | A     I don't have knowledge if they were paid | 10:29:19 |
| 15 | or not. | 10:29:20 |
| 16 | Q     Is there a Web address for Judge Apps? | 10:29:23 |
| 17 | A     There is.   It's Apps.MagicJudges.com, I | 10:29:25 |
| 18 | believe. | 10:29:31 |
| 19 | Q     And is that the app that took over for | 10:29:40 |
| 20 | your DCI Family? | 10:29:45 |
| 21 | A     That's correct, yes. | 10:29:46 |
| 22 | Q     And who runs MagicJudges.com? | 10:29:52 |
| 23 | A     It's a collaboration between a few judges. | 10:29:57 |
| 24 | I know some of the parties. | 10:30:01 |
| 25 | It's ran primarily by -- | 10:30:06 |

Page 33

| | | |
|---|---|---|
| 1 | The domain is James Bennett, and then | 10:30:09 |
| 2 | there are the developers for it.  Dan Collins, | 10:30:16 |
| 3 | Paul Baranay are the two developers.  I know there | 10:30:22 |
| 4 | are more, but I -- I don't -- I can't speak to who | 10:30:25 |
| 5 | they are. | 10:30:28 |
| 6 | Q    Okay. | 10:30:31 |
| 7 | But with respect to whether any of the | 10:30:32 |
| 8 | four judges actually received compensation, you | 10:30:35 |
| 9 | don't have personal knowledge? | 10:30:37 |
| 10 | A    I don't have personal knowledge, no. | 10:30:38 |
| 11 | Q    You would just make an assumption? | 10:30:40 |
| 12 | A    Based on the published compensation, yes. | 10:30:43 |
| 13 | Q    What was the published compensation for -- | 10:30:45 |
| 14 | A    I don't -- | 10:30:49 |
| 15 | Q    -- 2016? | 10:30:49 |
| 16 | A    I don't know. | 10:30:51 |
| 17 | Q    Did Coss pay them in 2015? | 10:30:51 |
| 18 | A    Again, it's -- it's the same as 2016. | 10:30:55 |
| 19 | There -- | 10:30:57 |
| 20 | It was published on Judge Apps. | 10:30:58 |
| 21 | Q    Did he pay them in 2014? | 10:31:00 |
| 22 | A    My answer's the same.  It was published on | 10:31:02 |
| 23 | Judge Apps and the compensation was there.  I have | 10:31:04 |
| 24 | no personal knowledge of whether or not people were | 10:31:09 |
| 25 | paid or how they were -- they're paid. | 10:31:09 |

Page 34

| | | |
|---|---|---|
| 1 | Q    Have you had any conversations with Coss | 10:31:10 |
| 2 | about paying judges? | 10:31:12 |
| 3 | A    I have. | 10:31:15 |
| 4 | It was an area of concern because I helped | 10:31:17 |
| 5 | him with GP Baltimore, which was the first event | 10:31:22 |
| 6 | where judges were not -- were -- were -- there was | 10:31:27 |
| 7 | to be no foils coming from Wizards of the Coast. | 10:31:32 |
| 8 | So compensation was -- was discussed, yes, | 10:31:37 |
| 9 | for that event. | 10:31:40 |
| 10 | Q    Other than for the GP in Baltimore, did | 10:31:42 |
| 11 | you discuss compensation for judges at any time with | 10:31:44 |
| 12 | Mr. Coss? | 10:31:47 |
| 13 | A    I don't believe so. | 10:31:49 |
| 14 | Q    Does he pay judges hourly? | 10:31:51 |
| 15 | A    Judges are not paid hourly, no.  He | 10:31:53 |
| 16 | does -- | 10:31:56 |
| 17 | It's usually for the -- | 10:31:56 |
| 18 | It's usually per day. | 10:31:58 |
| 19 | Q    Does Mr. Coss pay the judges per day? | 10:32:04 |
| 20 | A    The compensation is listed out per day. | 10:32:08 |
| 21 | That's how it's -- | 10:32:10 |
| 22 | That's how it's listed.  I'm -- | 10:32:11 |
| 23 | I am -- | 10:32:13 |
| 24 | I have no knowledge of whether or not -- | 10:32:13 |
| 25 | how he pays the judges. | 10:32:15 |

Page 43

```
 1      A    To run Magic tournaments in general, no,      10:40:38

 2  you don't.  In order to run sanctioned tournaments,    10:40:41

 3  yes, you do.                                            10:40:43

 4      Q    And, to your understanding, what's the        10:40:46

 5  difference between sanctioned and unsanctioned          10:40:48

 6  tournaments?                                            10:40:51

 7      A    Unsanctioned tournaments don't have any       10:40:52

 8  record.  They're --                                    10:40:55

 9           They still use the software provided by       10:40:56

10  Wizards of the Coast, but they don't have any record   10:40:59

11  in -- in Wizards' systems.                             10:41:00

12           Sanctioned tournaments have support --        10:41:02

13  prior support from Wizards of the Coast, which         10:41:07

14  includes foil cards.  They have to run by rules that   10:41:09

15  are developed by Wizards of the Coast.                 10:41:14

16           They forward the interests of -- of          10:41:19

17  Wizards and it's part of their marketing and --        10:41:22

18           But it's --                                   10:41:27

19           It's --                                       10:41:28

20           If it's --                                    10:41:29

21           They --                                       10:41:29

22           There's rules that they -- that have to be   10:41:29

23  followed and TOs have to register and follow --        10:41:32

24  agree to certain guidelines set forth by the Wizards   10:41:35

25  play network.                                          10:41:39
```

