# EXHIBIT "3"

## All Judges in United States from 4/12/2013 through 6/23/2017

### Judges by Number of Events Judged

| Events Judged | Number of Judges |
|---|---|
| 0 | 388 |
| 1-9 | 1,032 |
| 10-24 | 686 |
| 25-49 | 511 |
| 50-99 | 496 |
| 100-199 | 375 |
| 200+ | 362 |

### Premier Events Run

| Event | Count | Percent |
|---|---|---|
| Grand Prix Trial | 10,925 | 0.80% |
| Grand Prix | 73 | 0.01% |
| Magic Preliminary Pro Tour Qualifier | 7,425 | 0.54% |
| Magic Regional Pro Tour Qualifier | 117 | 0.01% |
| Magic Pro Tour | 9 | 0.00% |
| Magic World Championship | 2 | 0.00% |
| Magic WPN Premium Tournament Qualifier | 884 | 0.06% |
| Magic WPN Premium Tournament | 613 | 0.04% |
| Regional Last Chance Qualifier | 78 | 0.01% |
| World Magic Cup Qualifier Trials | 16 | 0.00% |
| World Magic Cup Qualifier | 11 | 0.00% |
| World Magic Cup | 0 | 0.00% |
| No Judge Required Events | 1,352,970 | 98.53% |
| Total Magic Events Run | 1,373,123 | 1.47% |

### Detailed Distribution of Events Judged per Judge

Peak: 1,959
Average: 67
Median: 20

Judge Population: 3850

**Active Judges Filter:** All
**Geographic Area:** North America
**Country:** United States
**Region:** All
**Min Date:** 2013-04-12
**Max Date:** 2017-06-23

Judges (Ordered by Number of Events Judged)

From 4/12/2013 through 6/23/2017 there were 1373123 events run by 4640 organizations.

* All stats are based on processed, Magic events