# EXHIBIT "4"



All Judges in California from 4/12/2013 through 6/23/2017

Judges by Number of Events Judged

Bars (Number of Judges by events judged bucket):
- 0: 41
- 1-9: 84
- 10-24: 70
- 25-49: 65
- 50-99: 57
- 100-199: 35
- 200+: 36

Judge Population: 388

Premier Events Run

| Event | Count | % |
|---|---|---|
| Grand Prix Trial | 1,570 | 1.18% |
| Grand Prix | 7 | 0.01% |
| Magic Preliminary Pro Tour Qualifier | 666 | 0.50% |
| Magic Regional Pro Tour Qualifier | 18 | 0.01% |
| Magic Pro Tour | 1 | 0.00% |
| Magic World Championship | 0 | 0.00% |
| Magic WPN Premium Tournament Qualifier | 15 | 0.01% |
| Magic WPN Premium Tournament | 30 | 0.02% |
| Regional Last Chance Qualifier | 12 | 0.01% |
| World Magic Cup Qualifier Trials | 8 | 0.01% |
| World Magic Cup Qualifier | 3 | 0.00% |
| World Magic Cup | 0 | 0.00% |
| No Judge Required Events | 131,265 | 98.26% |
| Total Magic Events Run | 133,595 | 1.74% |

Active Judges Filter: All

Geographic Area: North America

Country: United States

Region: California

Min Date: 2013-04-12

Max Date: 2017-06-23

Detailed Distribution of Events Judged per Judge

Max: 653
Average: 64
Median: 24

Judges (Ordered by Number of Events Judged)

From 4/12/2013 through 6/23/2017 there were 133595 events run by 393 organizations.

* All stats are based on processed, Magic events