KARL R. LINDEGREN (SBN 125914)
klindegren@fisherphillips.com
SHAUN J. VOIGT (SBN 265721)
svoigt@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile (949) 851-0152

Attorneys for Defendant,
WIZARDS OF THE COAST LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHAW, PETER GOLIGHTLY, JUSTIN TURNER, and JOSHUA STANSFIELD, as individuals and on behalf of others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>WIZARDS OF THE COAST LLC,<br><br>Defendant. | Case No. 5:16-cv-01924-EJD<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Complaint Filed:   April 12, 2016<br>Trial Date:   None |

1  Plaintiffs' Administrative Motion pursuant to Local Rule 7-11 ("Motion") came regularly
2  for hearing on _____, 2017, at _____.  After considering Plaintiffs' Motion and
3  Defendant WIZARDS OF THE COAST LLC's opposition, and all other matters presented to the
4  Court, IT IS HEREBY ORDERED as follows: Plaintiffs' Motion is DENIED.
5  IT IS SO ORDERED.

7  DATE: _____      _____
                                       Honorable Edward Davilia
8                                      United States District Judge