Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHAW, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> WIZARDS OF THE COAST, LLC, <br><br> Defendant(s). | Case No: 16-cv-1924 EJD <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Catharine M. Morisset, an active member in good standing of the bar of Western District of WA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Wizards of the Coast, LLC in the above-entitled action. My local co-counsel in this case is Karl R. Lindegren, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> 1201 Third Avenue, Suite 2750 <br> Seattle, WA 98101 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> 2050 Main Street, Suite 1000 <br> Irvine, CA 92614 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (206) 682-2308 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (949) 851-2626 |
| MY EMAIL ADDRESS OF RECORD: <br> cmorisset@fisherphillips.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> klindegren@fisherphillips.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 29682.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                            Catharine M. Morisset
                                                                                APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Catharine M. Morisset is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/12/2017

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                    *October 2012*