# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing through the Court's CM/ECF system upon all counsel registered with that system.

Dated: July 15, 2017
/s/Reuben D. Nathan
Reuben D. Nathan
rnathan@nathanlawpractice.com
NATHAN & ASSOCIATES, APC
600 W. Broadway, Suite 700
San Diego, California 92101
Tel: (619)272-7014
Fax: (619)330-1819

*Attorneys for Adam Shaw, Peter Golightly, Justin Turner, and Joshua Stansfield*