UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM SHAW, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WIZARDS OF THE COAST, LLC,<br><br>　　　　Defendant. | Case No.  5:16-cv-01924-EJD<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO AMEND TO ADD NEW PLAINTIFFS**<br><br>Re: Dkt. No. 69 |

Plaintiffs' motion to amend to add new plaintiffs is GRANTED as unopposed. The June 14, 2018 hearing date is VACATED. Plaintiffs shall file and serve the amended complaint no later than June 11, 2018.

**IT IS SO ORDERED.**

Dated: June 4, 2018

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

CASE NO.: 5:16-CV-01924-EJD
ORDER GRANTING PLAINTIFFS' MOTION TO AMEND TO ADD NEW PLAINTIFFS

1