1  MATTHEW RIGHETTI, ESQ., SBN 121012
   JOHN GLUGOSKI, ESQ., SBN191551
2  RIGHETTI GLUGOSKI, PC
   456 Montgomery St., Suite 1400
3  San Francisco, CA 94101
   Telephone: (415) 983-0900
4  Facsimile: (415) 397-9005

5  REUBEN D. NATHAN, ESQ. SBN 208436
   NATHAN & ASSOCIATES, APC
6  600 W Broadway Suite 700
   San Diego, CA 92101-3370
7  Telephone: (619) 272-7014
   Facsimile: (619) 330-1819

8  ROSS CORNELL, ESQ., SBN 210413
   111 W. Ocean Blvd., Suite 400
9  Long Beach, CA 90802
   Telephone: (562) 612-1708
   Facsimile: (562) 394-9556

10 DAVID BORGEN, ESQ., SBN 99354
   JAMES KAN, ESQ., SBN 240749
11 GOLDSTEIN BORGEN DARDARIAN & HO
   300 Lakeside Drive, Suite 1000
12 Oakland, CA 94612-3536
   Telephone: (510) 763-9800
   Facsimile: (510) 835-1417

13 MICHAEL MALK, ESQ., SBN 222366
   MALK LAW FIRM
14 1180 S. Beverly Dr., Suite 302
   Los Angeles, CA 90035
15 Telephone: (310) 203-0016
   Facsimile: (310) 499-5210

16 Attorneys for Plaintiffs and the Proposed Class

17                **UNITED STATES DISTRICT COURT**

18                **NORTHERN DISTRICT OF CALIFORNIA**

19

20 ADAM SHAW, PETER GOLIGHTLY,          Case No.: 5:16-cv-01924
   JUSTIN TURNER and JOSHUA             Hon. Edward J. Davila
21 STANSFIELD as individuals and on behalf
   of all others similarly situated and the   **PLAINTIFFS' OPPOSITION TO MOTION TO**
22 general public,                       **DISMISS SECOND AMENDED COMPLAINT**

23              Plaintiffs,              Date:    Sept. 20, 2018
                                         Time:    9:00 a.m.
24              v.                       Crtm:    4, 5th Floor

25 WIZARDS OF THE COAST, LLC,

26              Defendant.

27

28                                       1
   _____
   PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT
                                         CASE NO. 5:16-CV-01524-EJD

**OPPOSITION**

### 1.   PRELIMINARY STATEMENT

Defendant's motion to dismiss is based entirely on the premise that the Second Amended Complaint ("SAC") filed by Plaintiffs in this matter fails to allege facts regarding *where* each named Plaintiff performed work on behalf of the Defendant.  To wit, Defendant alleges that as to the SAC's First Cause of Action "only one of the 19 Plaintiffs alleges that he performed work for Wizards in the United States" [Motion to Dismiss ("MTD") 1:24 - 2:2] (Dckt No. 75), and that as to the SAC's Second through Tenth Causes of Action, "none of the now 19 Plaintiffs allege that they were employed by or otherwise performed work for Wizards in the state of California." *Id.*  Plaintiffs submit that to the extent the Court agrees that Defendant's proffered factual specificity is required pursuant to FRCP 8, Plaintiffs should be permitted to amend to include specific allegations regarding the location of work performed on Defendant's behalf by each named Plaintiff – i.e. in California and throughout the United States.

### 2.   PLAINTIFFS DO NOT INTEND TO ABROGATE THE GENERAL RULE THAT CALIFORNIA LABOR LAW DOES NOT APPLY EXTRATERRITORIALLY

Defendant's MTD points out that California labor law does not generally apply to jurisdictions outside of California, a point not contested by the Plaintiffs herein.  To the contrary, the named Plaintiffs, *inter alia*, performed work that benefitted the Defendant in various jurisdictions throughout the United States, including California.  Accordingly, Plaintiffs are entitled to pursue the First Cause of Action as to work performed in the United States, and are entitled to pursue the Second through Tenth Causes of Action as to work performed in California.  Plaintiffs must be permitted to amend the complaint to include the necessary allegations regarding where each performed work on Defendant's behalf.

### 3.   IT IS THE POLICY OF THE FEDERAL COURTS TO LIBERALLY PERMIT AMENDMENTS

The Federal Rules of Civil Procedure provide a liberal policy for amending pleadings. Under Rule 15(a), leave to amend a party's pleadings "shall be freely given when justice so requires." Fed.R.Civ.P. 15(a).   Federal Rule of Civil Procedure 15(a)(2) states "[t]he court should freely give leave [to amend pleadings] when justice so requires" and the Ninth Circuit has "stressed Rule 15's policy of favoring amendments." *Ascon Props., Inc. v. Mobil Oil Co.*, 866 F.2d 1149, 1160 (9th

Cir.1989).  "In exercising its discretion [to grant leave to amend] 'a court must be guided by the underlying purpose of Rule 15—to facilitate decision on the merits rather than on the pleadings or technicalities.'" *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987) (quoting *United States v. Webb*, 655 F.2d 977, 979 (9th Cir.1981)).

**4.      DEFENDANT WILL NOT BE PREJUDICED BY AN ORDER PERMITTING AN AMENDED PLEADING**

There are no dispositive motions pending in this action and discovery is still open.  While it is evident from the prior versions of the complaint and the FRCP 216(b) motion for conditional certification briefing that Defendant is and has been on notice that Plaintiffs allege they have performed work on Defendant's behalf in the United States, including in California, Plaintiffs are prepared to amend to include the necessary facts as to the location of work they performed.  Notably, Plaintiffs do not intend to add new parties or claims, but merely to satisfy pleading standards for the currently plead claims.  Certainly, adding facts as to the location of work performed by the named Plaintiffs does not impose any undue burden on the Defendant.

**5.      CONCLUSION**

For the reasons set forth herein, Plaintiffs respectfully request this Court permit the filing of an amended complaint to provide additional factual allegations regarding the location of work performed by the named Plaintiffs.

Dated:  July 3, 2018                          By:___/s/ *Ross Cornell*_____
                                                              Ross Cornell, Esq.
                                                              LAW OFFICES OF ROSS CORNELL, APC
                                                              111 W. Ocean Blvd., Suite 400
                                                              Long Beach, CA  90802
                                                              Telephone:  (562) 612-1708
                                                              Facsimile: (562) 394-9556
                                                              Email: *ross.law@me.com*

                                                              Attorneys for Plaintiffs, the Proposed Collective
                                                              and the Putative Classes

PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT
CASE NO. 5:16-CV-01524-EJD