1  Karl R. Lindegren (SBN 125914)
2  Shaun J. Voigt (SBN 265721)
   Catharine Morisset, *Pro Hac Vice*
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone: (949) 851-2424
5  Facsimile: (949) 851-0152

6  Attorneys for Defendant
   WIZARDS OF THE COAST LLC

7  Matthew Righetti (SBN 121012)
   John Glugoski, Esq. (SBN 191551)
8  RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
9  San Francisco, CA 94104
   Tel: (415) 983-0900
10 Fax: (415) 397-9005

11 Reuben D. Nathan (SBN 208436)
   NATHAN & ASSOCIATES, APC
12 2901 West Pacific Coast Highway, Suite 200
   Newport Beach, CA 92663
13 Tel: (949) 270-2798

14 Attorneys for Plaintiffs
   (*Additional counsel listed on the next page*)
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

| ADAM SHAW ET AL., | Case No. 5:16-cv-01924-EJD |
|---|---|
| Plaintiffs, | **[PROPOSED]** ORDER RE: JOINT MOTION TO APPROVE THE PARTIES' FLSA SETTLEMENT |
| vs. | |
| WIZARDS OF THE COAST LLC, | **DATE:** November 29, 2018<br>**TIME:** 9:00 a.m.<br>**CTRM:** 4, 5th Floor |
| Defendant. | |
| | Complaint Filed: April 12, 2016<br>Trial Date: None |

1

Ross Cornell (SBN 210413)
ross.law@me.com
LAW OFFICES OF ROSS CORNELL, APC
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Tel: (562) 612-1708
Fax: (562) 394-9556

David Borgen (SBN 099354)
*Of Counsel*
dborgen@gbdhlegal.com
James Kan (SBN 240749)
jkan@gbdhlegal.com
Katharine Fisher (SBN 305413)
kfisher@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Michael Malk (SBN 222366)
mm@malklawfirm.com
MICHAEL MALK, ESQ. APC
1180 S. Beverly Drive, Suite 302
Los Angeles, CA 90035
Tel: (310) 203-0016
Fax: (310) 499-5210

Attorneys for Plaintiffs

## [PROPOSED] ORDER

A joint motion to approve an FLSA settlement ("Motion") has been presented to the Court by Plaintiffs ADAM SHAW, JUSTIN TURNER, PETER GOLIGHTLY, JOSHUA STANSFIELD, YONATAN KAMENSKY, HESTER PRYNNE COATL, MATT SAUERS, GEOFF DEARING, NIKO SKARTVEDT, ANDREJ SELIVRA, BRIAN BRADSHAW, CASEY HANFORD, JEFFREY HIGGINS ("HIGGINS"), BEN OTTESON, STEPHEN HAGAN, BRUCE MILLS, SAMUEL HANNA, ALEXEI GOUSEV, and SCOTT NEIWERT, as well as PAUL YALE (collectively "Plaintiffs"), and Defendant WIZARDS OF THE COAST LLC ("WOTC") (collectively, the "Parties"). Having reviewed the Parties' Motion, and for good cause showing, it is HEREBY ORDERED:

1. The Court finds that the Parties' settlement (as set forth in Exhibit A to the Declaration of Shaun J. Voigt) is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq.

2. Plaintiffs' claims at issue in (1) *Paul Yale v. Wizards of the Coast LLC*, Case No. 5:15-cv-06337-EJD and (2) *Adam Shaw et al. v. Wizards of the Coast LLC*, Case No. 5:16-cv-01924-EJD are hereby dismissed, with prejudice.

3. ~~The Court further ORDERS as follows:~~ _____
_____
_____.

**IT IS SO ORDERED.**

DATED: __December 6__, 2018      _____
                                  UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE
(CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of FISHER & PHILLIPS LLP and my business address is 444 S. Flower Street, Suite 1500, Los Angeles, CA 90071.

On **October 15, 2018**, I served the foregoing document entitled **[PROPOSED] ORDER RE: JOINT MOTION TO APPROVE THE PARTIES' FLSA SETTLEMENT,** on all the appearing and/or interested parties in this action as follows:

**SEE ATTACHED MAILING LIST**

☐ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☐ **[by FEDERAL EXPRESS]** I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 15, 2018**, at Los Angeles, California.

MELODY BIGLAY          By: */s/ Melody Biglay*
Print Name                              Signature

## MAILING LIST

| | |
|---|---|
| Matt Righetti, Esq.<br>John Glugoski, Esq.<br>RIGHETTI GLUGOSKI, PC<br>456 Montgomery St., Suite 1400<br>San Francisco, CA 94101<br>Telephone: (415) 983-0900<br>Facsimile: (415) 397-9005<br>Email:   matt@righettilaw.com<br>           jglugoski@righettilaw.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER<br>GOLIGHTLY, JUSTIN TURNER,<br>JOSHUA STANSFIELD, and<br>PAUL YALE |
| Reuben D. Nathan, Esq.<br>NATHAN & ASSOCIATES, APC<br>2901 W. Pacific Coast Highway, Ste 200<br>Newport Beach, CA 92663<br>Telephone: (949) 270-2798<br>Email: rnathan@nathanlawpractice.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER<br>GOLIGHTLY, JUSTIN TURNER,<br>JOSHUA STANSFIELD, and<br>PAUL YALE |
| Ross Cornell, Esq.<br>ROSS CORNELL, ESQ., APC<br>111 W. Ocean Blvd., Suite 400<br>Long Beach, CA 90802<br>Telephone: (562) 612-1708<br>Facsimile: (562) 394-9556<br>Email: ross.law@me.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER<br>GOLIGHTLY, JUSTIN TURNER,<br>JOSHUA STANSFIELD, and<br>PAUL YALE |
| David Borgen, Esq.<br>James Kan, Esq.<br>GOLDSTEIN BORGEN DARDARIAN<br> & HO<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612-3536<br>Telephone: (510) 763-9800<br>Facsimile: (510) 835-1417<br>dborgen@gbdhlegal.com<br>jkan@gbdhlegal.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER<br>GOLIGHTLY, JUSTIN TURNER,<br>JOSHUA STANSFIELD, and<br>PAUL YALE |
| Michael Malk, Esq.<br>MALK LAW FIRM<br>1180 S. Beverly Dr., Suite 302<br>Los Angeles, CA 90035<br>Telephone: (310) 203-0016<br>Facsimile: (310) 499-5210<br>mm@malklawfirm.com | Attorneys for Plaintiffs,<br>ADAM SHAW, PETER<br>GOLIGHTLY, JUSTIN TURNER,<br>JOSHUA STANSFIELD, and<br>PAUL YALE |