Page 61

| | | | |
|---|---|---|---|
| 1 | | product, Magic Gathering cards and foil Magic | 10:57:32 |
| 2 | | Gathering cards. | 10:57:37 |
| 3 | Q | When was the last time you worked for | 10:57:38 |
| 4 | | Mr. Shields at Cascade? | 10:57:40 |
| 5 | A | I can't recall. | 10:57:51 |
| 6 | | I don't know. | 10:57:52 |
| 7 | Q | How many years ago? | 10:57:53 |
| 8 | A | I'm sure it's over -- | 10:57:58 |
| 9 | | I would say over five years.  Over -- | 10:58:01 |
| 10 | | Yeah, five -- | 10:58:03 |
| 11 | | Five to seven years ago. | 10:58:04 |
| 12 | Q | Who owns Cascade? | 10:58:06 |
| 13 | A | Tim Shields. | 10:58:07 |
| 14 | Q | And how do you know that? | 10:58:09 |
| 15 | A | He -- | 10:58:14 |
| 16 | | I know -- | 10:58:14 |
| 17 | | Oh. | 10:58:15 |
| 18 | | I know that he's hired people for -- to | 10:58:16 |
| 19 | | work at Cascade and he is the TO that is on record | 10:58:18 |
| 20 | | for Cascade. | 10:58:22 |
| 21 | Q | The people that you know that he hired to | 10:58:26 |
| 22 | | work at Cascade, what -- what did he hire them to | 10:58:28 |
| 23 | | do? | 10:58:30 |
| 24 | A | Run events, schedule events. | 10:58:32 |
| 25 | Q | Who are they? | 10:58:37 |

Page 62

| | | | |
|---|---|---|---|
| 1 | A | The two I know are John Carter and | 10:58:39 |
| 2 | | Trevor Baker, I believe. | 10:58:44 |
| 3 | Q | And how are they paid for that? | 10:58:47 |
| 4 | A | I don't know. | 10:58:49 |
| 5 | Q | What were the terms of their hire? | 10:58:50 |
| 6 | A | I don't know. | 10:58:52 |
| 7 | Q | And when was that for Mr. Carter? | 10:58:56 |
| 8 | A | It would have been the -- | 10:58:59 |
| 9 | | Carter is still employed, I believe, with | 10:59:01 |
| 10 | | them. | 10:59:03 |
| 11 | Q | What's his title? | 10:59:04 |
| 12 | A | I don't know. | 10:59:05 |
| 13 | Q | Okay. | 10:59:06 |
| 14 | | But he actually works directly for | 10:59:07 |
| 15 | | Cascade? | 10:59:08 |
| 16 | A | I believe so, yes. | 10:59:09 |
| 17 | Q | And where is Cascade located? | 10:59:11 |
| 18 | A | Portland, Oregon. | 10:59:14 |
| 19 | Q | I'm sorry.  You told me that. | 10:59:15 |
| 20 | | I apologize. | 10:59:16 |
| 21 | A | Yeah. | 10:59:17 |
| 22 | Q | What about Trevor? | 10:59:18 |
| 23 | A | I believe he's working for Channel | 10:59:21 |
| 24 | | Fireball now.  I don't know anything more than that | 10:59:23 |
| 25 | | with him. | 10:59:26 |

Page 87

| | | | |
|---|---|---|---|
| 1 | Q | Okay. | 11:43:59 |
| 2 | | On -- | 11:44:00 |
| 3 | | On one of the schedules you produced, it's | 11:44:01 |
| 4 | a schedule and then by certain people's names it's | | 11:44:03 |
| 5 | blacked out. | | 11:44:06 |
| 6 | A | I -- | 11:44:06 |
| 7 | | I don't know. | 11:44:07 |
| 8 | Q | All right. | 11:44:07 |
| 9 | | Well, we'll go over that. | 11:44:07 |
| 10 | A | Okay. | 11:44:09 |
| 11 | Q | So beyond Judge Apps and Judge Center and | 11:44:12 |
| 12 | maybe the e-mails -- well, the schedules you | | 11:44:15 |
| 13 | produced, you don't have any other records about any | | 11:44:18 |
| 14 | events that you judged, correct? | | 11:44:20 |
| 15 | A | That's my knowledge that, I don't, no, | 11:44:22 |
| 16 | yes. | | 11:44:24 |
| 17 | Q | Well, and you searched, right? | 11:44:25 |
| 18 | A | I searched, yes. | 11:44:27 |
| 19 | Q | Okay. | 11:44:28 |
| 20 | | When's the last time you judged an event? | 11:44:40 |
| 21 | A | I believe that would be Grand -- | 11:44:53 |
| 22 | Grand Prix Worcester in either 2015 or 2016. | | 11:44:55 |
| 23 | Q | Okay. | 11:45:05 |
| 24 | | Who's Carl Dignam? | 11:45:05 |
| 25 | A | Carl Dignam is a -- a friend of mine. | 11:45:07 |

Page 88

| | | |
|---|---|---|
| 1 | He's also the owner of The Grid Games in Manchester, | 11:45:10 |
| 2 | Connecticut, and he's a TO. | 11:45:14 |
| 3 | Q    What's Grid Games? | 11:45:17 |
| 4 | A    It's a game store. | 11:45:18 |
| 5 | Q    Okay. | 11:45:21 |
| 6 | And when's the last time you judged | 11:45:22 |
| 7 | anything for him? | 11:45:24 |
| 8 | A    I judged a GPT for him a few years ago, | 11:45:26 |
| 9 | but that was the last time I did that.  It was -- | 11:45:30 |
| 10 | I don't recollect how long it was.  It was | 11:45:33 |
| 11 | a very small event. | 11:45:35 |
| 12 | Q    What do you mean by small? | 11:45:36 |
| 13 | A    10 players. | 11:45:38 |
| 14 | Q    What did he pay you, if anything? | 11:45:40 |
| 15 | A    Huh? | 11:45:42 |
| 16 | Q    Did he pay you? | 11:45:44 |
| 17 | A    No. | 11:45:47 |
| 18 | Q    Did you ask him to pay you? | 11:45:47 |
| 19 | A    I did not. | 11:45:49 |
| 20 | Q    Do you believe he should have paid you? | 11:45:51 |
| 21 | A    Nope. | 11:45:54 |
| 22 | Q    Why not? | 11:45:54 |
| 23 | A    I was receiving compensation out -- | 11:45:58 |
| 24 | outside of the -- of the event.  I didn't feel like | 11:45:59 |
| 25 | he needed to pay me. | 11:46:04 |

| | | | |
|---|---|---|---|
| 1 | A | No. | 11:47:09 |
| 2 | Q | How many events overall in total have you | 11:47:21 |
| 3 | judged for Mr. Dignam? | | 11:47:24 |
| 4 | A | I wouldn't be able to give you a -- an | 11:47:33 |
| 5 | accurate number.  I've known him for -- | | 11:47:36 |
| 6 | | I've known him and been in the store for | 11:47:39 |
| 7 | the last 20 years. | | 11:47:41 |
| 8 | Q | Is that where you started playing? | 11:47:45 |
| 9 | A | It was, yeah. | 11:47:46 |
| 10 | Q | And does he do Friday Night Magic? | 11:47:52 |
| 11 | A | Yes, he does. | 11:47:57 |
| 12 | Q | And who judges Friday Night Magic at his | 11:47:57 |
| 13 | store? | | 11:48:00 |
| 14 | A | Usually it is a -- one of -- | 11:48:08 |
| 15 | | Some -- | 11:48:14 |
| 16 | | It's either him or there -- there is no | 11:48:19 |
| 17 | judge except for the TO, which is allowed for that | | 11:48:25 |
| 18 | kind of event. | | 11:48:32 |
| 19 | Q | So either he does it himself as the owner | 11:48:32 |
| 20 | of the store -- | | 11:48:34 |
| 21 | A | Yeah. | 11:48:35 |
| 22 | Q | Yes? | 11:48:36 |
| 23 | A | Yes. | 11:48:36 |
| 24 | Q | -- or they just don't have a judge? | 11:48:37 |
| 25 | A | Correct. | 11:48:39 |

Page 91

| | | | |
|---|---|---|---|
| 1 | Q | And you can have Friday Night Magic | 11:48:39 |
| 2 | without a judge? | | 11:48:41 |
| 3 | A | Without a certified judge, yes. | 11:48:42 |
| 4 | Q | So a player could act as the judge? | 11:48:46 |
| 5 | A | They could. | 11:48:48 |
| 6 | Q | Okay. | 11:48:50 |
| 7 | | And do you still play at Mr. Dignam's | 11:48:51 |
| 8 | store? | | 11:48:55 |
| 9 | A | I do. | 11:48:55 |
| 10 | Q | How often? | 11:48:56 |
| 11 | A | I would say two to three times a month or | 11:49:02 |
| 12 | more. | | 11:49:04 |
| 13 | Q | And then in April of 2016 you actually | 11:49:08 |
| 14 | were the -- the judge? | | 11:49:10 |
| 15 | A | I don't -- | 11:49:13 |
| 16 | | I don't know what event that is, so I | 11:49:14 |
| 17 | can't speak to it. | | 11:49:16 |
| 18 | Q | Okay. | 11:49:19 |
| 19 | | And when you play at Mr. Dignam's store -- | 11:49:20 |
| 20 | | What was it called again? | 11:49:24 |
| 21 | A | The Grid Games. | 11:49:25 |
| 22 | Q | The Grid Games. | 11:49:26 |
| 23 | | Do you get paid to play? | 11:49:30 |
| 24 | A | You can -- | 11:49:32 |
| 25 | | You can win prizes.  Friday Night Magic | 11:49:33 |

Page 94

| | | | |
|---|---|---|---|
| 1 | | going on. | 11:51:28 |
| 2 | Q | Okay. | 11:51:32 |
| 3 | | And did you tell him that you expect him | 11:51:32 |
| 4 | | to pay you personally as a judge -- | 11:51:34 |
| 5 | A | No. | 11:51:37 |
| 6 | Q | -- at his store? | 11:51:37 |
| 7 | A | I did not, no, discuss that with him. | 11:51:38 |
| 8 | Q | Okay. | 11:51:41 |
| 9 | | Do you believe that he has to pay you if | 11:51:41 |
| 10 | | you judge at his store? | 11:51:45 |
| 11 | A | No. | 11:51:46 |
| 12 | Q | If he had someone else judge Friday Night | 11:51:56 |
| 13 | | Magic do you believe he has to pay them? | 11:51:58 |
| 14 | A | I don't think I can answer that in a way | 11:52:01 |
| 15 | | that's -- | 11:52:02 |
| 16 | | That would be between him and -- and that | 11:52:07 |
| 17 | | person. | 11:52:09 |
| 18 | Q | And, to your knowledge, he either operates | 11:52:20 |
| 19 | | without a judge or does it himself? | 11:52:22 |
| 20 | A | If he can. | 11:52:24 |
| 21 | | Wizards requires certain level of judges | 11:52:27 |
| 22 | | for certain events, so if -- | 11:52:30 |
| 23 | | It limits the events that he can run, so | 11:52:33 |
| 24 | | one of the reasons why I judged for him was in order | 11:52:36 |
| 25 | | to allow him to run a GPT, which required a level 1. | 11:52:41 |

Page 104

| | | |
|---|---|---|
| 1 | same time.   They had a joint venture with each other | 12:02:16 |
| 2 | to do it. | 12:02:19 |
| 3 | Q     And how is it that you came to be a judge | 12:02:29 |
| 4 | at the Phoenix GP? | 12:02:31 |
| 5 | A     I applied to it and was accepted using | 12:02:38 |
| 6 | Judge Apps. | 12:02:42 |
| 7 | Q     So you asked if you could judge and they | 12:02:48 |
| 8 | said okay? | 12:02:50 |
| 9 | A     Correct. | 12:02:51 |
| 10 | Q     And who said okay? | 12:02:52 |
| 11 | A     I don't know. | 12:02:54 |
| 12 | Q     Channel and Cascade? | 12:02:55 |
| 13 | A     I don't know. | 12:02:56 |
| 14 | It was -- | 12:02:58 |
| 15 | Q     Who organized the tournament? | 12:02:59 |
| 16 | A     It was -- | 12:03:01 |
| 17 | There's many people involved.   Staff | 12:03:02 |
| 18 | selection -- | 12:03:06 |
| 19 | I don't know who did staff selection for | 12:03:07 |
| 20 | that specific event. | 12:03:09 |
| 21 | Q     The organizer for that event, according to | 12:03:11 |
| 22 | you, that was Channel and Cascade, right? | 12:03:12 |
| 23 | A     They were the PTO involved in that, | 12:03:15 |
| 24 | correct. | 12:03:19 |
| 25 | Q     Which is the tournament organizers, right? | 12:03:20 |

Page 105

| | | | |
|---|---|---|---|
| 1 | A | Right, but I don't necessarily know if | 12:03:22 |
| 2 | they were involved in staffing decisions. | | 12:03:23 |
| 3 | Q | Was there a head judge? | 12:03:29 |
| 4 | A | There was. | 12:03:31 |
| 5 | Q | Who was that? | 12:03:31 |
| 6 | A | I don't know. | 12:03:32 |
| 7 | Q | In 2017 have you asked for reimbursement | 12:03:52 |
| 8 | for any expenses with respect to judging? | | 12:03:56 |
| 9 | A | I have not. | 12:03:58 |
| 10 | Q | 2016? | 12:03:59 |
| 11 | A | I have not. | 12:04:02 |
| 12 | Q | 2015? | 12:04:03 |
| 13 | A | No, I have not. | 12:04:06 |
| 14 | Q | Did Channel and Cascade give you any | 12:04:27 |
| 15 | compensation for judging at Phoenix? | | 12:04:31 |
| 16 | A | To the best of my knowledge, I received | 12:04:36 |
| 17 | foils and product from another judge.  I'm -- | | 12:04:42 |
| 18 | | I don't know -- | 12:04:54 |
| 19 | | I don't know how Channel or Cascade were | 12:04:54 |
| 20 | involved in that. | | 12:04:56 |
| 21 | Q | And who was that judge? | 12:04:57 |
| 22 | A | David Zimet, I believe. | 12:05:00 |
| 23 | Q | Ah. | 12:05:02 |
| 24 | | Famous Mr. Zimet. | 12:05:03 |
| 25 | | Is he a friend of yours? | 12:05:08 |

Page 114

| | | | |
|---|---|---|---|
| 1 | A | It would have been David Zimet. | 12:12:33 |
| 2 | Q | And I'm sorry. | 12:12:38 |
| 3 | | And was there a head judge? | 12:12:39 |
| 4 | A | Yes. | 12:12:41 |
| 5 | Q | Who was that? | 12:12:42 |
| 6 | A | Sean Catanese. | 12:12:43 |
| 7 | | There might have been multiples. | 12:12:45 |
| 8 | Q | Okay. | 12:12:48 |
| 9 | | And do you have a schedule from | 12:12:48 |
| 10 | | Sacramento? | 12:12:50 |
| 11 | A | No, I don't. | 12:12:51 |
| 12 | Q | So the only one you have a schedule from | 12:12:52 |
| 13 | | is Phoenix? | 12:12:54 |
| 14 | A | Phoenix, Worcester, and -- | 12:12:56 |
| 15 | | Phoenix and Worcester I would have | 12:13:00 |
| 16 | | provided. | 12:13:04 |
| 17 | | I did provide. | 12:13:05 |
| 18 | Q | And you found those in your papers? | 12:13:06 |
| 19 | A | Yes. | 12:13:07 |
| 20 | Q | Okay. | 12:13:09 |
| 21 | | And do you have any record of any expenses | 12:13:09 |
| 22 | | related to Phoenix, Montreal, or Sacramento? | 12:13:12 |
| 23 | A | I do not. | 12:13:14 |
| 24 | Q | So you don't know what those were? | 12:13:16 |
| 25 | A | No. | 12:13:18 |

Page 117

```
 1    so 2 -- anywhere from 2005 to 2011.              12:15:20

 2         Q     Okay.                                 12:15:28

 3               But not --                            12:15:29

 4               Not since 2011?                       12:15:29

 5         A     Right.                                12:15:31

 6         Q     Since 2011 do you have any record of any   12:15:34

 7    expenses related to judging?                     12:15:36

 8         A     Not that I know of, no.               12:15:40

 9         Q     Okay.                                 12:15:43

10               And did the PTO in Sacramento compensate   12:15:50

11    you?                                             12:15:56

12         A     No.                                   12:15:56

13         Q     And how did you come to judge in      12:15:59

14    Sacramento?                                      12:16:02

15         A     I --                                  12:16:04

16               I asked to judge a side event so I could   12:16:04

17    renew my judge level in order to continue judging   12:16:12

18    again and they put me as a judge as one of the side   12:16:16

19    events.                                          12:16:21

20         Q     What event was that?                  12:16:21

21         A     It was a draft, a side event draft.   12:16:23

22         Q     When you say they, who's they?  Channel   12:16:26

23    Fireball?                                        12:16:29

24         A     No, it would have been the side event   12:16:29

25    scorekeeper and the -- the RC, so it would have been   12:16:31
```

```
 1  judges during their -- their suspensions.        14:18:31
 2      Q   Are you a Southeast judge?               14:18:38
 3      A   I am not.                                14:18:40
 4      Q   You --                                   14:18:41
 5          And when was that, that you stopped      14:18:44
 6  judging?                                         14:18:46
 7      A   Would have been 2016 I stopped running --14:18:53
 8  going to events as a judge.                      14:18:58
 9      Q   You still go as a player?                14:19:01
10      A   I do.                                    14:19:02
11      Q   Okay.                                    14:19:04
12          In 2016 did you go to any events as a    14:19:04
13  judge other than the ones for your friend at Grid?14:19:08
14      A   I would --                               14:19:15
15          I would have to look at my schedule again.14:19:15
16  I -- when the dates were.  I may have.           14:19:18
17          I may have.                              14:19:24
18      Q   So you said you're still active because  14:19:38
19  you mentor people, right?                        14:19:40
20      A   I am.                                    14:19:43
21          I do, yes.                               14:19:43
22      Q   Who are you mentoring?                   14:19:44
23      A   I still talk quite a bit to many L3s, L2s14:19:47
24  that -- at events like Eternal Weekend and --    14:19:57
25      Q   And is it your position somebody should be14:20:06
```

Page 178

```
 1   paying you for this mentoring?                    14:20:08

 2        A    It's my position that all activities that  14:20:12

 3   are judge-related should be compensated and required  14:20:16

 4   to be compensated in order us con -- for us to    14:20:19

 5   continue to judge.                                14:20:23

 6        Q    You're not judging, right?              14:20:24

 7        A    I'm not judging events.                 14:20:25

 8        Q    Okay.                                   14:20:27

 9        A    I am still judging.                     14:20:28

10        Q    So who should pay you for this mentoring  14:20:29

11   that you're doing?                                14:20:31

12        A    Wizards of the Coast should be paying for  14:20:32

13   me --                                             14:20:34

14        Q    Really?                                 14:20:34

15        A    -- for doing this mentoring, yes.       14:20:35

16        Q    Why?                                    14:20:36

17        A    Because it improves their --            14:20:37

18             It improves their -- their marketing    14:20:39

19   agenda.  It's --                                  14:20:40

20             It improves the number of cards that they  14:20:41

21   sell and their bottom line, Hasbro's market cap.  14:20:44

22        Q    Has anyone at Wizards of the Coast asked  14:20:48

23   you to continue mentoring after you quit judging?  14:20:50

24        A    There was no specific communication from  14:20:54

25   anyone at Wizards of the Coast to continue that, no.  14:20:55
```

Page 179

| | | | |
|---|---|---|---|
| 1 | Q | So the answer's no one asked you to do it, | 14:21:00 |
| 2 | right? | | 14:21:02 |
| 3 | A | No. | 14:21:03 |
| 4 | Q | And have you reported any hours of | 14:21:05 |
| 5 | mentoring to anyone at Wizards of the Coast? | | 14:21:07 |
| 6 | A | I have not, no. | 14:21:09 |
| 7 | Q | Keep track of the hours? | 14:21:10 |
| 8 | A | I have not, no. | 14:21:13 |
| 9 | Q | And do you think you should be paid to | 14:21:20 |
| 10 | communicate with judges? | | 14:21:22 |
| 11 | A | I think that I and people that are giving | 14:21:27 |
| 12 | substantial benefit to Wizards in the judging -- in | | 14:21:33 |
| 13 | the judge program should be paid for doing that, | | 14:21:38 |
| 14 | yes. | | 14:21:41 |
| 15 | Q | That's not my -- my question, though. | 14:21:41 |
| 16 | | Maybe I didn't ask it right. | 14:21:43 |
| 17 | A | Please. | 14:21:44 |
| 18 | Q | I understood you said you're staying | 14:21:45 |
| 19 | active by hanging out in the chat rooms and chatting | | 14:21:47 |
| 20 | it up with the judges? | | 14:21:50 |
| 21 | A | Correct. | 14:21:51 |
| 22 | Q | And in -- | 14:21:51 |
| 23 | | Your view is you should be paid for that? | 14:21:52 |
| 24 | A | I should be paid for that, yes. | 14:21:54 |
| 25 | Q | Okay. | 14:21:56 |

Page 183

```
 1   decision was made, do you?                        14:25:40

 2       A    I don't have knowledge of that, no.      14:25:49

 3       Q    In 2016 what value did you do for Wizards 14:25:53

 4   of the Coast?                                     14:26:05

 5       A    Very similar to value that -- in 2017.   14:26:07

 6            I --                                     14:26:11

 7            Also, in addition to that I was working to 14:26:13

 8   try to get the PREREG.ME software to improve events, 14:26:18

 9   event registration, et cetera.                   14:26:25

10       Q    So you're now saying that Wizards of the 14:26:31

11   Coast should pay you for doing REG.ME?           14:26:33

12       A    I'm --                                   14:26:39

13            I'm not saying that, no.                 14:26:39

14       Q    Okay.                                    14:26:41

15       A    You asked what value that I gave to      14:26:41

16   Wizards of the Coast, not that was specifically tied 14:26:44

17   to judging.                                       14:26:47

18       Q    Is there some dollar figure that you     14:26:52

19   attach to your talking to other people in 2017?  14:26:53

20       A    I don't have a specific dollar figure for 14:26:57

21   that, no.  I'd have to evaluate what my --        14:26:59

22       Q    How about in 2016?                       14:27:03

23       A    I don't have a value figure -- figure for 14:27:04

24   that.                                             14:27:07

25       Q    2017, how many hours have you spent      14:27:07
```

Page 184

| | | | |
|---|---|---|---|
| 1 | | talking to people? | 14:27:10 |
| 2 | A | Countless. | 14:27:10 |
| 3 | | I don't have any records.  I couldn't tell | 14:27:11 |
| 4 | | you. | 14:27:12 |
| 5 | Q | How about 2016? | 14:27:15 |
| 6 | A | I don't -- | 14:27:17 |
| 7 | | I couldn't tell you. | 14:27:18 |
| 8 | Q | How about 2014? | 14:27:19 |
| 9 | A | At every event -- | 14:27:22 |
| 10 | | Sorry. | 14:27:23 |
| 11 | | 2014? | 14:27:24 |
| 12 | | Well, at -- | 14:27:26 |
| 13 | | We have the record of my schedule at the | 14:27:27 |
| 14 | | events. | 14:27:29 |
| 15 | | That entire time that we were working, you | 14:27:29 |
| 16 | | know, the 10- to 12-hour days and the -- you know, | 14:27:31 |
| 17 | | the -- the -- when we are -- have a chance to take a | 14:27:36 |
| 18 | | lunch break, we're always mentoring and we're always | 14:27:42 |
| 19 | | trying to advance the judge's knowledge and how to | 14:27:46 |
| 20 | | interact.  We talk about scenarios, et cetera, so it | 14:27:50 |
| 21 | | would be in that schedule at least of what, plus | 14:27:54 |
| 22 | | some. | 14:27:58 |
| 23 | Q | How many -- | 14:27:58 |
| 24 | | How many tournaments have you played in | 14:27:59 |
| 25 | | or -- | 14:28:01 |

Page 196

| | | | |
|---|---|---|---|
| 1 | | That's what I was doing for -- for that one instance | 14:39:15 |
| 2 | | for Carl, and also maintaining my judge record, | 14:39:19 |
| 3 | | which Wizards required. | 14:39:22 |
| 4 | Q | Yeah. | 14:39:25 |
| 5 | | But you've judged more than once for Carl? | 14:39:25 |
| 6 | A | Sometimes he needs -- he can't find a | 14:39:29 |
| 7 | | judge and I was -- | 14:39:31 |
| 8 | | Again, it's friendship.  I was there to | 14:39:31 |
| 9 | | help him out. | 14:39:33 |
| 10 | Q | And -- | 14:39:36 |
| 11 | | And how many other folks judging Friday | 14:39:36 |
| 12 | | Night Magic were just doing it for a friend without | 14:39:41 |
| 13 | | expectation of being paid? | 14:39:44 |
| 14 | A | I couldn't speculate that.  I don't have | 14:39:46 |
| 15 | | that information. | 14:39:48 |
| 16 | Q | When's the first time you stopped judging? | 14:40:01 |
| 17 | | Was that 2014 or was that 2010? | 14:40:06 |
| 18 | A | No, it was 20 -- | 14:40:09 |
| 19 | | It would have been 2010 or 2011 when I -- | 14:40:10 |
| 20 | | GP Providence was my last -- | 14:40:13 |
| 21 | Q | Okay. | 14:40:16 |
| 22 | A | -- event. | 14:40:16 |
| 23 | Q | And -- | 14:40:17 |
| 24 | | Hold on a second. | 14:40:28 |
| 25 | | Do you list being a judge on your | 14:40:37 |

Hahn & Bowersock, A Veritext Company
800.660.3187

Page 222

| | | | |
|---|---|---|---|
| 1 | Q | Yeah, you. | 15:21:32 |
| 2 | A | Right now? | 15:21:33 |
| 3 | Q | Yeah. | 15:21:33 |
| 4 | A | No, I'm not. | 15:21:34 |
| 5 | Q | Okay. | 15:21:35 |

6      And you didn't do that in 2016, either,     15:21:36

7  did you?                                        15:21:38

8      A    There was a possibility that I -- that I  15:21:42

9  may have judged.  I don't recall if -- for my friend  15:21:44

10  Carl, as you brought up earlier.                15:21:48

11     Q    Okay.                                   15:21:50

12          But other than that, no?               15:21:50

13     A    No large events, no --                  15:21:51

14          Yeah.                                   15:21:52

15     Q    Okay.                                   15:21:53

16          Let's mark as Exhibit 2 a six-page      15:22:10

17  document.                                       15:22:22

18          (Exhibit 2 was marked for identification  12:44:36

19  by the certified shorthand reporter and is attached  12:44:36

20  hereto.)                                        12:44:36

21          First page says Wizards of the Coast LLC,  15:22:24

22  Senior DCI-Certified Floor Judge Services Agreement.  15:22:28

23          Appears to be dated May 13th, 2011, and  15:22:34

24  the --                                          15:22:37

25          It's between Wizards of the Coast LLC and  15:22:38

Page 223

| | | |
|---|---|---|
| 1 | Adam Shaw. | 15:22:41 |
| 2 | My question for you, Mr. Shaw, when you | 15:22:43 |
| 3 | have a minute to look at Exhibit 2, the first | 15:22:45 |
| 4 | question, so you have it in mind when you're looking | 15:22:51 |
| 5 | at it -- | 15:22:54 |
| 6 | A    Uh-huh. | 15:22:55 |
| 7 | Q    -- will be is the signature on page 3 | 15:22:55 |
| 8 | yours? | 15:22:58 |
| 9 | I'm at page 3.  I tried to front-load my | 15:23:00 |
| 10 | question.  I guess it didn't work. | 15:24:37 |
| 11 | Is that your signature where it says | 15:24:38 |
| 12 | contract -- contractor on page 3, Mr. Shaw? | 15:24:40 |
| 13 | A    It does appear to be my signature, yes. | 15:24:42 |
| 14 | Q    Okay. | 15:24:44 |
| 15 | And the writing where it says title, L4 | 15:24:44 |
| 16 | Judge, is that your writing? | 15:24:46 |
| 17 | A    It does appear so, yes. | 15:24:47 |
| 18 | Q    Now, do you recognize the signature to the | 15:24:49 |
| 19 | right of yours? | 15:24:50 |
| 20 | A    I do not, no. | 15:24:52 |
| 21 | Q    Okay. | 15:24:54 |
| 22 | And then if you look at the second to last | 15:24:54 |
| 23 | page, it's the Wizards of the Coast LLC | 15:25:00 |
| 24 | non-disclosure agreement. | 15:25:02 |
| 25 | A    Uh-huh. | 15:25:04 |

Page 224

| | | | |
|---|---|---|---|
| 1 | Q | Is that your writing where it says | 15:25:04 |
| 2 | Adam Shaw? | | 15:25:06 |
| 3 | A | It appears to be, yes. | 15:25:08 |
| 4 | Q | Okay. | 15:25:09 |
| 5 | | And then the address, that's your writing, | 15:25:09 |
| 6 | as well? | | 15:25:11 |
| 7 | A | Yes. | 15:25:12 |
| 8 | Q | And then where it says recipient your | 15:25:12 |
| 9 | signature and -- and handwritten name? | | 15:25:15 |
| 10 | A | Yes. | 15:25:17 |
| 11 | Q | And is this the service contract you | 15:25:17 |
| 12 | signed with respect to working the Providence event? | | 15:25:19 |
| 13 | A | It appears so, yes. | 15:25:23 |
| 14 | Q | Okay. | 15:25:24 |
| 15 | | And so if we go by this document, does | 15:25:25 |
| 16 | that help you remember when the event was? | | 15:25:28 |
| 17 | A | It does, yes. | 15:25:30 |
| 18 | Q | And in looking at the document when was | 15:25:31 |
| 19 | the event that you now remember? | | 15:25:33 |
| 20 | A | The event was May 28th, 2011. | 15:25:36 |
| 21 | Q | Okay. | 15:25:41 |
| 22 | | And I don't know if it reminds you or not. | 15:25:43 |
| 23 | It looks like, though, if you look at page 4 it says | | 15:25:45 |
| 24 | payment, $1,500 for Grand Piece se -- Grand Prix | | 15:25:48 |
| 25 | senior judge service. | | 15:25:52 |

Page 225

| | | | |
|---|---|---|---|
| 1 | | Do you see that? | 15:25:53 |
| 2 | A | I do. | 15:25:53 |
| 3 | Q | Independent of looking at that do you now | 15:25:55 |
| 4 | | remember what you were paid? | 15:25:59 |
| 5 | A | I was paid $1,500. | 15:26:00 |
| 6 | Q | Okay. | 15:26:01 |
| 7 | | And do -- | 15:26:03 |
| 8 | | Do you have a copy of this -- this | 15:26:08 |
| 9 | | agreement? | 15:26:10 |
| 10 | A | I do not, no. | 15:26:10 |
| 11 | Q | Okay. | 15:26:11 |
| 12 | | So you weren't able to find it? | 15:26:11 |
| 13 | A | No. | 15:26:13 |
| 14 | Q | And after this Grand Prix, the Providence | 15:26:13 |
| 15 | | Grand Prix, did you enter any other contracts with | 15:26:19 |
| 16 | | Wizards? | 15:26:23 |
| 17 | A | I do not believe so, no. | 15:26:27 |
| 18 | Q | And were you the -- | 15:26:34 |
| 19 | | I might have misremembered. | 15:26:35 |
| 20 | | Were you the head judge or a senior judge? | 15:26:36 |
| 21 | A | I was the head judge. | 15:26:39 |
| 22 | Q | Otherwise known as a senior judge? | 15:26:40 |
| 23 | A | That was the terminology they used at the | 15:26:43 |
| 24 | | time, yes. | 15:26:44 |
| 25 | Q | Okay. | 15:26:45 |

Page 262

1    casual player or the Friday Night Magic player, the          16:02:46

2    prerelease player, in order to grow that base                16:02:52

3    because there were many more of them and they spent          16:02:55

4    more money on cards.                                         16:02:58

5            So it was part of the judge program, the             16:03:00

6    RCs, especially, regional coordinators, and the L4s          16:03:03

7    to figure out -- to help with that strategy to gain          16:03:07

8    more judging -- gain more judges, gain more players,         16:03:12

9    thus -- because it was that bottom up focus.                 16:03:17

10           They were no longer were trying to --                16:03:21

11           They still had the aspirational model               16:03:23

12   where you could still go to pro tours, but the focus         16:03:25

13   really was on those store players.                           16:03:28

14      Q    Okay.                                                16:03:31

15           And --                                               16:03:31

16           And do you know did some stores actually             16:03:32

17   pay the L1s that judge for them?                             16:03:33

18      A    I believe some them do.  I've heard that            16:03:36

19   some -- some are employees of the store, as well.            16:03:38

20      Q    Okay.                                                16:03:40

21           So some pay and some have their employees            16:03:41

22   do it?                                                       16:03:44

23      A    That's my understanding.                            16:03:45

24           I don't know the specifics.                         16:03:46

25      Q    What's that based on?                               16:03:46

Page 263

```
 1      A    I don't know.                          16:03:48

 2           It would be --                         16:03:49

 3           I would have --                        16:03:49

 4           I don't have a --                      16:03:49

 5      Q    You said you have an understanding.    16:03:50

 6   What -- what's that based on?                  16:03:50

 7      A    Oh.                                     16:03:52

 8           What my understanding is based on, not  16:03:52

 9   what the premise is based on?                  16:03:54

10      Q    Yes, sir.                              16:03:55

11           Sorry.                                  16:03:56

12      A    Got it.                                 16:03:57

13           Communicate --                          16:03:57

14           Talking with -- with judges that are   16:03:58

15   employees of stores or employees of -- of TOs in my  16:04:00

16   many events that I've done.  Some of that happens,   16:04:04

17   does sometime.                                  16:04:06

18      Q    And who --                              16:04:08

19           Who are they, the ones that are paid -- 16:04:09

20      A    Oh, I --                                16:04:10

21      Q    -- by their -- their employers?        16:04:10

22      A    I couldn't give you specific names.  I -- 16:04:14

23           It's just that -- conversations that I had  16:04:25

24   with those people --                            16:04:27

25      Q    Okay.                                   16:04:28
```

Page 294

| | | | |
|---|---|---|---|
| 1 | Q | All right. | 16:44:58 |
| 2 | | Some of the TOs are paying -- paying | 16:44:59 |
| 3 | money, right? | | 16:45:01 |
| 4 | A | That is correct, yes, my understanding. | 16:45:02 |
| 5 | Q | Which ones? | 16:45:04 |
| 6 | A | I don't know. | 16:45:04 |
| 7 | Q | So it varies from TO to TO, right? | 16:45:05 |
| 8 | A | It might, yeah. | 16:45:09 |
| 9 | Q | And where did you do these calculations to | 16:45:10 |
| 10 | come up with your 25 to $50 an hour? | | 16:45:11 |
| 11 | A | Just knowing what the -- the -- the rates | 16:45:15 |
| 12 | are, having judged for so long, knowing what TOs | | 16:45:18 |
| 13 | pay. | | 16:45:22 |
| 14 | Q | What T -- | 16:45:22 |
| 15 | | What TO is paying $25 an hour? | 16:45:23 |
| 16 | A | I believe all the PTOs are paying | 16:45:29 |
| 17 | somewhere around that for GP work currently. | | 16:45:32 |
| 18 | Q | Who's paying 50 bucks an hour? | 16:45:39 |
| 19 | A | It depends on your level.  Some -- and | 16:45:42 |
| 20 | your role in the tournament. | | 16:45:45 |
| 21 | Q | Uh-huh. | 16:45:46 |
| 22 | | And this is in cash money? | 16:45:46 |
| 23 | A | It could be currently, but before it was | 16:45:49 |
| 24 | in -- in boxes of products and foils. | | 16:45:51 |
| 25 | Q | So when you worked the tournaments you | 16:45:54 |

```
1              CERTIFICATION OF COURT REPORTER
2                      FEDERAL JURAT
3
4           I, the undersigned, a Certified Shorthand
5      Reporter of the State of California, do hereby certify
6           That the foregoing proceedings were taken
7      before me at the time and place herein set forth; that
8      any witnesses in the foregoing proceedings, prior to
9      testifying, were placed under oath; that a verbatim
10     record of the proceedings was made by me using machine
11     shorthand, which was thereafter transcribed under my
12     direction; further, that the foregoing is an accurate
13     transcription thereof.
14          That before completion of the deposition, a
15     review of the transcript [ ] was [X] was not requested
16          I further certify that I am neither
17     financially interested in the action nor a relative or
18     employee of any attorney of any of the parties.
19          In witness whereof, I have this date
20     subscribed my name
21     Dated: 04/18/2017
22
23
24     _____
25     Cheryl A. Miller, RPR, CP
       CSR License Number 6711

                                        Page 388
```